United States Bankruptcy Court

**IN RE:**                                                             Case No. 20-51066

Henry Ford Village, Inc.                              Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| None | | |