| Fill in this information to identify the case: | |
|---|---|
| Debtor name   Henry Ford Village, Inc. | |
| United States Bankruptcy Court for the Eastern District of Michigan | |
| Case number (if known):   20-51066-MAR | ☐ Check if this is an amended filing |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Life Care Companies LLC Capital Square 400 Locust St Suite 820 Des Moines, IA 50309 -2334 | Attn Richard L Funk P: 314-200-8628 funkrichard@lcsnet.com | Contract | Contingent/ Disputed | | | $2,791,048.70 |
| 2 | Plumley Settlement David Honigman (P33146) & Jonathan N. Ajlouny (P82030) 1361 E. Big Beaver Road Troy, MI 48083 | Attn Mantese Honigman, P.C. P: 248-457-9200 dhonigman@manteselaw.com; jajlouny@manteselaw.com | Class Action Lawsuit | | | | $800,000.00 |
| 3 | One Care Pharmacy LLC 1945 Heide Dr. Suite A Troy, MI 48084 | Attn Pierre Boutros P: 248-663-2273 pboutros@onecareltc.com | Contract / Trade | | | | $742,924.37 |
| 4 | Former Resident Number 20242 Redacted | Redacted | Entrance Fee Refund Claimant | | | | $307,778.03 |
| 5 | Former Resident Number 20276 Redacted | Redacted | Entrance Fee Refund Claimant | | | | $307,000.00 |
| 6 | Former Resident Number 20494 Redacted | Redacted | Entrance Fee Refund Claimant | | | | $244,000.00 |
| 7 | Former Resident Number 20059 Redacted | Redacted | Entrance Fee Refund Claimant | | | | $239,000.00 |
| 8 | Former Resident Number 20453 Redacted | Redacted | Entrance Fee Refund Claimant | | | | $236,000.00 |

Debtor   Henry Ford Village, Inc.                             Case number (*if known*)   20-51066-MAR

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Former Resident Number 20325** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $234,950.33 |
| 10 | **Former Resident Number 20191** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $225,000.00 |
| 11 | **Former Resident Number 20501** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $221,568.00 |
| 12 | **Former Resident Number 20440** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $221,000.00 |
| 13 | **Former Resident Number 20496** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $219,000.00 |
| 14 | **Former Resident Number 20208** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $217,076.87 |
| 15 | **Former Resident Number 20045** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $216,000.00 |
| 16 | **Former Resident Number 20571** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $214,702.00 |
| 17 | **Former Resident Number 20174** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $212,851.06 |
| 18 | **Former Resident Number 20197** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $207,509.45 |
| 19 | **Former Resident Number 20175** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $206,453.66 |
| 20 | **Former Resident Number 20459** **Redacted** | **Redacted** | **Entrance Fee Refund Claimant** | | | | $203,000.00 |