# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:                                           Case No. 20-51066-mar

HENRY FORD VILLAGE, INC.,         Chapter 11

       Debtor.                                  Honorable Mark A. Randon

_____/

## FIRST DAY MOTION FOR ENTRY OF AN ORDER
## FOR LARGE BANKRUPTCY CASE DESIGNATION

The above-captioned debtor Henry Ford Village, Inc. ("HFV" or the "Debtor"), hereby moves (this "Motion") pursuant to E.D. Mich. LBR 9001-1(a) and 9013-1 for an entry of an order designating the above captioned bankruptcy case as a "Large Bankruptcy Case." In support of the Motion, the Debtor relies upon the *Declaration of Chief Restructuring Officer in Support of the Debtor's Chapter 11 Petition and First Day Pleadings* (the "First Day Declaration") filed with the Court contemporaneously herewith. In further support of the Motion, the Debtor respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

# BACKGROUND

3. On the date hereof (the "<u>Petition Date</u>"), the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Case</u>").

4. The Debtor is a not for profit,[1] non-stock corporation established to operate a continuing care retirement community located at 15101 Ford Road, Dearborn, Michigan 48126. The Debtor provides senior living services comprised of 853 independent living units, 96 assisted living unites and 89 skilled nursing beds (the "<u>Facility</u>"). The Debtor is governed by an independent Board of Directors and is advised by a Resident Council elected by the residents of the Debtor.[2] Further factual background regarding the Debtor, including its business operations, capital and debt structure, and the events leading to the filing of the Chapter 11 Case is set forth in the First Day Declaration and is incorporated herein by reference.[3]

---

[1] According to HFV's Articles of Incorporation, the corporation is organized to: promote the health of the elderly through the ownership and or operation of one or more residential communities offering various levels of care services for elderly persons; carry on educational activities related to the promotion of health of the residential community; promote and carry on scientific research related to the promotion of health of the residential community; perform other activities permitted by nonprofit corporations under the laws of the State of Michigan.

[2] The Board of Directors is an active volunteer board predominantly comprised of current residents, and family members of current or former residents.

[3] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

5. The Debtor remains in possession of its assets and continues to operate and manage its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

6. As of the date of this Motion, no trustee, examiner or committee of creditors has been appointed in this Chapter 11 Case.

## RELIEF REQUESTED

7. By this Motion, the Debtor seeks entry of an order, pursuant to E.D. Mich. LBR 9001-1(a), designating this Chapter 11 Case as "Large Bankruptcy Case."

## BASIS FOR RELIEF REQUESTED

8. The Debtor believes this Chapter 11 Case qualified as a Large Bankruptcy Case because: the Debtor's total debt exceeds $50 million and there are more than 3,200 creditors and/or parties in interest in this Chapter 11 Case.

## NOTICE

9. Notice of the Motion has been provided to: (a) the Office of the United States Trustee for the Eastern District of Michigan; (b) all secured creditors, including counsel to UMB Bank, as Bond Trustee; (c) the Debtor's twenty (20) largest unsecured creditors; (d) parties who have filed UCC-1 Financing Statements with respect to Debtor and its assets; (e) the Michigan Corporations, Securities and Commercial Licensing Bureau of the Department of Licensing and Regulatory

Affairs; (f) the U.S. Department of Health and Human Services' Centers for Medicare and Medicaid Services; (g) the United States Attorney's Office for the Eastern District of Michigan (Attention: Civil Division); (h) the Michigan Department of Health and Human Services; (i) United States Small Business Administration; and (j) any party filing a notice of appearance in this Chapter 11 Case. In light of the nature of the relief requested, the Debtor submits that no other or further notice need be given.

WHEREFORE, the Debtor respectfully requests entry of an order, substantially in the forms attached hereto as **Exhibit A**, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  October 28, 2020	**DYKEMA GOSSETT PLLC**

By: */s/ Sheryl L. Toby*
    Sheryl L. Toby (P39114)
    Jong-Ju Chang (P70584)
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0700 / Fax (248) 203-0763
    SToby@dykema.com
    JChang@dykema.com

and

Patrick L. Huffstickler
Texas Bar No. 10199250
Danielle N. Rushing
Texas Bar No. 24086961
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500 / Fax (210) 226-8395
PHuffstickler@dykema.com
DRushing@dykema.com

***PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION***

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:                                                        Case No. 20-51066-MAR

HENRY FORD VILLAGE, INC.,         Chapter 11

     Debtor.                                Honorable Mark A. Randon

_____/

## ORDER GRANTING LARGE BANKRUPTCY CASE DESIGNATION

Debtor Henry Ford Village, Inc. having filed its *First Day Motion For Entry Of An Order For Large Bankruptcy Case Designation* ("Motion"); and this Court being otherwise fully advised:

IT IS HEREBY ORDERED that the Motion is granted as set forth herein;

IT IS FURTHER ORDERED that the above captioned bankruptcy case is designated as a Large Bankruptcy Case.