# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

HENRY FORD VILLAGE, INC.,

    Debtor.

_____/

Case No. 20-51066
Chapter 11

Hon. Mark A. Randon

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned firm of attorneys are appearing in the above-captioned case on behalf of UMB Bank, N.A., in its capacity as Bond Trustee. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Paul R. Hage
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

Dated: October 28, 2020   By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

Daniel S. Bleck
Eric R. Blythe
One Financial Center
Boston, MA 02111
Phone: (617) 348-1764
DSBleck@mintz.com
ERBlythe@mintz.com

*Counsel to UMB Bank, N.A., in its capacity as Bond Trustee*

5014904.v1

2