# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:                                              Case No. 20-51066-MAR

HENRY FORD VILLAGE, INC.,                           Chapter 11

    Debtor.                                         Honorable Mark A. Randon

_____/

## ORDER GRANTING LARGE BANKRUPTCY CASE DESIGNATION

Debtor Henry Ford Village, Inc. having filed its *First Day Motion For Entry Of An Order For Large Bankruptcy Case Designation* ("Motion"); and this Court being otherwise fully advised:

IT IS HEREBY ORDERED that the Motion is granted as set forth herein;

IT IS FURTHER ORDERED that the above captioned bankruptcy case is designated as a Large Bankruptcy Case.

**Signed on October 30, 2020**

/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge

120951.000001 4842-1529-3647.1
20-51066-mar    Doc 35    Filed 10/30/20    Entered 10/30/20 16:38:21    Page 1 of 1