UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:                                            Case No. 20-51066-mar

**HENRY FORD VILLAGE, INC.**            Chapter 11

      Debtor.                                        Hon. Mark A. Randon
_____/

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

RehabCare Group East, LLC c/o
Marjorie Daniels
7733 Forsyth Blvd., Ste. 1700
Clayton, MO 63105
Phone: 314-659-2106
Email: Marjorie.Daniels@rehabcare.com

David A. Plumley,
Class Representative
18925 Van Rd.
Livonia, MI 48152
Phone: 248-877-9209
Email: dplumley@principal-tcn.com

Robert L. Roemer,
Successor Trustee of Patricia L. Henry Trust
610 N. York.
Dearborn, MI 48128
Phone: 313-563-2175
Email: lbrimer@stroblpc.com

Allen C. Rawls for
Rawls, John, & Winona
18853 Bretton Dr.
Detroit, Mi 48223
Phone: 313-717-6017
Email: allenrawls@outlook.com

Kendra Faber,
Trustee of Weiser Family Trust
35136 Morlock Ave.
Livonia, MI 48152
Phone: 734-751-0165
Email: faberkendra@gmail.com

Kenneth J. Cornell, Co-Trustee Estate of
Phyllis L. Cornell
26151 Summer Greens Dr.
Bonita Springs, FL 34135
Phone: 734-417-0928
Email: cornellkj@gmail.com

Marjorie Swanson Trust c/o
Angie Choukourian, Trustee
Huntington Bank
555 S. Old Woodward, #600
Birmingham, MI 48009
Phone: 248-430-1262
Email: angie.choukourian@huntington.com

                      Respectfully submitted,

                      **ANDREW R. VARA**
                      **UNITED STATES TRUSTEE**
                      Regions 3 and 9

             By      /s/ Leslie K. Berg
                      Leslie.K.Berg@usdoj.gov
                      Trial Attorney
                      Office of the U.S. Trustee
                      211 West Fort St - Suite 700
                      Detroit, Michigan 48226
                      313-226-7950

Dated:  November 3, 2020