# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 20-51066-MAR |
| Henry Ford Village, Inc., | Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

## SPECIAL SERVICE LIST AS OF NOVEMBER 12, 2020

Pursuant to Paragraph 6 of the *Order Granting Frist Day Motion for Entry of an Order Establishing Special Service List* [Docket No. 36] entered on October 30, 2020, attached hereto as **Exhibit A** is the updated Special Service List for the above-referenced case as of November 12, 2020.

Dated: November 12, 2020

*/s/ Ashley M. Raddatz*
Ashley M. Raddatz
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Centers for Medicare and Medicaid Services ("CMS") | Seema Verma<br>7500 Security Boulevard<br>Baltimore, MD 21244 | 877-267-2323 | | | U.S. Department of Health and Human Services |
| Centers for Medicare and Medicaid Services ("CMS"), Region 5 | Captain Joshua W. Devine<br>233 North Michigan Avenue, Suite 1300<br>Chicago, IL 60601 | 312-353-1385 | 312-353-0718 | | U.S. Department of Health and Human Services |
| City of Dearborn | Dearborn Administrative Center<br>Ginger A. Burke-Miller, Finance Director/Treasurer<br>16901 Michigan Ave.<br>Suite 21<br>Dearborn, MI 48126 | 313-943-2045 | | | City of Dearborn Treasury |
| CM TFS LLC | 5480 Corporate Dr., #350<br>Troy, MI 48098-2642 | | | | UCC1 Secured Party |
| Corporation Service Company | 801 Adlai Stevenson Drive<br>Springfield, IL 62703 | | | | UCC1 Secured Party |
| Dykema Gossett PLLC | Sheryl L. Toby, Jong-Ju Chang<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304 | 248-203-0700 | 248-203-0763 | stoby@dykema.com; jchang@dykema.com | Proposed Counsel to the Debtors |
| Dykema Gossett PLLC | Patrick L. Huffstickler, Danielle N. Rushing<br>112 East Pecan Street, Suite 1800<br>San Antonio, TX 78205 | 210-554-5500 | 210-226-8395 | phuffstickler@dykema.com; drushing@dykema.com | Proposed Counsel to the Debtors |
| Fultz Maddox Dickens PLC | Phillip A. Martin<br>101 S. Fifth Street, 27th Floor<br>Louisville, KY 40202 | 502-588-2000 | 502-588-2020 | pmartin@fmdlegal.com | Counsel for RehabCare Group East, LLC f/k/a RehabCare Group East, Inc. |
| Henry Ford Village, Inc. | 15101 Ford Road<br>Dearborn, MI 48126 | | | | Debtor |
| Howard & Howard Attorneys PLLC | Attn: Lisa S. Gretchko<br>450 West Fourth Street<br>Royal Oak, MI 48067-2557 | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Proposed Counsel for the Official Committee of Unsecured Creditors ("UCC") |
| Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 800-973-0424 | 855-235-6787 | | IRS |
| Internal Revenue Service | Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 800-913-9358 | | SBSE.Insolvency.Balt@irs.gov | IRS |
| Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | | 855-235-6787 | | IRS |
| Jeffe Raitt Heuer & Weiss, P.C. | Paul R. Hage<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034 | 248-351-3000 | | phage@jaffelaw.com | Counsel to UMB Bank, N.A., in its Capacity as Bond Trustee |
| KCC | Andres Estrada<br>222 N Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | | | HenryFordVillageInfo@kccllc.com | Claims and Noticing Agent |

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Kilpatrick & Associates, P.C. | Richardo I. Kilpatrick & Michael T. Brown<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI 48326 | 248-377-0700 | | ecf@kaalaw.com | Counsel for Ford Motor Credit Company LLC |
| Megan Preusker | McDermott Will & Emery LLP<br>444 West Lake Street<br>Chicago, IL 60606 | | | | UCC1 Secured Party |
| Michigan Corporations Securities & Commercial Licensing Bureau | Linda Clegg, Interim Director<br>2501 Woodlake Circle<br>Okemos, MI 48864 | 517-241-6470 | 517-241-9722 | corpsmail@michigan.gov | Michigan Department of Licensing and Regulatory Affairs |
| Michigan Corporations Securities & Commercial Licensing Bureau | Securities & Audit Division<br>Timothy L. Teague, Scott McFall<br>PO Box 30018<br>Lansing, MI 48909 | 517-335-5237 | 517-373-8488 | | Michigan Department of Licensing and Regulatory Affairs |
| Michigan Department of Health & Human Services | Robert Gordon, Director<br>333 S. Grand Ave<br>P.O. Box 30195<br>Lansing, MI 48909 | 517-241-3740 | | BowdenA1@michigan.gov | Department of Health and Human Services for the State of Michigan |
| Michigan Department of Insurance & Financial Services | Anita G. Fox, Director<br>530 W. Allegan Street, 7th Floor<br>Lansing, MI 48933 | 517-284-8800;<br>877-999-6442 | 517-284-8837 | DIFSInfo@michigan.gov | Michigan Department of Insurance and Financial Services |
| Michigan Department of Licensing and Regulatory Affairs | Orlene Hawks, Director<br>Ottawa Building<br>611 W. Ottawa<br>P.O. Box 30004<br>Lansing, MI 48909 | 517-335-9700 | | | Michigan Department of Licensing and Regulatory Affairs |
| Michigan Department of Treasury | Cadillac Place 1st Floor<br>3060 W. Grand Blvd.<br>Detroit, MI 48202-6060 | 313-456-4340 | 313-456-4272 | harrisj12@michigan.gov | Michigan Department of Treasury |
| Michigan Department of Treasury | Attn: Litigation Liaison<br>2nd Floor, Austin Building<br>430 West Allegan Street<br>Lansing, MI 48922 | | | | Michigan Department of Treasury |
| Michigan Secretary of State | Jocelyn Benson<br>430 W. Allegan St.<br>Richard H. Austin Building - 4th Floor<br>Lansing, MI 48918 | 888-767-6424 | | BensonJ4@michigan.gov | MI Secretary of State |
| Michigan State Attorney General | Dana Nessel<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 | 517-335-7622 | 517-335-7644 | miag@michigan.gov | Department of the Attorney General for the State of Michigan |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Eric R. Blythe, Daniel S. Bleck<br>One Financial Center<br>Boston, MA 02111 | 617-348-4913 | | ERBlythe@mintz.com; DSBleck@mintz.com | Counsel to UMB Bank, N.A., in its Capacity as Bond Trustee |
| Novitas Solutions | Attn: General Inquiry<br>PO Box 3122<br>Mechanicsburg, PA 17055-1832 | | | | Debtor's Medicare Administrative Contractor ("MAC") |

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Novitas Solutions | Joan Handerhan<br>Debt Recovery- Part A Bankruptcy<br>P.O. Box 3385<br>Mechanicsburg, PA 17055-1840 | | | | Debtor's Medicare Administrative Contractor ("MAC") |
| Perkins Coie LLP | Eric E. Walker & Kathleen Allare<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559 | 312-324-8659 | 312-324-9659 | ewalker@perkinscoie.com;<br>kallare@perkinscoie.com | Proposed Counsel for the Official Committee of Unsecured Creditors ("UCC") |
| Plunkett Cooney | Patrick C. Lannen, David A. Lerner, Kelly J. Shefferly, & Michael A. Fleming<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills, MI 48304 | 248-901-4027;<br>248-594-5734;<br>248-901-4010;<br>248-901-4095 | 248-901-4040<br>(Michael Fleming) | plannen@plunkettcooney.com;<br>kshefferly@plunkettcooney.com;<br>dlerner@plunkettcooney.com;<br>mfleming@plunkettcooney.com | Counsel for Life Care Services, LLC |
| Qiang Xu | 2727 Allen Parkway, Suite 1000<br>Houston, TX 77019 | | | | UCC1 Secured Party |
| SBSE/Insolvency Unit of the IRS | Box 330500-Stop 15<br>Detroit, MI 48232 | | | | IRS |
| Seyburn Kahn | David T. Lin<br>2000 Town Center, Suite 1500<br>Southfield, MI 48075-1195 | 248-353-7620 | 248-353-3727 | dlin@seyburn.com | Counsel for OneCare LTC, LLC |
| Small Business Administration | Attn: District Counsel<br>515 Patrick V. McNamara Building<br>477 Michigan Avenue<br>Detroit, MI 48226-2573 | | | | Small Business Administration |
| Ted C. Farmer, Esq. | 41000 Woodward Avenue, Suite 395 East<br>Bloomfield Hills, MI 48304 | | | | UCC1 Secured Party |
| TFG Leasing Fund III, LLC | 6995 Union Park Center, Suite 400-A<br>Cottonwood Heights, UT 84047 | | | | UCC1 Secured Party |
| TFG-Michigan, L.P. | 6995 Union Park Center, Suite 400<br>Cottonwood Heights, UT 84047 | | | | UCC1 Secured Party |
| The Economic Development Corporation of the City of Dearborn | 13615 Michigan Avenue<br>Dearborn, MI 48126 | | | | UCC1 Secured Party |
| U.S. Department of Health and Human Services | General Counsel Health and Human Services<br>Room 722A, Hubert A. Humphrey Bldg.<br>200 Independence Ave., SW<br>Washington, DC 20201 | | | | U.S. Department of Health and Human Services |
| UMB Bank, N.A., as Truste | 120 Sixth Street South, Suite 1400<br>Minneapolis, MN 55402 | | | | UCC1 Secured Party |
| US Attorney for Eastern District of Michigan | Matthew Schneider, Kevin Erskine<br>Civil Division<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226 | 313-226-9100 | 313-226-2311 | USAMIE.NewCivilPleadings@usdoj.gov;<br>Kevin.Erskine@usdoj.gov | US Attorneys Office |
| US Small Business Administration | Jovita Carranza<br>409 3rd St, SW<br>Washington, DC 20416 | 800-827-5722 | 202-205-7064 | answerdesk@sba.gov; help@certify.sba.gov | US Small Business Administration |

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| US Trustee E. District of Michigan | Andrew R. Vara, Leslie K. Berg, Jill M. Gies, Timothy Graves<br>DOJ- Office of the US Trustee<br>211 West Fort St - Suite 700<br>Detroit, MI 48226 | 313-226-7950 | | Leslie.K.Berg@usdoj.gov;<br>Jill.Gies@usdoj.gov;<br>Timothy.Graves@usdoj.gov | US Trustee for Eastern District of Michigan |
| VFS LLC | 5827 Terex<br>Clarkston, MI 48346 | | | | UCC1 Secured Party |
| Wayne County Treasurer's Office | Eric R. Sabree<br>400 Monroe St 5th Floor<br>Detroit, MI 48226 | 313-224-5990 | | taxinfo@waynecounty.com | Wayne County Treasurer |
| Wolfson Bolton PLLC | Anthony J. Kochis<br>3150 Livernois, Suite 275<br>Troy, MI 48083 | 248-247-7105 | 248-247-7099 | akochis@wolfsonbolton.com | Counsel for Reid Family Revocable Living Trust u/t/a dated May 15, 2003 ("Reid Trust") |
| Xerox Financial Services | 45 Glover Ave.<br>Norwalk, CT 06856 | | | | UCC1 Secured Party |
| Xerox Financial Services | 201 Merritt 7<br>Norwalk, CT 06856 | | | | UCC1 Secured Party |