## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:                                             Case No. 20-51066-MAR

HENRY FORD VILLAGE, INC.,                          Chapter 11

    Debtor.                                        Honorable Mark A. Randon

_____/

## NOTICE OF FILING OF DISCLOSURE SCHEDULES TO
## STALKING HORSE AGREEMENT

## PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:

Henry Ford Village, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby files this *Notice of Filing of Disclosure Schedules to Stalking Horse Agreement*.

The Court entered the *Order (A) Approving Bidding Procedures and Protections in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and a Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief* [ECF No. 179] (the "Bid Procedures Order") on December 21, 2020. In accordance with the Bid Procedures Order, the Debtor filed the Stalking Horse Agreement on March 30, 2021. *See* Exhibit A to ECF No. 355. The Debtor files a copy of disclosure schedules to the Stalking Horse Agreement hereto as **Exhibit A**.

Dated: April 20, 2021

**DYKEMA GOSSETT PLLC**

By: */s/ Sheryl L. Toby*
    Sheryl L. Toby (P39114)
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0700 / Fax (248) 203-0763
    SToby@dykema.com

    and

    Danielle N. Rushing
    Texas Bar No. 24086961
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    (210) 554-5500 / Fax (210) 226-8395
    DRushing@dykema.com

    *COUNSEL FOR DEBTOR AND*
    *DEBTOR-IN-POSSESSION*

**NOTICE OF FILING OF DISCLOSURE SCHEDULES TO STALKING HORSE AGREEMENT**      **PAGE 2 OF 2**
120951.000002 4838-3519-4342.1
20-51066-mar    Doc 380    Filed 04/20/21    Entered 04/20/21 12:30:55    Page 2 of 113

# Exhibit A

**DISCLOSURE SCHEDULES**

to

**ASSET PURCHASE AGREEMENT**

**BY AND BETWEEN**

**HFV SENIOR LIVING, LLC**

**AND**

**HENRY FORD VILLAGE, INC.**

**Dated as of March 26, 2021**


These Disclosure Schedules (collectively, the "Disclosure Schedules", and each individually, a "Schedule") are delivered pursuant to that certain Asset Purchase Agreement, dated as of March 26, 2021 (the "Agreement"), by and among Henry Ford Village, Inc., a Michigan nonprofit corporation ("Seller"), and HFV Senior Living, LLC ("Buyer"). These Schedules are arranged in sections corresponding to the numbered and lettered sections and subsections contained in the Agreement. Terms used but not otherwise defined in these Schedules will have the meaning ascribed to such terms in the Agreement.

**<u>Schedule 1(tt)</u>**
**List of Equipment, Furniture, Machinery, Etc.**

See attached.

| GL Account | Asset Detail | Physical Location | Start Date | Cost | Depreciation Reserve | Net Book Value |
|---|---|---|---|---|---|---|
| 1753001 Fixed Asset - Kitchen Equipment | 305112-A3024 | CB 1 Kitchen On Demand Hot Water Heater for Dishwasher | 12/06/2013 | $ 7,869 | $ 7,869 | $ - |
| 1753001 Fixed Asset - Kitchen Equipment | 1421525-A1003 | Great Lakes Dining | 02/03/2020 | 6,208 | 569 | 5,639 |
| 1753001 Fixed Asset - Kitchen Equipment | 279129-A0000 | Great Lakes | 06/06/2012 | 13,800 | 11,845 | 1,955 |
| 1753001 Fixed Asset - Kitchen Equipment | 525319-Pizza Prep Table | Windows Cafe' | 04/13/2015 | 2,536 | 1,458 | 1,078 |
| 1753001 Fixed Asset - Kitchen Equipment | 835825-Exhaust Fan Replacement | Windows Cafe | 03/31/2016 | 5,744 | 5,744 | 198 |
| 1753001 Fixed Asset - Kitchen Equipment | 1055183-A8007 | | 04/17/2018 | 12,788 | 7,033 | 5,755 |
| 1753001 Fixed Asset - Kitchen Equipment | 1125148-A8012 | | 12/07/2018 | 1,600 | 667 | 933 |
| 1753001 Fixed Asset - Kitchen Equipment | 525327-Recycle Trucks and Lids | Great Lakes Kitchen | 05/11/2015 | 2,508 | 2,508 | - |
| 1753001 Fixed Asset - Kitchen Equipment | 614545-Dish Machine Motor Replacement | Great Lakes Dining Room | 04/14/2015 | 1,497 | 861 | 636 |
| 1753001 Fixed Asset - Kitchen Equipment | 1229306-A9006 | | 03/01/2019 | 16,940 | 3,106 | 13,834 |
| 1753001 Fixed Asset - Kitchen Equipment | 126667-Cafe Sandwich Prep Table | | 08/31/2011 | 2,548 | 2,399 | 149 |
| 1753001 Fixed Asset - Kitchen Equipment | 1421524-A1003 -Additional from P-card | Great Lakes Dining | 02/01/2020 | 640 | 59 | 581 |
| 1753001 Fixed Asset - Kitchen Equipment | 470694-Dining Services Equipment | St Clair Kitchen | 10/27/2014 | 17,024 | 10,640 | 6,384 |
| 1753001 Fixed Asset - Kitchen Equipment | 1223140-A8012 | | 11/30/2018 | 27,811 | 12,051 | 15,760 |
| 1753001 Fixed Asset - Kitchen Equipment | 1055164-A8006 | | 05/31/2018 | 34,747 | 18,532 | 16,215 |
| 1753001 Fixed Asset - Kitchen Equipment | 126987-A9015 | HRC Kitchen | 11/04/2019 | 6,893 | 1,608 | 5,285 |
| 1753001 Fixed Asset - Kitchen Equipment | 280682-HRC Dining | HRC Dining | 01/09/2013 | 9,750 | 9,750 | - |
| 1753001 Fixed Asset - Kitchen Equipment | 648566-Quality of Life - Dining | Windows Cafe | 08/26/2015 | 112,414 | 112,414 | - |
| **1753001 Fixed Asset - Kitchen Equipment Total** | | | | **$ 283,516** | **$ 209,113** | **$ 74,402** |
| 1755001 Fixed Asset - Maintenance Equipment | 1052092-A8000 Apr | | 04/20/2018 | 16,293 | 8,961 | 7,332 |
| 1755001 Fixed Asset - Maintenance Equipment | 1069995-A8000 Aug | | 08/31/2018 | 19,365 | 9,360 | 10,005 |
| 1755001 Fixed Asset - Maintenance Equipment | 1076017-A8000 September | | 09/30/2018 | 3,138 | 1,465 | 1,674 |
| 1755001 Fixed Asset - Maintenance Equipment | 1231685-A9000 Aug | | 08/31/2019 | 20,754 | 5,880 | 14,874 |
| 1755001 Fixed Asset - Maintenance Equipment | 1421491-A9000 Jan | | 01/23/2020 | 8,657 | 1,731 | 6,926 |
| 1755001 Fixed Asset - Maintenance Equipment | 1080143-A8000 October | | 10/31/2018 | 11,936 | 5,371 | 6,565 |
| 1755001 Fixed Asset - Maintenance Equipment | 1231676-A9000 Jun | | 06/06/2019 | 11,376 | 4,550 | 6,826 |
| 1755001 Fixed Asset - Maintenance Equipment | 557281-Vigil System 3rd Floor HRC | 3rd Floor HRC | 06/24/2015 | 5,601 | 5,601 | - |
| 1755001 Fixed Asset - Maintenance Equipment | 648570-Apartment Appliances | Various Apartments | 12/31/2015 | 187,340 | 187,340 | - |
| 1755001 Fixed Asset - Maintenance Equipment | 1052079-A8002 | | 12/19/2017 | 24,150 | 14,893 | 9,258 |
| 1755001 Fixed Asset - Maintenance Equipment | 1081144-A8015 | | 10/01/2018 | 5,163 | 2,323 | 2,840 |
| 1755001 Fixed Asset - Maintenance Equipment | 1228307-A9007 | | 03/25/2019 | 3,604 | 1,321 | 2,282 |
| 1755001 Fixed Asset - Maintenance Equipment | 1051982-A8000 May | | 05/31/2018 | 20,744 | 6,915 | 13,829 |
| 1755001 Fixed Asset - Maintenance Equipment | 1250094-A9000 Oct | | 10/30/2019 | 27,194 | 6,799 | 20,396 |
| 1755001 Fixed Asset - Maintenance Equipment | 1269643-A9000 Dec | | 12/26/2019 | 30,803 | 6,674 | 24,129 |
| 1755001 Fixed Asset - Maintenance Equipment | 119837-Whirlpool Appliances | Multiple Apartments | 03/09/2011 | 90,077 | 90,077 | - |
| 1755001 Fixed Asset - Maintenance Equipment | 1052099-A8000 May | | 05/24/2018 | 15,938 | 8,500 | 7,438 |
| 1755001 Fixed Asset - Maintenance Equipment | 1115999-A8000 November | | 11/21/2018 | 33,207 | 14,390 | 18,817 |
| 1755001 Fixed Asset - Maintenance Equipment | 1421511-A8000 Feb | | 02/26/2018 | (1,936) | (355) | (1,581) |
| 1755001 Fixed Asset - Maintenance Equipment | 1052079-A8000 Jan | | 01/11/2018 | 11,222 | 6,733 | 4,489 |
| 1755001 Fixed Asset - Maintenance Equipment | 227246-ADA Lift | Aquatic Center | 01/31/2012 | 6,000 | 6,000 | - |
| 1755001 Fixed Asset - Maintenance Equipment | 1231680-A9000 Mar | | 03/31/2019 | 13,899 | 5,096 | 8,803 |
| 1755001 Fixed Asset - Maintenance Equipment | 1231684-A9000 July | | 07/31/2019 | 2,121 | 636 | 1,485 |
| 1755001 Fixed Asset - Maintenance Equipment | 1051179-A9000 June | | 06/30/2019 | 33,838 | 17,483 | 16,355 |
| 1755001 Fixed Asset - Maintenance Equipment | 1060055-A8000 July | | 07/27/2018 | 21,022 | 10,511 | 10,511 |
| 1755001 Fixed Asset - Maintenance Equipment | 1052090-A8000 Feb/Mar | | 03/26/2018 | 32,322 | 18,316 | 14,006 |
| 1755001 Fixed Asset - Maintenance Equipment | 1125019-A8000 December | | 12/27/2018 | 24,841 | 10,350 | 14,491 |
| 1755001 Fixed Asset - Maintenance Equipment | 1231681-A9000 Apr | | 04/30/2019 | 31,514 | 11,030 | 20,484 |
| 1755001 Fixed Asset - Maintenance Equipment | 190257-YSD CB2 | CB2 | 12/31/2011 | 14,249 | 14,249 | - |
| 1755001 Fixed Asset - Maintenance Equipment | 525286-Emergency Generator Control System | Main Building | 08/06/2014 | 3,654 | 3,654 | - |
| 1755001 Fixed Asset - Maintenance Equipment | 1231683-A9000 June | | 06/30/2019 | 33,572 | 10,631 | 22,941 |
| 1755001 Fixed Asset - Maintenance Equipment | 1231679-A9000 Feb | | 02/28/2019 | 11,391 | 4,367 | 7,024 |
| 1755001 Fixed Asset - Maintenance Equipment | 1234339-A9000 Sept | | 09/30/2019 | 23,310 | 6,216 | 17,094 |
| 1755001 Fixed Asset - Maintenance Equipment | 1258510-A9000 Nov | | 11/22/2019 | 7,138 | 1,666 | 5,472 |
| 1755001 Fixed Asset - Maintenance Equipment | 835823-Goodway Tube Cleaner for Boiler | Boiler | 02/18/2016 | 2,725 | 2,680 | 45 |
| **1755001 Fixed Asset - Maintenance Equipment Total** | | | | **$ 805,224** | **$ 511,615** | **$ 294,809** |
| 1756001 Fixed Asset - Health Care Equipment | 126872-Gurney Shower White-10043309 | | 04/01/2003 | 1,470 | 1,470 | - |
| 1756001 Fixed Asset - Health Care Equipment | 126852-807 Full Electric | | 11/01/2007 | 1,575 | 1,575 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112701-DENTAL EQUIPMENT | | 03/01/1994 | 37,976 | 37,976 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112720-Posture Plus Recliner | | 02/01/2005 | 1,944 | 1,944 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112728-VARIOUS - MEDICAL EQUIP | | 01/01/1994 | 9,428 | 9,428 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112685-(8) PVC Shower Chairs, W/C fix | | 04/01/2001 | 1,321 | 1,321 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112706-Heat scanner-standard from ERC | | 04/01/2006 | 5,500 | 5,500 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112707-LIFELINE SYSTEMS | | 03/01/1997 | 3,056 | 3,056 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112710-MEDICAL CLINIC SUPPLIES | | 10/01/1993 | 682 | 682 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112713-Nu-Step TRS4000 CrossTrainer | | 12/01/2003 | 6,180 | 6,180 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112726-Spirometer | | 10/01/2005 | 2,598 | 2,598 | - |

| Account / Category | Description | Location | Date | Cost | Book Value | Net |
|---|---|---|---|---|---|---|
| 1756001 Fixed Asset - Health Care Equipment | 833622-Under Counter Ice Machine | HRC 3rd Floor | 01/26/2016 | 3,417 | 1,709 | 1,709 |
| 1756001 Fixed Asset - Health Care Equipment | 12894-air loss mattress | | 11/01/2007 | 5,395 | 5,395 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12695-Air Loss Mattresses for RG | | 07/01/2010 | 46,794 | 46,794 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12088-BioScan Bv-3000 ultra- | | 11/01/2010 | 11,490 | 11,490 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12703-DENTAL EQUIPMENT | | 08/01/1995 | 618 | 618 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12716-Oxygen Concentrators | | 11/01/2004 | 2,766 | 2,766 | - |
| 1756001 Fixed Asset - Health Care Equipment | 112729-Workstation Vertical Press Gym | | 07/01/2009 | 5,413 | 5,413 | 4,797 |
| 1756001 Fixed Asset - Health Care Equipment | 964999-A7010 | | 08/18/2017 | 7,287 | 2,490 | - |
| 1756001 Fixed Asset - Health Care Equipment | 301329-A3023 | HRC | 08/16/2013 | 12,455 | 9,238 | 3,218 |
| 1756001 Fixed Asset - Health Care Equipment | 12686-10-Oximeter Bath-Scale AR420 | | 10/01/2003 | 6,759 | 6,759 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12697-Bariatric Bed | | 08/01/2006 | 3,697 | 3,697 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12699-Burdick LE II EKG Machine | | 06/01/2000 | 3,210 | 3,210 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12708-Low beds | | 10/01/2004 | 42,684 | 42,684 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12714-OPTICAL EQUIPMENT | | 07/01/1994 | 5,925 | 5,925 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12719-Podiatry chairs (8) | | 05/01/2007 | 14,634 | 14,634 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12704-Fingerprint hand held pulse | | 12/01/2001 | 858 | 858 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12730-X-RAY PUSH BUTTON | | 03/01/1994 | 32 | 32 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12705-Geri Chairs | | 02/01/2006 | 2,064 | 2,064 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12690-3 Port Mattress | | 02/01/2005 | 1,150 | 1,150 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12700-CPR Equipment | | 11/01/2000 | 747 | 747 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12702-DENTAL EQUIPMENT | | 11/01/1994 | 2,976 | 2,976 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12719-Physician Chair Scale | | 12/01/2007 | 1,210 | 1,210 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12722-Rehab-Medical Equipment | | 08/01/2002 | 33,191 | 33,191 | - |
| 1756001 Fixed Asset - Health Care Equipment | 1055161-A7013 | | 10/02/2017 | 256,152 | 83,249 | 172,902 |
| 1756001 Fixed Asset - Health Care Equipment | 1228314-A9002 | | 12/26/2018 | 33,196 | 6,916 | 26,280 |
| 1756001 Fixed Asset - Health Care Equipment | 12691-5 Utruced, Bed Almond,w matt | | 11/01/2003 | 7,517 | 7,517 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12717-1-MEDICAL EQUIPMENT | | 01/01/1994 | 215 | 215 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12712-MISC-MED CLINIC ITEMS | | 09/01/1993 | 411 | 411 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12725-SCHIRMER TEAR TEST | | 07/01/1994 | 16 | 16 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12727-Standing Frame | | 12/01/2008 | 1,250 | 1,250 | - |
| 1756001 Fixed Asset - Health Care Equipment | 1421526-A1007 | HRC | 10/29/2019 | 19,586 | 2,448 | 17,138 |
| 1756001 Fixed Asset - Health Care Equipment | 12693-Bar-loss mattresses×2 low-loss | | 05/01/2006 | 13,800 | 13,800 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12684-3-Pheifer Bath-Scale AR420 Tubs | | 09/01/2004 | 42,263 | 42,263 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12688-2 Ultra Care loaded w/Mattress | | 12/01/2003 | 3,114 | 3,114 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12689-25 Wheelchairs | | 12/01/2003 | 14,041 | 14,041 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12696-Arjo Sara 3000 Lift w/ scale | | 12/01/2007 | 4,919 | 4,919 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12709-low beds with rails& extension | | 03/01/2006 | 7,013 | 7,013 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12715-OPTICAL EQUIPMENT | | 08/01/1994 | 467 | 467 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12717-PER PRO II PROCESSOR | | 09/01/1994 | 2,227 | 2,227 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12721-Power Heart-AED | | 11/01/2003 | 1,930 | 1,930 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12724-Scale w/wheelchair ramp | | 09/01/2002 | 1,120 | 1,120 | - |
| 1756001 Fixed Asset - Health Care Equipment | 12683-(19) Lifetime Pendants | | 04/01/1999 | 2,309 | 2,309 | - |
| **1756001 Fixed Asset - Health Care Equipment Total** | | | | **$698,045** | **$472,001** | **$226,044** |
| 1757001 Fixed Asset - Communications Equipment | 277401-Security Office | Security Office | 04/30/2012 | 2,573 | 2,251 | 322 |
| 1757001 Fixed Asset - Communications Equipment | 288713-A3014 | Security | 05/24/2013 | 36,747 | 36,747 | - |
| 1757001 Fixed Asset - Communications Equipment | 140414-desk top repeater | Security | 10/17/2011 | 3,980 | 3,681 | 299 |
| 1757001 Fixed Asset - Communications Equipment | 1421551-A1010 Radios | | 06/09/2020 | 4,133 | 344 | 3,789 |
| 1757001 Fixed Asset - Communications Equipment | 443813-Scala Multimedial Message Display | Scala Multimedial Message Display | 05/07/2014 | 12,818 | 8,545 | 4,273 |
| 1757001 Fixed Asset - Communications Equipment | 277389-Hampton Square | Hampton Square | 02/23/2012 | 25,688 | 22,905 | 2,783 |
| **1757001 Fixed Asset - Communications Equipment Total** | | | | **$85,939** | **$74,474** | **$11,464** |
| 1757501 Fixed Asset - IT Equipment & Systems | 119821-LCS System Transition Cost | | 01/01/2011 | 280,230 | 280,230 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 443814-Email Server | Email Server | 09/02/2014 | 90,855 | 90,855 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 277430-Customer 11543871 | HRC Admissions | 08/22/2012 | 1,671 | 1,671 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 277481-Laptop Computers | Offices/IT | 03/30/2012 | 4,627 | 4,627 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 268714-A3018 | Mackinaw Room | 06/01/2013 | 10,600 | 10,600 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 1060063-BESTBUYCOM397-Capital-A7014 | | 07/01/2018 | 3,200 | 2,667 | 533 |
| 1757501 Fixed Asset - IT Equipment & Systems | 1060051-BESTBUYCOM397-A7014 Capital | | 07/31/2018 | 4,607 | 3,840 | 768 |
| 1757501 Fixed Asset - IT Equipment & Systems | 113061-10  4 Dell e6400 Laptops (rep) | | 04/01/2010 | 6,718 | 6,718 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 1421528-A1001 | | 01/09/2020 | 12,875 | 4,292 | 8,583 |
| 1757501 Fixed Asset - IT Equipment & Systems | 1060054-A7014 | | 01/26/2018 | 3,194 | 3,194 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 1223005-A8017 | IT Dept | 11/22/2018 | 120,415 | 26,090 | 94,325 |
| 1757501 Fixed Asset - IT Equipment & Systems | 525233-TS7681 Micro Enterprise Security System | Server Room | 05/04/2015 | 8,365 | 8,365 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 614550-Switches and Routers | | 10/26/2015 | 5,424 | 5,424 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 189249-Keane Software | Finance | 07/31/2011 | 2,000 | 2,000 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 1435380-A8017-Additional | | 03/12/2019 | 23 | 4 | 19 |
| 1757501 Fixed Asset - IT Equipment & Systems | 525324-Replace Boards on Phone System | IT Dept | 03/12/2015 | 4,677 | 4,677 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 289874-A3021 | Chapel | 07/01/2013 | 2,999 | 2,999 | - |

| Category | Asset Description | Location | Date | Amount | Amount | Amount |
|---|---|---|---|---|---|---|
| 1757501 Fixed Asset - IT Equipment & Systems | 113362-84 72Dell G3060 Workstations | | 11/01/2010 | 25,943 | 25,943 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 113064-Laptop Computers (2) Dell | | 10/01/2010 | 3,160 | 3,160 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 11984-Workhub Mnt Software | Plant | 05/10/2011 | 18,552 | 18,552 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 126657-software | | 08/05/2011 | 13,520 | 13,520 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 277387-Offices | Offices | 04/23/2012 | 8,382 | 8,382 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 277377-Customer# 4424132 | HRC Printer | 03/26/2012 | 613 | 613 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 189250-Software | Finance | 07/05/2011 | 17,532 | 17,532 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 1060053-A7014 | | 11/15/2017 | 21,061 | 21,061 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 288715-Printers | Various locations | 06/07/2013 | 18,367 | 18,367 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 1060055-A7014 | | 04/11/2018 | 3,194 | 3,194 | 266 |
| 1757501 Fixed Asset - IT Equipment & Systems | 289872-A3020 | Misc | 06/25/2013 | 2,488 | 2,488 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 277468-HRC | HRC | 12/27/2012 | 56,776 | 56,776 | 10,409 |
| 1757501 Fixed Asset - IT Equipment & Systems | 281559-Printers | Multiple offices | 02/01/2013 | 14,793 | 14,793 | - |
| 1757501 Fixed Asset - IT Equipment & Systems | 113063-IT Capital Projects 2010 | | 12/01/2010 | 105,357 | 105,357 | - |
| **1757501 Fixed Asset - IT Equipment & Systems Total** | | | | **$872,216** | **$757,312** | **$114,904** |
| 1758001 Fixed Asset - Other Office Equipment | 1052089-A9205 | | 03/02/2018 | 4,275 | 2,423 | 1,853 |
| 1758001 Fixed Asset - Other Office Equipment | 277385-Chapel | Chapel | 04/26/2012 | 7,855 | 7,855 | - |
| 1758001 Fixed Asset - Other Office Equipment | 1421509-A1005 | HR, Admin, Mackinaw, Edison Rooms | 01/30/2020 | 9,181 | 1,836 | 7,345 |
| 1758001 Fixed Asset - Other Office Equipment | 525320-Avid Media Composer | Channel 13 | 04/10/2015 | 12,772 | 12,772 | - |
| 1758001 Fixed Asset - Other Office Equipment | 614549-Video Equipment for Community TV | Channel 11 Room | 09/30/2015 | 17,380 | 17,380 | - |
| **1758001 Fixed Asset - Other Office Equipment Total** | | | | **$51,463** | **$42,266** | **$9,197** |
| 1759001 Fixed Asset - Clinic Equipment | 126653-Power Exam Table | | 06/10/2011 | 6,895 | 6,608 | 287 |
| **1759001 Fixed Asset - Clinic Equipment Total** | | | | **$6,895** | **$6,608** | **$287** |
| **Grand Total** | | | | **$ 2,804,298** | **$ 2,073,190** | **$ 731,108** |

**<u>Schedule 2.8</u>**
**Allocation Schedule**

Buyer to provide for Seller's review on or before June 30, 2021.

**<u>Schedule 3.3</u>**
**Permits**

See attached.

**Schedule 3.3 - Permits**

| Issuer | Contract or Agreement Name or No. |
| --- | --- |
| Aetna Inc. | Insurance provider agreement |
| HAP Midwest Health Plan, Inc. | Insurance provider agreement |
| ChoiceCare Network | Insurance provider agreement |
| U.S. Department of Health and Human Services Centers for Medicare and Medicaid Services | Medicare Provider Agreement (Provider No. 235593) |
| Michigan Department of Health & Human Services | Medicaid Provider Agreement (Provider No. 4438240) |
| Michigan Department of Licensing and Regulatory Affairs | Nursing Home License |
| Michigan Department of Licensing and Regulatory Affairs | License for Home for the Aged |
| Michigan Department of Licensing and Regulatory Affairs | Continuing Care Community Registration |
| Michigan Department of Licensing and Regulatory Affairs | CLIA Certificate of Waiver |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - HRC |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - AL/HRC Kitchen |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Assisted Living |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #1 A Wing |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #1 C Wing |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #2 Right Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #2 Left Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #3 Right Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #3 Left Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #4 |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #5 Right Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #5 Left Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #6 Right Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #6 Left Cab |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Residential Building #7 |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Community Building #1 Loading Dock |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Community Building #1 Kitchen |
| Michigan Department of Licensing and Regulatory Affairs | Elevator Certification of Operation - Community Building #2 Loading Dock/Kitchen Service |
| Michigan Department of Health and Human Services | Certificate of Need |
| Michigan Department of Agriculture and Rural Development | Food Service Establishment License |
| Michigan Department of Environment, Great Lakes, Energy Medical Waste Program | Registration as a Producing Facility of Medical Waste |
| Michigan Department of Licensing and Regulatory Affairs | CLIA Certificate of Waiver |
| City of Dearborn | Manager Building License - Health and Rehab Building |
| City of Dearborn | Manager Building License - Building #1 |
| City of Dearborn | Manager Building License - Building #2 |
| City of Dearborn | Manager Building License - Building #3 |
| City of Dearborn | Manager Building License - Building #4 |
| City of Dearborn | Manager Building License - Building #5 |
| City of Dearborn | Manager Building License - Building #6 |
| City of Dearborn | Manager Building License - Building #7 |
| City of Dearborn | Building Certificate of License - Health and Rehab Center (98 Units) |
| City of Dearborn | Building Certificate of License - Food Establishment (Village Market) |
| City of Dearborn | Building Certificate of License - Food Establishment (Community Building #1) |
| City of Dearborn | Building Certificate of License - Food Establishment (St. Clair) |
| City of Dearborn | Building Certificate of License - Residential Building #1 (141 Units) |
| City of Dearborn | Building Certificate of License - Residential Building #2 (125 Units) |
| City of Dearborn | Building Certificate of License - Residential Building #3 (114 Units) |
| City of Dearborn | Building Certificate of License - Residential Building #4 (95 Units) |
| City of Dearborn | Building Certificate of License - Residential Building #5 (113 Units) |
| City of Dearborn | Building Certificate of License - Residential Building #6 (185 Units) |
| City of Dearborn | Building Certificate of License - Residential Building #7 (95 Units) |
| Michigan Department of Environment, Great Lakes, and Energy Drinking Water and Environmental Health Division | Public Swimming Pool License - Spa |
| Michigan Department of Environment, Great Lakes, and Energy Drinking Water and Environmental Health Division | Public Swimming Pool License - Swim |

# Schedule 3.4
## Litigation

**Pending Litigation:**

| |
|---|
| Case No. 21-003642-NH, *Miller v. Henry Ford Village, et al.*, Wayne County Circuit Court 3/17/2021 |
| Case No. 20-016647-NH, *Hood v. Ogden, et al.*, Wayne County Circuit Court 12/22/2020 |
| Case No. 20-016649-NH, Hood v. Ogden, et al., Wayne County Circuit Court 12/22/2020 |
| Case No. 20-013873-CK, *Mallett v. Henry Ford Village, Inc.*, Wayne County Circuit Court 10/21/2020 |
| Case No. 20-013791-CK, *Davis v. Henry Ford Village, Inc.*, Wayne County Circuit Court 10/20/2020 |
| Case No. 20-183729-CK, *Lee v. Henry Ford Village, Inc.*, Wayne County Circuit Court 9/28/2020 |
| Case No. 20-011413-CK, *Currie v. Henry Ford Village, Inc.*, Wayne County Circuit Court 9/2/2020 |
| Case No. 20-011079-CK, *Harbin v. Henry Ford Village, Inc.*, Wayne County Circuit Court 8/27/2020 |
| Case No. 351995, *Fisanik v. Henry Ford Village, Inc.*, Michigan Court of Appeals 12/23/2019 |
| Case No. 19-010892-NO, *Roddy v. Henry Ford Village, Inc.*, Wayne County Circuit Court 8/9/2019 |
| Case No. 19-003674-NH, *Abboud v. Henry Ford Village, Inc., et al.*, Wayne County Circuit Court 3/14/2019 |
| Case No. 18-013973-CZ, *Fisanik v. Henry Ford Village, Inc.*, Wayne County Circuit Court 10/25/2018 |
| Case No. 14-006796-CK, *Plumley, et al. v. Henry Ford Village, Inc., et al.*, Wayne County Circuit Court 5/23/2014 |

**Judgments:**

| |
|---|
| Case No. 19-011948-CZ, *Colton v. Henry Ford Village, Inc.*, Wayne County Circuit Court 9/4/2019 |

**<u>Schedule 3.5</u>**
**Employee Relations**

See attached re workers' compensation claims.

## Schedule 3. 5 – Employee Relations

| Case Title | Case Number | Nature of Case | Status of Case |
|---|---|---|---|
| Antonia Smith | 189299409 | Workers Comp | Hearing Scheduled |
| Raegan Sweet | 189004730-001 | Workers Comp | Hearing Scheduled |
| Leo Wallace | 1721090 | Workers Comp | Resolved |

**<u>Schedule 3.8</u>**
**Compliance**

1. LARA Escrow Order.

2. Seller has paused ordinary-course entrance fee refunds, except for entrance fees subject to the LARA Escrow Order.

**Schedule 3.10**
**Licensed Beds and Current Rate**

Seller has 89 licensed beds, all of which are single beds, and 27 are dually certified for Medicare and Medicaid.

See attached.

Henry Ford Village

**Schedule 3.10 - Licensed Beds and Current Rate Schedule**

| HEALTH & REHABILITATION CENTER<br>Payer Type | Ending<br>Census Count |
|---|---|
| Medicaid(Medicare Cert) | 3 |
| MedicareA(Medicare Cert) | 10 |
| MedicareA Advantage Plan(Medicare Cert) | 10 |
| Private Pay(Medicare Cert) | 12 |
| Unknown Payer(Medicare Cert) | 5 |
| **Ending Census Count** | **40** |
| Empty Beds on 3/24/2021 | 49 |
| PreAdmit Bed Holds | 0 |
| Inactive Beds | 0 |
| **Total Active Beds on 3/24/2021** | **89** |
| *Occupancy Rate* | *44.9%* |

***Memo:***

| | |
|---|---|
| Dually Certified for Medicare and Medicaid | 27 |

**<u>Schedule 3.17</u>**
**Environmental Matters**

No disclosure.

**<u>Schedule 3.18</u>**
**Financial Information**

See attached.

# HENRY FORD VILLAGE, INC.

Dearborn, Michigan

FINANCIAL STATEMENTS

Including Independent Auditors' Report

As of and for the Year Ended December 31, 2017

**HENRY FORD VILLAGE, INC.**

TABLE OF CONTENTS
As of and for the Year Ended December 31, 2017

**Independent Auditors' Report**      1 - 2

**Financial Statements**

    Balance Sheet      3

    Statement of Operations      4

    Statement of Changes In Net Deficit      5

    Statement of Cash Flows      6 - 7

    Notes to Financial Statements      8 - 21



INDEPENDENT AUDITORS' REPORT

Board of Directors
Henry Ford Village, Inc.
Dearborn, Michigan

We have audited the accompanying financial statements of Henry Ford Village, Inc. (the "Community"), which comprise the balance sheet as of December 31, 2017, and the related statements of operations, changes in net deficit, and cash flows for the year then ended, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditors' Responsibility**

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Board of Directors
Henry Ford Village, Inc.

***Opinion***

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Community as of December 31, 2017, and the results of its operations, changes in net deficit and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Baker Tilly Virchow Krause, LLP*

Southfield, Michigan
May 23, 2018

# HENRY FORD VILLAGE, INC.

BALANCE SHEET
As of December 31, 2017

## *ASSETS*

**CURRENT ASSETS**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 430,398 |
| Current portion of assets whose use is limited | | 835,251 |
| Accounts receivable, net | | 3,347,633 |
| Inventories | | 155,344 |
| Prepaid expenses and other current assets | | 475,901 |
| Total Current Assets | | 5,244,527 |

| | |
|---|---:|
| **ASSETS WHOSE USE IS LIMITED** | 15,895,509 |
| **BOARD - RESTRICTED INVESTMENTS** | 2,124,686 |
| **PROPERTY AND EQUIPMENT, NET** | 79,810,320 |
| **TOTAL ASSETS** | $103,075,042 |

## *LIABILITIES AND NET ASSETS (DEFICIT)*

**CURRENT LIABILITIES**

| | | |
|---|---|---:|
| Accounts payable and accrued expenses | $ | 5,031,150 |
| Accounts payable, related party | | 1,995,305 |
| Resident refunds payable | | 3,739,556 |
| Funds held for residents | | 143,251 |
| Bonds payable, current portion | | 680,000 |
| Charitable gift annuity, current portion | | 12,000 |
| Total Current Liabilities | | 11,601,262 |

**LONG-TERM LIABILITIES**

| | |
|---|---:|
| Advance deposits | 611,070 |
| Refundable entrance fees and deposits | 106,492,071 |
| Deferred revenue from nonrefundable entrance fees | 6,880,306 |
| Bonds payable, net | 51,130,088 |
| Charitable gift annuity, net of current portion | 118,372 |
| Total Liabilities | 176,833,169 |

**NET ASSETS (DEFICIT)**

| | |
|---|---:|
| Unrestricted | (74,650,589) |
| Temporarily restricted | 892,462 |
| Total Net Assets (Deficit) | (73,758,127) |
| **TOTAL LIABILITIES AND NET ASSETS (DEFICIT)** | $103,075,042 |

See accompanying notes to financial statements.

# HENRY FORD VILLAGE, INC.

## STATEMENT OF OPERATIONS
For the Year Ended December 31, 2017

| | | |
|---|---|---:|
| **UNRESTRICTED REVENUES, GAINS AND OTHER SUPPORT** | | |
| Resident occupancy revenue | $ | 33,555,366 |
| Ancillary fees | | 1,556,180 |
| Other revenue | | 1,038,528 |
| Amortization of residents' entrance fees | | 695,514 |
| Investment income | | 158,734 |
| Reclassification of net assets | | 92 |
| Net assets released from restrictions | | 105,228 |
| Total unrestricted revenues, gains and other support | | 37,109,642 |
| **EXPENSES** | | |
| Salaries, wages and benefits | | 14,897,680 |
| Depreciation | | 4,033,507 |
| Interest | | 3,187,480 |
| Professional and contracted services | | 2,294,372 |
| Supplies | | 2,153,224 |
| Dietary and related supplies | | 2,024,843 |
| Building and grounds maintenance | | 1,912,007 |
| Utilities | | 1,604,364 |
| Administrative related | | 958,038 |
| Marketing | | 902,661 |
| PILOT and other taxes | | 784,693 |
| Insurance | | 460,826 |
| Management fees | | 369,750 |
| Bad debt | | 348,675 |
| Resident relations | | 71,300 |
| Other | | 39,915 |
| Total Expenses | | 36,043,335 |
| | | |
| Operating Income | | 1,066,307 |
| | | |
| **ASSUMPTION OF HENRY FORD VILLAGE FOUNDATION UNRESTRICTED NET DEFICIT** | | (312,084) |
| | | |
| **REVENUES IN EXCESS OF EXPENSES AND DECREASE IN UNRESTRICTED NET DEFICIT** | $ | 754,223 |

See accompanying notes to financial statements.

# HENRY FORD VILLAGE, INC.

STATEMENT OF CHANGES IN NET DEFICIT
For the Year Ended December 31, 2017

**UNRESTRICTED NET DEFICIT**

| | |
|---|---:|
| Operating income | $ 1,066,307 |
| Assumption of Henry Ford Village Foundation unrestricted net deficit | (312,084) |
| Revenues in excess of expenses and decrease in unrestricted net deficit | 754,223 |

**TEMPORARILY RESTRICTED NET ASSETS**

| | |
|---|---:|
| Contributions and income earned | 105,228 |
| Inherent contribution of temporarily restricted net assets from acquisition of Henry Ford Village Foundation | 888,750 |
| Net assets released from restrictions | (105,228) |
| Increase in Temporarily Restricted Net Assets | 888,750 |
| | |
| Decrease in Net Deficit | 1,642,973 |
| | |
| NET DEFICIT - Beginning of Year | (75,401,100) |
| | |
| **NET DEFICIT - END OF YEAR** | $ (73,758,127) |

See accompanying notes to financial statements.

# HENRY FORD VILLAGE, INC.

STATEMENT OF CASH FLOWS
For the Year Ended December 31, 2017

**CASH FLOWS FROM OPERATING ACTIVITIES**

| | |
|---|---:|
| Decrease in net deficit | $ 1,642,973 |
| Adjustments to reconcile to net cash flows from operating activities | |
| Inherent contribution of net assets assumed in the acquisition of Henry Ford Village Foundation | (576,666) |
| Depreciation | 4,033,507 |
| Amortization of debt issuance costs | 41,189 |
| Amortization of bond discount | 21,877 |
| Provision for bad debt expense | 348,675 |
| Proceeds from nonrefundable entrance fees | 2,185,880 |
| Revenue earned from reduced entrance fees and deposit refunds | (323,975) |
| Net realized and unrealized gain on investments | (51,356) |
| Amortization of residents' entrance fees | (695,514) |
| Changes in assets and liabilities | |
| Accounts receivable | (410,130) |
| Accounts receivable acquired in acquisition of Foundation | (697,750) |
| Inventories | (93,934) |
| Prepaid expenses and other current assets | (46,426) |
| Related party receivables and payables | 411,704 |
| Accounts payable, related party acquired in acquisition of Foundation | 909,517 |
| Accounts payable and accrued expenses | (1,557,207) |
| **Net Cash Flows from Operating Activities** | **5,142,364** |

**CASH FLOWS FROM INVESTING ACTIVITIES**

| | |
|---|---:|
| Purchase of property and equipment | (1,657,978) |
| Decrease in note receivable from related party | 208,077 |
| Net purchases of assets whose use is limited and board-restricted investments | (12,575,520) |
| Cash and cash equivalents acquired in dissolution of Henry Ford Village Foundation | 269,480 |
| **Net Cash Flows from Investing Activities** | **(13,755,941)** |

**CASH FLOWS FROM FINANCING ACTIVITIES**

| | |
|---|---:|
| Increase in advance deposits | 129,294 |
| Proceeds from refundable entrance fees and deposits | 7,146,054 |
| Refunds of entrance fees and deposits | (12,233,412) |
| Decrease in resident spend-down account | (245,541) |
| Increase in resident refunds payable | 769,895 |
| Principal payments on bonds payable | (500,000) |
| Proceeds from additional bonds payable | 14,185,000 |
| Debt issuance costs | (833,614) |
| **Net Cash Flows from Financing Activities** | **8,417,676** |

| | |
|---|---:|
| **Net Change in Cash and Cash Equivalents** | **(195,901)** |
| CASH AND CASH EQUIVALENTS - Beginning of Year | 626,299 |
| **CASH AND CASH EQUIVALENTS - END OF YEAR** | **$ 430,398** |

See accompanying notes to financial statements.

## HENRY FORD VILLAGE, INC.

STATEMENT OF CASH FLOWS
For the Year Ended December 31, 2017

| | | |
|---|---|---:|
| **Supplemental cash flow disclosures** | | |
| Cash paid for interest | $ | 3,034,716 |
| | | |
| **Noncash investing and financing activities acquired in acquisition of Foundation** | | |
| Assets whose use is limited | $ | 649,325 |
| Accounts receivable | | 697,750 |
| Accounts payable, related party | | (909,517) |
| Charitable gift annuity | | (130,372) |

See accompanying notes to financial statements.

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 1 - Nature of Operations

Henry Ford Village, Inc. (the "Community") is a Michigan non-stock corporation established to operate a not-for-profit continuing care retirement community located in Dearborn, Michigan. The property is presently zoned for 853 independent living units, 96 assisted living units and 89 skilled nursing beds. As of December 31, 2017, there were 796 occupied units, which consisted of 632 independent living units, 92 assisted living units and 72 skilled nursing beds.

The Community entered into a management agreement in December 2010 with Life Care Services, LLC (LCS), a for-profit Iowa limited liability company which operates and manages a variety of continuing care retirement communities nationwide.

The Community's Development Office carries out the entity's fundraising activities. The Development Office existed as a separate affiliated legal entity under the name Henry Ford Village Foundation, Inc. (the "Foundation"), which was incorporated in August 2004 and existed as a tax-exempt 501(c)(3) organization under the Internal Revenue Code of 1986.

The Community is governed by an independent Board of Directors and is advised by a Resident Council elected by the residents of the Community. Numerous members of the Board also serve on the Foundation Board of Directors. However, it was determined that the Board of the Foundation is not controlled by the Board of the Community, and accordingly, the financial statements of the Foundation were not required to be consolidated into the financial statements of the Community as of December 31, 2016.

In July 2017, the Board of Directors for both the Community and the Foundation voted unanimously to approve an acquisition of the Foundation in the interest of reducing costs and increasing operating efficiencies. Effective December 31, 2017, the net assets, rights and obligations of the Foundation were acquired by the Community pursuant to a Certificate of Merger and an Agreement and Plan of Merger filed with the State of Michigan.

**Basis of Reporting**

As shown in the accompanying financial statements, the Community has ended the fiscal year with revenues in excess of expenses of $754,223, with an overall decrease in net deficit of $1,642,973. The Community has a working capital deficit of $6,356,735, and a net deficit of $73,758,127. Management has taken several actions to ensure the Community will continue as a going concern through one year from the date these financial statements are issued. Management is currently executing a campus repositioning project that began in 2017.  This repositioning, along with a conversion of certain independent living entrance fee units to independent living rental units, is projected to increase operating revenues to a sufficient level to satisfy debt service and capital requirements. In addition, cost reduction measures continue to be made, with the primary emphasis being on the reduction of salaries, wages and benefits, as well as administrative expenses.

Management believes that these actions will enable the Community to continue as a going concern through one year from the date these financial statements are issued. Accordingly, the financial statements do not include any adjustments that might be necessary if the Community is unable to continue as a going concern.

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 2 - Summary of Significant Accounting Policies

*Use of Estimates*

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Cash and Cash Equivalents*

For the purposes of the statement of cash flows, cash and cash equivalents include investments in highly liquid debt instruments purchased with an original maturity of three months or less, excluding assets whose use is limited and board-restricted investments.

*Accounts Receivable*

Accounts receivable are reported at net realizable value. Accounts are written off when they are determined to be uncollectible based upon management's assessment of individual accounts. The allowance for doubtful collections is estimated based upon a periodic review of individual accounts and was $342,380 at December 31, 2017.

*Investments and Investment Risk*

Investments in equity securities with readily determinable fair values and all investments in debt securities are measured at fair value in the balance sheet. The fair value of substantially all securities is determined by quoted market prices. Investment income or loss (including realized and unrealized gains and losses on investments, interest and dividends) is included in revenues in excess of expenses unless the income or loss is restricted by donor or law. Interest income is measured as earned on the accrual basis. Dividends are measured based on the ex-dividend date. Purchases and sales of securities and realized gains and losses are recorded on a trade-date basis.

The Community's investments are comprised of a variety of financial instruments and are managed by investment advisors. The fair values reported in the balance sheet are subject to various risks including changes in the equity markets, the interest rate environment and general economic conditions. Due to the level of risk associated with investment securities and the level of uncertainty related to changes in the fair value of investment securities, it is reasonably possible that the amounts reported in the balance sheet could change materially in the near term.

*Assets Whose Use Is Limited*

Assets whose use is limited includes assets set aside for amounts held by a bond trustee under trust indentures; escrow funds held in connection with resident deposits; and funds held for residents. Amounts available to meet current liabilities have been classified as current assets in the balance sheet.

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 2 - Summary of Significant Accounting Policies (cont.)

*Property and Equipment*

Property and equipment acquisitions are recorded at cost. All acquisitions of property and equipment in excess of $2,500 and all expenditures for improvements and betterments that materially prolong the useful lives of assets are capitalized. Depreciation is computed using the straight-line method based upon the estimated useful lives of the assets as follows:

| | |
|---|---|
| Land and land improvements | 15 years |
| Building and building improvements | 7 - 40 years |
| Furniture and fixtures | 7 years |
| Equipment | 3 - 5 years |

Gifts of long-lived assets such as land, buildings, or equipment are reported as unrestricted support unless explicit donor stipulations specify how the donated assets must be used. Gifts of long-lived assets with explicit restrictions that specify how the assets are to be used and gifts of cash or other assets that must be used to acquire long-lived assets are reported as restricted support. Absent explicit donor stipulations about how long those long-lived assets must be maintained, expirations of donor restrictions are reported when the donated or acquired long-lived assets are placed in service.

*Impairment of Long-Lived Assets*

Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to future net undiscounted cash flows expected to be generated by the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount by which the carrying amount of the net assets exceeds the fair value of the assets. There were no impairment losses recorded in 2017.

*Debt Issuance Costs*

The Community presents debt issuance costs as a direct reduction of its long-term debt. Debt issuance costs represent costs incurred in connection with the issuance of long-term debt, and are being amortized over the life of the debt using the bonds outstanding method, which approximates the effective interest method. Amortization expense, included as a component of interest expense, was $41,189 for the year ended December 31, 2017.

*Original Issue Discount*

The original issue discount is being amortized using the straight-line method, which approximates the effective interest method, over the term of the related debt. Amortization, included as a component of interest expense, of the original issue discount was $21,877 in 2017.

# HENRY FORD VILLAGE, INC.

## NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

### NOTE 2 - Summary of Significant Accounting Policies (cont.)

*Entrance Fees*

Under entrance fee plans for residences, the Community receives payments in advance. Residents currently have two entrance plan options to choose from. One refundable contract has a guaranteed refund component, which is 75% of the entrance fee paid. Under this plan, refunds are generally equal to 75% of the entrance fee paid. The community also offers a declining balance contract. Under this contract, the refundable portion is calculated by taking the applicable entrance fee less 1.5% of the total entrance fee for each month or proportionate amount for a partial month of occupancy, less the actual cost of refurbishing the residence.

Refunds to residents are typically payable 30 days after their former independent or assisted living unit has been reoccupied. However, if a resident is permanently transferred to assisted living or skilled nursing care, no refund of any portion of the entrance fee is made until the resident permanently leaves the community. Skilled nursing entrance fees are refundable upon the payment of all outstanding obligations of the resident. Contractual refund obligations under residency agreements for the current entrance plan options approximated $17,745,000 at December 31, 2017. Management estimates the amount of refundable entrance fees to be paid the following year from sources other than proceeds from entrance fees to residents who terminate their residency agreement the following year. This amount was $3,739,556 at December 31, 2017, and is classified as a current liability in the balance sheet.

The guaranteed refundable component of advance fees received under the refundable plans is not amortized to income. These fees are classified as refundable entrance fees and deposits in the balance sheet. The nonrefundable balance of entrance fees is amortized to income using the straight-line method over the estimated remaining life expectancies of the residents, which are adjusted annually. These unamortized entrance fees are classified as deferred revenue from nonrefundable entrance fees in the balance sheet. Amortization of entrance fees recognized as revenue was $695,514 for the year ended December 31, 2017.

Prior to January 1, 2015, the Community offered a refundable contract under which 100% of the entrance fee paid was refundable. The guaranteed refund component of entrance fees received under this plan is not amortized to income and is classified with refundable entrance fees and deposits in the balance sheet. At December 31, 2017, contractual refund obligations under this plan were approximately $87,600,000.

The Community also received deposits from prospective residents of $611,070 through December 31, 2017. These amounts are recorded in advance deposits in the balance sheet.

Resident entrance fees and deposits may be used to satisfy monthly fees if no other resident funds are available.

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 2 - Summary of Significant Accounting Policies (cont.)

*Temporarily Restricted Net Assets*

Temporarily restricted net assets are those whose use by the Community has been limited by donors to specific time periods or purposes. Temporarily restricted net assets were $892,462 as of December 31, 2017. These net assets are available for the following purposes:

> **Staff Appreciation Fund:** The Community does not permit residents to confer gratuities to individual employees. As a way for residents to show their appreciation to employees, the Community holds a fundraising drive each fall for residents to contribute to a staff appreciation fund. Those funds are distributed to employees who meet certain criteria for length of service.

> **Benevolent Care Fund:** Under certain circumstances, residents who exhaust their assets and cannot cover their costs of residency and necessary services from the Community can be granted relief from this restricted fund. The Community performs fundraising efforts and uses such contributions to offset the costs of benevolent care efforts.

> **Quality of Resident Life Fund:** Occasionally, needs for amenities generate attention among the resident population such that funds are raised for specific projects related to campus beautification.

> **Scholarship Fund:** The Community conducts an annual campaign specifically to fund scholarship awards for employees pursuing college education.

Temporarily restricted net assets are available as of December 31, 2017 for the following purposes:

| | |
|---|---:|
| Staff appreciation fund | $ 3,804 |
| Benevolent care fund | 327,379 |
| Quality of resident life fund | 347,449 |
| Scholarship fund | 213,830 |
| Total temporarily restricted net assets | $ 892,462 |

Net assets were released from restrictions, by incurring expenses satisfying the purpose or time restrictions specified by donors, as follows:

| | |
|---|---:|
| Staff appreciation fund | $ 105,228 |

*Resident Occupancy Revenue*

Resident occupancy revenues are reported at the estimated net realizable amounts from residents, third party payors, and others for services rendered, including estimated retroactive adjustments under reimbursement agreements with third-party payors.

## NOTE 2 - Summary of Significant Accounting Policies (cont.)

### Donor Restricted Gifts

The Community reports gifts of cash and other assets as restricted support if they are received with donor stipulations that limit the use of the donated assets. When a donor restriction expires, that is, when a stipulated time restriction ends or purpose restriction is accomplished, temporarily restricted net assets are reclassified as unrestricted net assets and reported in the statement of operations as net assets released from restrictions.

### Income Taxes

The Community is a nonprofit organizations as described in Section 501(c)(3) of the Internal Revenue Code and is exempt from federal income taxes on its exempt income under Section 501(a) of the Internal Revenue Code.

### Payment In Lieu of Taxes ("PILOT")

Given that the Community claims exemption under the General Property Tax Act and is treated as exempt from property taxation, but benefits from city services for availablity of police, fire and other public services, the Community entered into a 40-year agreement with the City of Dearborn for Payment In Lieu of Taxes ("PILOT") effective June 30, 2010. The City has the right to renew the agreement for an additional 40 years. The agreement encompasses all tax-exempt personal and real property located at 15101 Ford Road, Dearborn, Michigan 48126 and is conditioned on the Community maintaining its non-profit tax-exempt status under applicable laws.

The PILOT  agreement requires one payment to be made annually on July 1 of each year. Under the agreement, each year the payment will increase by the lesser of a change in the Consumer Price Index for the United States, as reported by the Michigan Department of Treasury, or five percent. After each 10-year period under the agreement, both parties have agreed to review the payment calculation methodology to ensure that increases provided for in the agreement are consistent with real property valuation increases in the general population within the city of Dearborn. The amount of the PILOT invoiced on July 1, 2017 was approximately $556,000.

### Revenues in Excess of Expenses

The statement of operations includes the determination of revenues in excess of expenses. Changes in unrestricted net assets which are excluded from the determination of revenues in excess of expenses, consistent with industry practice, include contributions of long-lived assets (including assets acquired using contributions which by donor restriction were to be used for the purposes of acquiring such assets) and transfers from affiliates.

### Subsequent Events

The Community has evaluated events through May 23, 2018, which is the date the financial statements were approved and issued.

# HENRY FORD VILLAGE, INC.

## NOTE 3 - Foundation Acquisition

Effective December 31, 2017, the Community acquired all of the assets and liabilities of the Foundation as a result of the Foundation's dissolution. The assets acquired and liabilities assumed of the Foundation were recorded at fair value on the Community's financial statement as follows:

| | |
|---|---:|
| Cash | $ 269,480 |
| Assets whose use is limited | 649,325 |
| Pledges receivable | 697,750 |
| Charitable gift annuity | (130,372) |
| Accounts payable, related party | (909,517) |
| Net assets acquired | $ 576,666 |

The transfer of the net assets from the Foundation was accounted for using the acquisition method of accounting. All activities for the Foundation are expected to be predominately contributions and returns on investments, and accordingly, a separate change was recognized for the Foundation's unrestricted net deficit in the statement of operations and changes in net deficit.

## NOTE 4 - Resident Occupancy Revenues

The Community has agreements with third-party payors that provide for payments to the Community at amounts different from its established rates. A summary of the principal payment arrangements with major third-party payors follows:

> **Medicaid:** Nursing services rendered to Medicaid program beneficiaries are paid based on a cost reimbursement methodology, plus a Quality Assurance Supplement ("QAS"). The methodology is subject to various limitations and adjustments. The Community is reimbursed for cost reimbursable expenditures plus a QAS at tentative interim rates, with final settlement determined after submission of annual cost reports and audits thereof by the Michigan Department of Community Health's Long-Term Care Reimbursement and Rate Setting Section. The Community's Medicaid cost reports have been final settled through 2011. Approximately 2% of the Community's resident occupancy revenue was derived from the Medicaid program in 2017.

> **Medicare:** Nursing and ancillary services rendered to Medicare Part A beneficiaries are paid at prospectively determined rates per day. These rates vary according to a resident-specific classification system that is based on clinical, diagnostic and other factors and the reimbursement methodology is subject to various limitations and adjustments. The Community is reimbursed for therapy services provided to Medicare Part B beneficiaries at the lesser of a published fee schedule or actual charges. Approximately 17% of the Community's resident occupancy revenue was derived from services rendered to Medicare beneficiaries in 2017.

As described above, the Medicaid and Medicare rates are based on clinical, diagnostic and other factors. The determination of these rates is partially based on the Community's clinical assessment of its residents. The Community is required to clinically assess its residents at predetermined time periods throughout the year. The documented assessments are subject to review and adjustment.

# HENRY FORD VILLAGE, INC.

## NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 4 - Resident Occupancy Revenues (cont.)

The Community also entered into payment agreements with certain commercial insurance carriers and others. The basis for payment to the Community under these agreements includes prospectively determined rates per day and discounts from established charges.

## NOTE 5 - Assets Whose Use Is Limited and Board-Restricted Investments

Assets whose use is limited are held in connection with the following:

| | |
|---|---:|
| Held by bond trustee - debt service reserve fund | $ 4,352,317 |
| Held by bond trustee - debt service fund | 318,477 |
| Held by bond trustee - capital expenditures fund | 10,630,519 |
| Advance deposits by prospective residents | 628,480 |
| Funds held for resident activities | 151,642 |
| Memorial funds | 481,706 |
| Gift annuity | 167,619 |
| Total assets whose use is limited | 16,730,760 |
| Less: Funds available to meet current liabilities | 835,251 |
| Noncurrent Portion of Assets whose use is Limited | $ 15,895,509 |

The Community measures its investments and assets whose use is limited on a recurring basis in accordance with accounting principles generally accepted in the United States of America. The Community's investments and assets whose use is limited consist of the following:

| | |
|---|---:|
| Current portion of assets whose use is limited | $ 835,251 |
| Noncurrent portion of assets whose use is limited | 15,895,509 |
| Board-restricted investments | 2,124,686 |
| Total Investments and Assets whose use is Limited | $ 18,855,446 |

*Fair Value Measurements*

Fair value is defined as the price that would be received to sell an asset or the price that would be paid to transfer a liability in an orderly transaction between market participants at the measurement date. The framework that the authoritative guidance establishes for measuring fair value includes a hierarchy used to classify the inputs used in measuring fair value. The hierarchy prioritizes the inputs used in determining valuations into three levels. The level in the fair value hierarchy within which the fair value measurement falls is determined based on the lowest level input that is significant to the fair value measurement.

# HENRY FORD VILLAGE, INC.

## NOTES TO FINANCIAL STATEMENTS
### As of and for the Year Ended December 31, 2017

---

### NOTE 5 - Assets Whose Use Is Limited and Board-Restricted Investments (cont.)

The levels of the fair value hierarchy are as follows:

Level 1 - Fair value is based on unadjusted quoted prices in active markets that are accessible to the Community for identical assets. These generally provide the most reliable evidence and are used to measure fair value whenever available.

Level 2 - Fair value is based on significant inputs, other than Level 1 inputs, that are observable either directly or indirectly for substantially the full term of the asset through corroboration with observable market data. Level 2 inputs include quoted market prices in active markets for similar assets, quoted market prices in markets that are not active for identical or similar assets, and other observable inputs.

Level 3 - Fair value would be based on significant unobservable inputs. Examples of valuation methodologies that would result in Level 3 classification include option pricing models, discounted cash flows, and other similar techniques.

The financial instruments listed below were measured using the following inputs at December 31, 2017:

| | Carrying Value | Fair Value | Level 1 | Level 2 |
|---|---|---|---|---|
| **Reported at Fair Value** | | | | |
| Board restricted investments and assets whose use is limited: | | | | |
| Cash and cash equivalents | $ 12,900,135 | $ 12,900,135 | $ 12,900,135 | $ - |
| U.S. government and agency obligations | 2,371,507 | 2,371,507 | - | 2,371,507 |
| Corporate bonds | 2,535,036 | 2,535,036 | - | 2,535,036 |
| Municipal bonds | 84,519 | 84,519 | - | 84,519 |
| Equities | 630,598 | 630,598 | 630,598 | - |
| Mutual funds | 333,651 | 333,651 | 333,651 | - |
| Total | $ 18,855,446 | $ 18,855,446 | $ 13,864,384 | $ 4,991,062 |
| **Disclosed at Fair Value** | | | | |
| Cash and cash equivalents | $ 430,398 | $ 430,398 | $ 430,398 | $ - |
| Long-term debt | $ 53,730,000 | $ 53,730,000 | $ - | $ 53,730,000 |

There were no Level 3 investments as of December 31, 2017.

The following is a description of the valuation methodologies used for assets reported at fair value and for financial instruments disclosed at fair value. There have been no changes in methodologies used at December 31, 2017.

The carrying amounts of cash and cash equivalents included in board-restricted investments and assets whose use is limited approximates fair value due to the short-term nature of these instruments.

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 5 - Assets Whose Use Is Limited and Board-Restricted Investments (cont.)

Equities and mutual funds are valued at fair value based on quoted market prices for identical securities in active markets that the Community has the ability to access at the measurement date.

U.S. government and agency obligations, corporate bonds and municipal bonds are valued at fair value based on quoted market prices for similar securities in active markets that the Community has the ability to access at the measurement date.

The carrying amounts of cash and cash equivalents approximate fair value due to the short-term nature of these instruments.

The carrying value of long-term debt approximates fair value based on current trade value, if available, or is estimated using discounted cash flow analyses, based on the Community's current incremental borrowing rates for similar types of borrowing arrangements.

The preceding methods may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Community believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

Investment income on the investments and assets whose use is limited consisted of the following for the year ended December 31, 2017:

| | |
|---|---:|
| Interest and dividends | $ 107,378 |
| Net realized gain on sale of investments | 58,457 |
| Net unrealized loss on investments | (7,101) |
| Total investment income | $ 158,734 |

## NOTE 6 - Property and Equipment, Net

Property and equipment, net is as follows:

| | |
|---|---:|
| Land and land improvements | $ 6,129,134 |
| Building and building improvements | 150,359,234 |
| Furniture and fixtures | 6,626,070 |
| Equipment | 2,359,151 |
| Total | 165,473,589 |
| Less: Accumulated depreciation | (86,184,810) |
| Construction-in-progress | 521,541 |
| Property and equipment, net | $ 79,810,320 |

Depreciation expense related to property and equipment was $4,033,507 for the year ended December 31, 2017.

## NOTE 7 - Bonds Payable

Long-term debt consists of the following at December 31, 2017:

| | Series 2008 Bonds | Series 2017 Bonds | Total |
|---|---|---|---|
| Bonds payable | $ 39,545,000 | $ 14,185,000 | $ 53,730,000 |
| Less original issue discount | 453,839 | - | 453,839 |
| Less current maturities | 530,000 | 150,000 | 680,000 |
| Less debt issuance costs | 632,459 | 833,614 | 1,466,073 |
| Long-term Debt, Net | $ 37,928,702 | $ 13,201,386 | $ 51,130,088 |

On October 1, 2008, the Community closed on Series 2008 Bonds issued by the Economic Development Corporation of the City of Dearborn in the amount of $42,535,000. The 2008 Bonds are tax-exempt with a fixed interest rates varying between 6.0% and 7.15%, with a final maturity in November 2043. No letter of credit is required for the Series 2008 Bonds. The Series 2008 Bonds are secured by all property and gross receipts of the Community.

On September 27, 2017, the Community closed on Series 2017 Bonds issued by Economic Development Corporation of the City of Dearborn in the amount of $14,185,000. The 2017 Bonds are tax-exempt with a fixed interest rate of 7.5%, with a final maturity in November 2044. No letter of credit is required for the Series 2017 Bonds. The Series 2008 and Series 2017 Bonds are secured by all property and gross receipts of the Community.

Scheduled principal repayments on long-term debt are as follows:

| Year Ending | Series 2008 Bonds | Series 2017 Bonds | Total |
|---|---|---|---|
| 2018 | $ 530,000 | $ 150,000 | $ 680,000 |
| 2019 | 565,000 | 155,000 | 720,000 |
| 2020 | 605,000 | 170,000 | 775,000 |
| 2021 | 645,000 | 185,000 | 830,000 |
| 2022 | 690,000 | 195,000 | 885,000 |
| Thereafter | 36,510,000 | 13,330,000 | 49,840,000 |
| | $ 39,545,000 | $ 14,185,000 | $ 53,730,000 |

## NOTE 8 - Defined Contribution Plan

The Community maintains a defined contribution plan for the Community employees meeting certain eligibility requirements. Eligible employees may contribute up to 50% of their salary to a maximum contribution of $18,000 on a pre-tax basis. Contribution expenses made by the Community was $25,920 in 2017.

## NOTE 9 - Related Party Transactions

The Community had amounts due to LCS of $1,995,305 as of December 31, 2017. These amounts are recorded as accounts payable, related party in the accompanying balance sheet.

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 10 - Management Agreement

On December 1, 2010, the Community contracted with LCS for management services. The LCS contract term was for five years and was extended until September 30, 2021. Management fees incurred under this contract were $369,750 for the year ended December 31, 2017.

The executive director and administrator are employees of LCS, but their salaries and related employee benefits are reimbursed by the Community. Reimbursement paid to LCS for LCS employees in 2017 totaled $451,328. These amounts are included in administrative related expenses in the statement of operations. Other corporate services that the Community may obtain are not required contractually and are on an as-needed basis.

## NOTE 11 - Contingencies

*Insurance Coverage*

The Community maintains professional liability, health insurance and workers compensation insurance coverage through an independent insurance carrier. No claims in excess of insurance coverage exist. In addition, no claims in recent past years have been settled for amounts in excess of insurance coverage.

*Senior Living Services Industry*

The senior living services industry is subject to numerous laws, regulations and administrative directives of federal, state and local governments and agencies. Compliance with these laws, regulations, and administrative directives is subject to future government review and interpretation as well as regulatory actions unknown or unasserted at this time. Government activity continues to increase with respect to investigations and allegations concerning possible violations by healthcare providers of fraud and abuse statutes and regulations, which could result in the imposition of significant fines and penalties as well as significant repayments for resident services previously billed. Management is not aware of any material incidents of noncompliance; however, the possible future effects of this matter on the Community, if any, are not presently determinable.

*Litigation*

The Community operates in an industry where various suits and claims arise in the normal course of business. Management is not currently aware of any claims that have been or will be asserted that will, after consideration of applicable insurance coverages, have a material adverse effect on the financial statements.

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2017

## NOTE 12 - Concentration of Credit Risk

The Community grants credit without collateral to its residents, some of whom are insured under third-party payor arrangements, primarily with Medicaid and Medicare.

The Community maintains cash accounts, which, at times, may exceed federally insured limits. The Community has not experienced any losses from maintaining cash accounts in excess of federally insured limits. Management believes it is not subject to any significant credit risk on its cash accounts.

## NOTE 13 - Functional Expenses

The Community provides housing, healthcare, and other related services to residents within its geographic locations. Expenses related to providing these services are as follows:

| | |
|---|---|
| Resident services | $ 29,711,762 |
| General and administrative | 6,331,573 |
| Total | $ 36,043,335 |

## NOTE 14 - New Accounting Pronouncements

During August 2016, the Financial Accounting Standards Board ("FASB") issued Accounting Standard Update ("ASU") 2016-14, Not-for-Profit Entities (Topic 958): "*Presentation of Financial Statements of Not-for-Profit Entities*." The new guidance is intended to improve and simplify the current net asset classification requirements and information presented in financial statements and notes that is useful in assessing a not-for-profit's liquidity, financial performance and cash flows. ASU 2016-14 is effective for fiscal years beginning after December 15, 2017, with early adoption permitted. ASU 2016-14 is to be applied retroactively with transition provisions. The Community is assessing the impact this standard will have on its financial statements.

During May 2014, the FASB issued ASU 2014-09, "*Revenue from Contracts with Customers*". ASU 2014-09 establishes principles for recognizing revenue upon the transfer of promised goods or services to customers, in an amount that reflects the expected consideration received in exchange for those goods or services. During August 2015, the FASB issued ASU 2015-14, which defers the effective date of ASU 2014-09. ASU 2014-09 is effective for fiscal years beginning after December 15, 2018. The Community may elect to apply the guidance earlier, but no earlier than fiscal years beginning after December 15, 2016. The amendments may be applied retrospectively to each prior period presented or retrospectively with the cumulative effect recognized as of the date of initial application. The Community is currently assessing the effect that ASU 2014-09 will have on its results of operations, financial position and cash flows.

**NOTE 14 - New Accounting Pronouncements** (cont.)

During November 2016, the FASB issued ASU 2016-18, "*Restricted Cash*", which requires that a statement of cash flows explain the change during the period in the total of cash, cash equivalents, and amounts generally described as restricted cash or restricted cash equivalents. Therefore, amounts generally described as restricted cash and restricted cash equivalents should be included with cash and cash equivalents when reconciling the beginning-of-period and end-of-period total amounts shown on the statement of cash flows. ASU 2016-18 is effective for fiscal years beginning after December 15, 2018, and interim periods within fiscal years beginning after December 15, 2019, and should be applied on a retrospective transition basis. Early adoption is permitted. The Community is currently evaluating the effect that ASU 2016-18 will have on its results of operations, financial position and cash flows.

# HENRY FORD VILLAGE, INC.

Dearborn, Michigan

FINANCIAL STATEMENTS

Including Independent Auditors' Report

As of and for the Year Ended December 31, 2018

**HENRY FORD VILLAGE, INC.**

TABLE OF CONTENTS
As of and for the Year Ended December 31, 2018

**Independent Auditors' Report**                                     1 - 2

**Financial Statements**

    Balance Sheet                                          3

    Statement of Operations                                4

    Statement of Changes In Net Deficit                    5

    Statement of Cash Flows                                6

    Statement of Functional Expenses                       7

    Notes to Financial Statements                      8 - 25



INDEPENDENT AUDITORS' REPORT

To the Board of Directors of
Henry Ford Village, Inc.
Dearborn, Michigan

We have audited the accompanying financial statements of Henry Ford Village, Inc. (the "Community"), which comprise the balance sheet as of December 31, 2018, and the related statements of operations, changes in net deficit, cash flows, and functional expenses for the year then ended, and the related notes to the financial statements.

***Management's Responsibility for the Financial Statements***

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

***Auditors' Responsibility***

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Baker Tilly Virchow Krause, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities. © 2018 Baker Tilly Virchow Krause, LLP

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Community as of December 31, 2018, and the results of its operations, changes in net deficit, and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Baker Tilly Virchow Krause, LLP*

Southfield, Michigan
September 9, 2019

# HENRY FORD VILLAGE, INC.

BALANCE SHEET
As of December 31, 2018

## *ASSETS*

### CURRENT ASSETS

| | |
|---|---:|
| Cash and cash equivalents | $ 1,376,375 |
| Current portion of assets whose use is limited | 863,361 |
| Accounts receivable, net | 3,693,827 |
| Inventories | 167,976 |
| Prepaid expenses and other current assets | 426,923 |
| Total Current Assets | 6,528,462 |

| | |
|---|---:|
| ASSETS WHOSE USE IS LIMITED | 9,607,301 |
| BOARD - RESTRICTED INVESTMENTS | 2,019,901 |
| PROPERTY AND EQUIPMENT, NET | 82,230,853 |
| **TOTAL ASSETS** | **$ 100,386,517** |

## *LIABILITIES AND NET ASSETS (DEFICIT)*

### CURRENT LIABILITIES

| | |
|---|---:|
| Accounts payable and accrued expenses | $ 6,252,607 |
| Accounts payable, related party | 2,041,355 |
| Resident refunds payable | 6,187,965 |
| Funds held for residents | 139,714 |
| Bonds payable, current portion | 720,000 |
| Charitable gift annuity, current portion | 8,452 |
| Total Current Liabilities | 15,350,093 |

### LONG-TERM LIABILITIES

| | |
|---|---:|
| Advance deposits | 787,026 |
| Refundable entrance fees and deposits | 98,765,882 |
| Deferred revenue from nonrefundable entrance fees | 9,628,891 |
| Bonds payable, net | 50,503,211 |
| Charitable gift annuity, net of current portion | 32,909 |
| Total Long-Term Liabilities | 159,717,919 |
| Total Liabilities | 175,068,012 |

### NET ASSETS (DEFICIT)

| | |
|---|---:|
| Without donor restrictions | (75,999,798) |
| With donor restrictions | 1,318,303 |
| Total Net Deficit | (74,681,495) |
| **TOTAL LIABILITIES AND NET ASSETS (DEFICIT)** | **$ 100,386,517** |

# HENRY FORD VILLAGE, INC.

STATEMENT OF OPERATIONS
For the Year Ended December 31, 2018

| | |
|---|---:|
| **REVENUES WITHOUT DONOR RESTRICTIONS** | |
| Net resident service revenues | $ 37,314,102 |
| Other revenue | 716,267 |
| Investment income | 89,767 |
| Net assets released from restrictions | 972,556 |
| Total revenues without donor restrictions | 39,092,692 |
| **EXPENSES** | |
| Salaries and wages and benefits | 14,885,164 |
| Dietary and related supplies | 3,592,468 |
| Supplies | 850,944 |
| Utilities | 1,903,502 |
| Building grounds and maintenance | 2,140,976 |
| Marketing expenses | 1,077,205 |
| Management expenses | 424,575 |
| Professional and contracted services | 3,166,661 |
| Administrative related | 755,398 |
| Real estate taxes | 882,777 |
| Insurance | 460,836 |
| Resident relations | 165,405 |
| Other | 435,064 |
| Depreciation | 4,304,906 |
| Interest | 4,060,116 |
| Bad debts | 930,904 |
| Total Expenses | 40,036,901 |
| Revenues less than expenses | $ (944,209) |

# HENRY FORD VILLAGE, INC.

STATEMENT OF CHANGES IN NET DEFICIT
For the Year Ended December 31, 2018

**NET DEFICIT WITHOUT DONOR RESTRICTIONS**

| | | |
|---|---|---:|
| Revenues less than expenses | $ | (944,209) |
| Reclassification of net assets | | (405,000) |
| Increase in Net Deficit Without Donor Restrictions | | (1,349,209) |

**NET ASSETS WITH DONOR RESTRICTIONS**

| | |
|---|---:|
| Contributions and income earned | 993,397 |
| Net assets transfer due to donor restriction | 405,000 |
| Net assets released from restrictions | (972,556) |
| Increase in Net Assets With Donor Restrictions | 425,841 |
| | |
| Increase in Net Deficit | (923,368) |
| | |
| NET DEFICIT - Beginning of Year | (73,758,127) |
| | |
| **NET DEFICIT - END OF YEAR** | **$ (74,681,495)** |

# HENRY FORD VILLAGE, INC.

STATEMENT OF CASH FLOWS
For the Year Ended December 31, 2018

**CASH FLOWS FROM OPERATING ACTIVITIES**

| | | |
|---|---|---:|
| Increase in Net Deficit | $ | (923,368) |
| Depreciation | | 4,304,906 |
| Amortization of debt issuance costs | | 67,871 |
| Amortization of bond discount | | 25,252 |
| Provision for bad debt expense | | 930,904 |
| Proceeds from nonrefundable entrance fees | | 4,055,177 |
| Revenue earned from reduced entrance fees and deposit refunds | | (492,500) |
| Net realized and unrealized loss on investments | | 199,816 |
| Amortization of residents' entrance fees | | (1,507,439) |
| Change in value of charitable gift annuity | | (89,011) |
| Changes in assets and liabilities | | |
| Accounts receivable | | (1,277,098) |
| Inventories | | (12,632) |
| Prepaid expenses and other current assets | | 48,978 |
| Related party receivables and payables | | 46,050 |
| Accounts payable and accrued expenses | | 791,094 |
| Net Cash Flows from Operating Activities | | 6,168,000 |

**CASH FLOWS FROM INVESTING ACTIVITIES**

| | |
|---|---:|
| Purchase of property and equipment | (6,295,076) |
| Net sales of assets whose use is limited and board-restricted investments | 6,161,530 |
| Net Cash Flows used in Investing Activities | (133,546) |

**CASH FLOWS FROM FINANCING ACTIVITIES**

| | |
|---|---:|
| Decrease in advance deposits | (2,864) |
| Proceeds from refundable entrance fees and deposits | 7,887,584 |
| Refunds of entrance fees and deposits | (11,035,086) |
| Decrease in resident spend-down account | (1,138,254) |
| Increase in resident refunds payable | (119,857) |
| Principal payments on bonds payable | (680,000) |
| Net Cash Flows used in Financing Activities | (5,088,477) |

| | | |
|---|---|---:|
| **Net Change in Cash and Cash Equivalents** | | 945,977 |
| CASH AND CASH EQUIVALENTS - Beginning of Year | | 430,398 |
| **CASH AND CASH EQUIVALENTS - END OF YEAR** | $ | 1,376,375 |

**Supplemental cash flow disclosures**

| | | |
|---|---|---:|
| Cash paid for interest | $ | 3,930,087 |

**Noncash investing and financing activities**

| | | |
|---|---|---:|
| Accounts payable incurred for construction in process | $ | 430,363 |

**HENRY FORD VILLAGE, INC.**

STATEMENT OF FUNCTIONAL EXPENSES
For the Year Ended December 31, 2018

| | Skilled Nursing | Assisted Living | Resident Services | Food Services | Plant Operations | Environmental Services | Total Program | General and Administrative | 2018 Total |
|---|---|---|---|---|---|---|---|---|---|
| Salaries and wages and benefits | $4,765,860 | $1,905,012 | $ 326,574 | $3,217,575 | $1,995,597 | $ 16,324 | $12,226,942 | $ 2,658,222 | $14,885,164 |
| Dietary and related supplies | 1,459,123 | - | - | 2,144,272 | - | - | 3,603,395 | (10,927) | 3,592,468 |
| Supplies | 70,191 | 55,753 | 10,455 | 430,397 | 254,159 | - | 820,955 | 29,989 | 850,944 |
| Utilities | 31,918 | - | - | - | 1,732,640 | - | 1,764,558 | 138,944 | 1,903,502 |
| Building grounds and maintenance | 12,869 | 2,864 | 4,520 | 102,721 | 937,744 | 929,852 | 1,990,570 | 150,406 | 2,140,976 |
| Marketing expenses | - | - | - | - | 7,072 | - | 7,072 | 1,070,133 | 1,077,205 |
| Management expenses | - | - | - | - | - | - | - | 424,575 | 424,575 |
| Professional and contracted services | 2,115,456 | 8,545 | 20,468 | 6,034 | 28,553 | - | 2,179,056 | 987,605 | 3,166,661 |
| Administrative related | 24,355 | 6,128 | 7,163 | 22,818 | 23,931 | - | 84,395 | 671,003 | 755,398 |
| Real estate taxes | - | - | - | - | - | - | - | 882,777 | 882,777 |
| Insurance | - | - | - | - | - | - | - | 460,836 | 460,836 |
| Resident relations | 10,823 | 12,597 | 58,875 | 15,666 | - | 1,825 | 99,786 | 65,619 | 165,405 |
| Other | - | - | - | (11,745) | 81,715 | - | 69,970 | 365,094 | 435,064 |
| Depreciation | - | - | - | - | - | - | 4,304,906 | - | 4,304,906 |
| Interest | - | - | - | - | - | - | 4,060,116 | - | 4,060,116 |
| Bad debts | - | - | - | - | - | - | 930,904 | - | 930,904 |
| Total Expenses | $8,490,595 | $1,990,899 | $ 428,055 | $5,927,738 | $5,061,411 | $ 948,001 | $32,142,625 | $ 7,894,276 | $40,036,901 |

See accompanying notes to financial statements.

7

## NOTE 1 - Nature of Operations

Henry Ford Village, Inc. (the "Community") is a Michigan non-stock corporation established to operate a not-for-profit continuing care retirement community located in Dearborn, Michigan. The property is presently zoned for 853 independent living units, 96 assisted living units and 89 skilled nursing beds. As of December 31, 2018, there were 783 occupied units, which consisted of 618 independent living units, 94 assisted living units, and 71 skilled nursing beds. As of December 31, 2017, there were 796 occupied units, which consisted of 632 independent living units, 92 assisted living units, and 72 skilled nursing beds. The Community is governed by an independent Board of Directors and is advised by a Resident Council elected by the residents of the Community.

The Community entered into a management agreement in December 2010 with Life Care Services, LLC (LCS), a for-profit Iowa limited liability company which operates and manages a variety of continuing care retirement communities nationwide.

*Basis of Reporting*

As shown in the accompanying financial statements, the Community has ended the fiscal year with revenues less than expenses of $944,209, with an overall increase in net deficit of $923,368. The Community has a working capital deficit of $8,821,631. Management is in the middle of a repositioning project to improve its financial condition. The project consists of converting up to 75 independent living entrance fee units into independent living rental units and financing critical capital improvements for 3 years. It is anticipated stabilized occupancy will occur in 2021. The Community obtained tax exempt bond financing in September 2017 of approximately $13,000,000 for these capital improvements. The construction activities for these capital projects began in October 2017. Management believes that the repositioning of these units combined with marketing the overall facility to improve occupancy, and ongoing monitoring of patient service fees and costs provides the opportunity for enhancement of revenues and overall improved operating results. Management determined that it is probable that its effective implementation of the aforementioned plans will mitigate the relevant conditions so that the Community will be able to meet its obligations as they become due within one year after the financial statements are issued. The financial statements do not include any adjustments that might be necessary if the Community is unable to continue as a going concern. As of December 31, 2018, approximately $4 million was left of the financing with expectation of being fully spent in 2019.

The Community is current with bond payments, meeting its bond covenants for the period ending December 31, 2018. The Community is working diligently to bring existing working capital to a positive over the next several years.

Management believes that these actions will enable the Community to continue as a going concern through one year from the date these financial statements are issued. Accordingly, the financial statements do not include any adjustments that might be necessary if the Community is unable to continue as a going concern.

# HENRY FORD VILLAGE, INC.

## NOTE 2 - Summary of Significant Accounting Policies

*Use of Estimates*

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Cash and Cash Equivalents*

For the purposes of the statement of cash flows, cash and cash equivalents include investments in highly liquid debt instruments purchased with an original maturity of three months or less, excluding assets whose use is limited and board-restricted investments.

*Accounts Receivable*

Accounts receivable are reported at net realizable value. Accounts are written off when they are determined to be uncollectible based upon management's assessment of individual accounts. The allowance for doubtful collections is estimated based upon a periodic review of individual accounts and was $659,860 at December 31, 2018.

*Investments and Investment Risk*

Investments in equity securities with readily determinable fair values and all investments in debt securities are measured at fair value in the balance sheet. The fair value of substantially all securities is determined by quoted market prices. Investment income or loss (including realized and unrealized gains and losses on investments, interest and dividends) is included in revenues less than expenses unless the income or loss is restricted by donor or law. Interest income is measured as earned on the accrual basis. Dividends are measured based on the ex-dividend date. Purchases and sales of securities and realized gains and losses are recorded on a trade-date basis.

The Community's investments are comprised of a variety of financial instruments and are managed by investment advisors. The fair values reported in the balance sheet are subject to various risks including changes in the equity markets, the interest rate environment and general economic conditions. Due to the level of risk associated with investment securities and the level of uncertainty related to changes in the fair value of investment securities, it is reasonably possible that the amounts reported in the balance sheet could change materially in the near term.

*Assets Whose Use Is Limited*

Assets whose use is limited includes assets set aside for amounts held by a bond trustee under trust indentures, escrow funds held in connection with resident deposits, and funds held for residents. Amounts available to meet current liabilities have been classified as current assets in the balance sheet.

**NOTE 2 - Summary of Significant Accounting Policies** (cont.)

*Property and Equipment*

Property and equipment acquisitions are recorded at cost. All acquisitions of property and equipment in excess of $2,500 and all expenditures for improvements and betterments that materially prolong the useful lives of assets are capitalized. Depreciation is computed using the straight-line method based upon the estimated useful lives of the assets as follows:

| | |
|---|---|
| Land and land improvements | 15 years |
| Building and building improvements | 7 - 40 years |
| Furniture and fixtures | 7 years |
| Equipment | 3 - 5 years |

Gifts of long-lived assets such as land, buildings, or equipment are reported as unrestricted support unless explicit donor stipulations specify how the donated assets must be used. Gifts of long-lived assets with explicit restrictions that specify how the assets are to be used and gifts of cash or other assets that must be used to acquire long-lived assets are reported as restricted support. Absent explicit donor stipulations about how long those long-lived assets must be maintained, expirations of donor restrictions are reported when the donated or acquired long-lived assets are placed in service.

*Impairment of Long-Lived Assets*

Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to future net undiscounted cash flows expected to be generated by the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount by which the carrying amount of the net assets exceeds the fair value of the assets. To date, there have been no such losses.

*Debt Issuance Costs*

The Community presents debt issuance costs as a direct reduction of its long-term debt. Debt issuance costs represent costs incurred in connection with the issuance of long-term debt, and are being amortized over the life of the debt using the bonds outstanding method, which approximates the effective interest method. Amortization expense, included as a component of interest expense, was $67,871 for the year ended December 31, 2018.

*Original Issue Discount*

The original issue discount is being amortized using the straight-line method, which approximates the effective interest method, over the term of the related debt. Amortization, included as a component of interest expense, of the original issue discount was $25,252 for the year ended December 31, 2018.

**NOTE 2 - Summary of Significant Accounting Policies** (cont.)

*Entrance Fees*

Under entrance fee plans for residences, the Community receives payments in advance. Residents currently have two entrance plan options to choose from. One refundable contract has a guaranteed refund component, which is 75% of the entrance fee paid. Under this plan, refunds are generally equal to 75% of the entrance fee paid. The Community also offers a declining balance contract. Under this contract, the refundable portion is calculated by taking the applicable entrance fee less 1.5% of the total entrance fee for each month or proportionate amount for a partial month of occupancy, less the actual cost of refurbishing the residence.

Refunds to residents are typically payable 30 days after their former independent or assisted living unit has been reoccupied. However, if a resident is permanently transferred to assisted living or skilled nursing care, no refund of any portion of the entrance fee is made until the resident permanently leaves the community. Skilled nursing entrance fees are refundable upon the payment of all outstanding obligations of the resident. Contractual refund obligations under residency agreements for the current entrance plan options approximated $24,084,900 at December 31, 2018. Management estimates the amount of refundable entrance fees to be paid the following year from sources other than proceeds from entrance fees to residents who terminate their residency agreement the following year. This amount was $6,187,965 at December 31, 2018 and is classified as a current liability in the balance sheet.

The guaranteed refundable component of advance fees received under the refundable plans is not amortized to income. These fees are classified as refundable entrance fees and deposits in the balance sheet. The nonrefundable balance of entrance fees is amortized to income using the straight-line method over the estimated remaining residents' stay in independent living, which are adjusted annually. These unamortized entrance fees are classified as deferred revenue from nonrefundable entrance fees in the balance sheet. Amortization of entrance fees recognized as revenue was $1,507,439 for the year ended December 31, 2018.

Prior to January 1, 2015, the Community offered a refundable contract under which 100% of the entrance fee paid was refundable. The guaranteed refund component of entrance fees received under this plan is not amortized to income and is classified with refundable entrance fees and deposits in the balance sheet. At December 31, 2018, contractual refund obligations under this plan were approximately $77,533,000.

The Community also received deposits from prospective residents of $787,026 through December 31, 2018. These amounts are recorded in advance deposits in the balance sheet.

Resident entrance fees and deposits may be used to satisfy monthly fees if no other resident funds are available.

**NOTE 2 - Summary of Significant Accounting Policies** (cont.)

*Net Assets*

Net assets, revenues, gains, and losses are classified based on the existence or absence of donor-imposed restrictions. Accordingly, net assets of the Community are classified and reported as follows:

**Net Assets Without Donor Restrictions** - Net assets that are not subject to donor-imposed stipulations.

**Net Assets With Donor Restrictions** - Net assets subject to donor-imposed stipulations that either expire by passage of time or can be fulfilled and removed by actions of the Community pursuant to those stipulations, or are required to be maintained permanently by the Community. Donor restricted net assets were $1,318,303 as of December 31, 2018. These net assets are available for the following purposes:

> **Staff Appreciation Fund:** The Community does not permit residents to confer gratuities to individual employees. As a way for residents to show their appreciation to employees, the Community holds a fundraising drive each fall for residents to contribute to a staff appreciation fund. Those funds are distributed to employees who meet certain criteria for length of service.

> **Benevolent Care Fund:** Under certain circumstances, residents who exhaust their assets and cannot cover their costs of residency and necessary services from the Community can be granted relief from this restricted fund. The Community performs fundraising efforts and uses such contributions to offset the costs of benevolent care efforts.

> **Quality of Resident Life Fund:** Occasionally, needs for amenities generate attention among the resident population such that funds are raised for specific projects related to campus beautification.

> **Scholarship Fund:** The Community conducts an annual campaign specifically to fund scholarship awards for employees pursuing college education.

> **Scholarship Endowment:** The Community has a number of endowed scholarship funds specified by donors for specific educational tracts. Annually, the scholarship committee selects the winners to receive that years' distribution of the endowed scholarships.

*Net Resident Service Revenues*

Net resident service revenues are reported at the amount that reflects the consideration the Community expects to receive in exchange for the services provided. These amounts are due from residents or third-party payors and include variable consideration for retroactive adjustments, if any, under reimbursement programs. Performance obligations are determined based on the nature of the services provided. Net resident service revenues are recognized as performance obligations are satisfied.

Net resident service revenues are primarily comprised of the following revenue streams:

> **Skilled nursing:** Skilled nursing revenues are primarily derived from providing nursing services to residents at a stated daily fee, net of any explicit and implicit price concessions. The Community has determined that skilled nursing services are considered one performance obligation which is satisfied over time as services are provided. Therefore, skilled nursing revenues are recognized on a daily basis as services are rendered.

**NOTE 2 - Summary of Significant Accounting Policies** (cont.)

*Net Resident Service Revenues (cont.)*

> **Assisted Living:** Assisted living revenues are primarily derived from providing housing and personal care services to residents at a stated monthly fee. The Community has determined that the services included in the monthly fee have the same timing and pattern of transfer and are a series of distinct services that are considered one performance obligation which is satisfied over time as services are provided. Therefore, assisted living revenues are recognized on a month-to-month basis.

> **Independent living:** Independent living revenues are primarily derived from: (a) providing housing and services to residents; and (b) the nonrefundable portion of entrance fee contracts entered into with residents. Independent living monthly fees are recognized on a month-to-month basis. The Community has determined that the services included in the monthly fee have the same timing and pattern of transfer and are a series of distinct services that are considered one performance obligation which is satisfied over time as services are provided.

> Independent living revenue from nonrefundable entrance fees received are recognized through amortization of the nonrefundable entrance fee using the straight-line method over the annually adjusted estimated remaining expected stay in independent living for the residents. The unamortized portion is classified as deferred revenue from entrance fees in the balance sheet. Amortization of nonrefundable entrance fees included in independent living revenues was $1,507,439 in 2018.

> **Ancillary Services:** Ancillary service revenues are derived from services provided primarily to skilled nursing residents for pharmacy, physical therapy, occupational therapy, speech therapy and other healthcare related services at a stated fee, net of any contractual adjustments from third-party payors. Each service provided is capable of being distinct, and thus, the services are considered individual and separate performance obligations which are satisfied and recognized as services are provided. The Community is reimbursed for certain therapy services provided to Medicare Part B beneficiaries at the lesser of a published fee schedule or actual charges.

The Community receives revenue for services under third-party payor programs, including Medicare, Medicaid and other third-party payors (Note 3). Settlements with third-party payors for retroactive adjustments due to audits, reviews, or investigations are included in the determination of the estimated transaction price for providing services. The Community estimates the transaction price based on the terms of the contract and correspondence with the third-party payor and historical payment trends, and retroactive adjustments are recognized in future periods as final settlements are determined.

*Donor Restricted Gifts*

The Community reports gifts of cash and other assets as restricted support if they are received with donor stipulations that limit the use of the donated assets. When a donor restriction expires, that is, when a stipulated time restriction ends or purpose restriction is accomplished, net assets with donor restrictions are reclassified as net assets without donor restrictions and reported in the statement of operations as net assets released from restrictions.

## NOTE 2 - Summary of Significant Accounting Policies (cont.)

*Income Taxes*

The Community is a nonprofit organizations as described in Section 501(c)(3) of the Internal Revenue Code and is exempt from federal income taxes on its exempt income under Section 501(a) of the Internal Revenue Code.

*Payment In Lieu of Taxes ("PILOT")*

Given that the Community claims exemption under the General Property Tax Act and is treated as exempt from property taxation, but benefits from city services for availability of police, fire and other public services, the Community entered into a 40-year agreement with the City of Dearborn for Payment In Lieu of Taxes ("PILOT") effective June 30, 2010. The City has the right to renew the agreement for an additional 40 years. The agreement encompasses all tax-exempt personal and real property located at 15101 Ford Road, Dearborn, Michigan 48126 and is conditioned on the Community maintaining its non-profit tax-exempt status under applicable laws.

The PILOT agreement requires one payment to be made annually on July 1 of each year. Under the agreement, each year the payment will increase by the lesser of a change in the Consumer Price Index for the United States, as reported by the Michigan Department of Treasury, or five percent. After each 10-year period under the agreement, both parties have agreed to review the payment calculation methodology to ensure that increases provided for in the agreement are consistent with real property valuation increases in the general population within the city of Dearborn. The amount of the PILOT invoiced on July 1, 2018 was approximately $564,000.

*Functional Expense Allocation*

The financial statements report certain categories of expenses that are related to more than one program or supporting function. The expenses that are allocated include occupancy, and depreciation and amortization, which are allocated on a square footage or units of service basis, as well as salaries and wages, employee benefits, payroll taxes, professional fees, advertising, travel, and other, which are allocated based on estimated time and effort.

*Measure of Operations*

The statements of operations includes the determination of revenues less than expenses. Revenues less than expenses includes all operating revenues and expenses that are an integral part of its program activities, as well as investment income, contributions and other nonoperating activities that are used to support its program activities. Changes in net assets without donor restrictions, which are excluded from the determination of revenues less than expenses, consistent with industry practice, include contributions of long-lived assets (including assets acquired using contributions which by donor restriction were to be used for the purposes of acquiring such assets), reclassification of net assets, and transfers of net assets to related parties.

*Reclassifications*

Certain amounts appearing in the 2017 financial statements have been reclassified to conform to the 2018 presentation. The reclassifications have no effect on the reported amounts of total net assets or change in total net assets.

**NOTE 2 - Summary of Significant Accounting Policies** (cont.)

*Adoption of Financial Accounting Standard Board's Accounting Standards Updates*

In 2018, the Community adopted the Financial Accounting Standards Board ("FASB") Accounting Standards Update ("ASU") No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* using the full retrospective approach. ASU No. 2014-09 supersedes the revenue recognition requirements in Topic 605, *Revenue Recognition,* and most industry specific guidance. The core principle under ASU No. 2014-09 is that revenues are recognized to depict the transfer of promised goods or services to customers (residents) in an amount that reflects the consideration at which the entity expects to be entitled in exchange for those goods or services. Additionally, ASU No. 2014-09 requires enhanced disclosures of revenue arrangements. Under the full retrospective approach, the guidance is applied to the first period presented, recognizing a cumulative effect of the adoption change as an adjustment to beginning net assets without donor restrictions.

In 2018, the Community adopted the FASB ASU No. 2016-14, *Not-for-Profit Entities (Topic 958): Presentation of Financial Statements of Not-for-Profit Entities.* ASU No. 2016-14 addresses the complexity and understandability of net asset classification, deficiencies in information about liquidity and availability of resources, and the lack of consistency in the type of information provided about expenses and investment return. The Community has adjusted the presentation of these financial statements accordingly. ASU No. 2016-14 has been applied retrospectively to all periods presented, except for the disclosures around liquidity and availability of resources. These disclosures have been presented for 2018 only, as allowed by ASU No. 2016-14.

The new standard changes the following aspects of the financial statements:

> The unrestricted net assets class has been renamed Net Assets Without Donor Restrictions;

> The temporarily restricted net asset class has been renamed Net Assets with Donor Restrictions;

> The financial statements include a disclosure about liquidity and availability of resources at December 31, 2018 (Note 13).

> The financial statements include a statement of functional expenses.

*Subsequent Events*

The Community has evaluated events through September 9, 2019, which is the date the financial statements were approved and issued.

# HENRY FORD VILLAGE, INC.

## NOTE 3 - Net Resident Service Revenues

The Organization disaggregate's revenue from contracts with customers by type of service and payor source as this depicts the nature, amount, timing and uncertainty of its revenue and cash flows as affected by economic factors. Net resident service revenues consist of the following for the years ended December 31, 2018:

|  | Self Pay | Medicare | Medicaid | Commercial | Amortization | Total |
|---|---|---|---|---|---|---|
| Nursing |  |  |  |  |  |  |
| Skilled Nursing | $ 1,653,952 | $ 5,077,733 | $ 920,311 | $ 693,313 | $ - | $ 8,345,309 |
| Therapy | 42,075 | - | - | 2,904,009 | - | 2,946,084 |
| Ancillary | 744,175 | - | - | - | - | 744,175 |
| Total | 2,440,202 | 5,077,733 | 920,311 | 3,597,322 | - | 12,035,568 |
| | | | | | | |
| Assisted Living |  |  |  |  |  |  |
| Monthly Fees | 5,976,912 | - | - | - | - | 5,976,912 |
| Ancillary | 128,707 | - | - | - | - | 128,707 |
| Total | 6,105,619 | - | - | - | - | 6,105,619 |
| | | | | | | |
| Independent Living |  |  |  |  |  |  |
| Monthly Fees | 16,586,379 | - | - | - | - | 16,586,379 |
| Amortization | - | - | - | - | 1,507,439 | 1,507,439 |
| Ancillary | 989,097 | - | - | - | - | 989,097 |
| Total | 17,575,476 | - | - | - | 1,507,439 | 19,082,915 |
| | | | | | | |
| Clinic revenues | 90,000 | - | - | - | - | 90,000 |
| Total | 90,000 | - | - | - | - | 90,000 |
| | | | | | | |
| Total | $ 26,211,297 | $ 5,077,733 | $ 920,311 | $ 3,597,322 | $ 1,507,439 | $ 37,314,102 |

Payment terms and conditions for the Community's resident contracts vary by contract type and payor source, although terms generally include payment to be made within 30 days. Net resident service revenues for recurring and routine monthly services are generally billed each month as services are rendered. Net resident service revenues for ancillary services are generally billed monthly in arrears. Additionally, nonrefundable entrance fees are generally billed and collected in advance of move-in. Revenues collected from residents in advance are recognized as deferred revenue from entrance fees until the performance obligations are satisfied and are included in deferred revenues from entrance fees in the accompanying balance sheet. The Community recognized $1,390,939 in 2018 of revenue that was included in the deferred revenue from entrance fees balance as of January 1, 2018. The Community applies the practical expedient in ASC 606 and therefore does not disclose amounts for remaining performance obligations that have original expected durations of one year or less.

**NOTE 3 - Net Resident Service Revenues** (cont.)

The Community has agreements with third-party payors that provide for payments to the Community at amounts different from its established rates. A summary of the principal payment arrangements with major third-party payors follows:

> **Medicaid:** Nursing services rendered to Medicaid program beneficiaries are paid based on a cost reimbursement methodology, plus a Quality Assurance Supplement ("QAS"). The methodology is subject to various limitations and adjustments. The Community is reimbursed for cost reimbursable expenditures plus a QAS at tentative interim rates, with final settlement determined after submission of annual cost reports and audits thereof by the Michigan Department of Community Health's Long-Term Care Reimbursement and Rate Setting Section. The Community's Medicaid cost reports have been final settled through 2011. Approximately 2 percent of the Community's resident occupancy revenue was derived from the Medicaid program for the year ended December 31, 2018.

> **Medicare:** Nursing and ancillary services rendered to Medicare Part A beneficiaries are paid at prospectively determined rates per day. These rates vary according to a resident-specific classification system that is based on clinical, diagnostic and other factors and the reimbursement methodology is subject to various limitations and adjustments. The Community is reimbursed for therapy services provided to Medicare Part B beneficiaries at the lesser of a published fee schedule or actual charges. Approximately 14 percent of the Community's resident occupancy revenue was derived from services rendered to Medicare beneficiaries for the year ended December 31, 2018.

As described above, the Medicaid and Medicare rates are based on clinical, diagnostic and other factors. The determination of these rates is partially based on the Community's clinical assessment of its residents. The Community is required to clinically assess its residents at predetermined time periods throughout the year. The documented assessments are subject to review and adjustment.

The Community also entered into payment agreements with certain commercial insurance carriers and others. The basis for payment to the Community under these agreements includes prospectively determined rates per day and discounts from established charges.

## NOTE 4 - Assets Whose Use Is Limited and Board-Restricted Investments

Assets whose use is limited are held in connection with the following:

| | |
|---|---:|
| Held by bond trustee - debt service reserve fund | $ 4,619,459 |
| Held by bond trustee - debt service fund | 378,553 |
| Held by bond trustee - capital expenditures fund | 4,159,518 |
| Advance deposits by prospective residents | 625,008 |
| Funds held for resident activities | 161,160 |
| Endowed scholarship fund | 405,031 |
| Memorial funds | 77,801 |
| Gift annuity | 44,132 |
| Total assets whose use is limited | 10,470,662 |
| Less: Funds available to meet current liabilities | 863,361 |
| Noncurrent portion of assets whose use is limited | $ 9,607,301 |

The Community measures its investments and assets whose use is limited at fair value on a recurring basis in accordance with accounting principles generally accepted in the United States of America. The Community's investments and assets whose use is limited consist of the following:

| | |
|---|---:|
| Current portion of assets whose use is limited | $ 863,361 |
| Noncurrent portion of assets whose use is limited | 9,607,301 |
| Board-restricted investments | 2,019,901 |
| Total investments and assets whose use is limited | $ 12,490,563 |

*Fair Value Measurements*

Fair value is defined as the price that would be received to sell an asset or the price that would be paid to transfer a liability in an orderly transaction between market participants at the measurement date. The framework that the authoritative guidance establishes for measuring fair value includes a hierarchy used to classify the inputs used in measuring fair value. The hierarchy prioritizes the inputs used in determining valuations into three levels. The level in the fair value hierarchy within which the fair value measurement falls is determined based on the lowest level input that is significant to the fair value measurement.

**NOTE 4 - Assets Whose Use Is Limited and Board-Restricted Investments** (cont.)

*Fair Value Measurements (cont.)*

The levels of the fair value hierarchy are as follows:

Level 1 - Fair value is based on unadjusted quoted prices in active markets that are accessible to the Community for identical assets. These generally provide the most reliable evidence and are used to measure fair value whenever available.

Level 2 - Fair value is based on significant inputs, other than Level 1 inputs, that are observable either directly or indirectly for substantially the full term of the asset through corroboration with observable market data. Level 2 inputs include quoted market prices in active markets for similar assets, quoted market prices in markets that are not active for identical or similar assets, and other observable inputs.

Level 3 - Fair value would be based on significant unobservable inputs. Examples of valuation methodologies that would result in Level 3 classification include option pricing models, discounted cash flows, and other similar techniques.

The financial instruments listed below were measured using the following inputs at December 31, 2018:

| | Carrying Value | Fair Value | Level 1 | Level 2 |
|---|---|---|---|---|
| **Reported at Fair Value** | | | | |
| Board restricted investments and assets whose use is limited: | | | | |
| Cash and cash equivalents | $ 6,111,969 | $ 6,111,969 | $ 6,111,969 | $ - |
| U.S. government and agency obligations | 3,001,449 | 3,001,449 | - | 3,001,449 |
| Corporate bonds | 2,021,880 | 2,021,880 | - | 2,021,880 |
| Municipal bonds | 49,778 | 49,778 | | 49,778 |
| Equities | 883,835 | 883,835 | 883,835 | - |
| Mutual funds | 421,652 | 421,652 | 421,652 | - |
| Total | $ 12,490,563 | $ 12,490,563 | $ 7,417,456 | $ 5,073,107 |
| **Disclosed at Fair Value** | | | | |
| Cash and cash equivalents | $ 1,376,375 | $ 1,376,375 | $ 1,376,375 | $ - |
| Long-term debt | $ 53,050,000 | $ 53,050,000 | $ - | $ 53,050,000 |

There were no Level 3 investments as of December 31, 2018.

# HENRY FORD VILLAGE, INC.

**NOTE 4 - Assets Whose Use Is Limited and Board-Restricted Investments** (cont.)

The following is a description of the valuation methodologies used for assets reported at fair value and for financial instruments disclosed at fair value. There have been no changes in methodologies used at December 31, 2018.

The carrying amounts of cash and cash equivalents included in board-restricted investments and assets whose use is limited approximates fair value due to the short-term nature of these instruments.

Equities and mutual funds are valued at fair value based on quoted market prices for identical securities in active markets that the Community has the ability to access at the measurement date.

U.S. government and agency obligations, corporate bonds and municipal bonds are valued at fair value based on quoted market prices for similar securities in active markets that the Community has the ability to access at the measurement date.

The carrying amounts of cash and cash equivalents approximate fair value due to the short-term nature of these instruments.

The carrying value of long-term debt approximates fair value based on current trade value, if available, or is estimated using discounted cash flow analyses, based on the Community's current incremental borrowing rates for similar types of borrowing arrangements.

The preceding methods may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Community believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

Investment income on the board-restricted investments and assets whose use is limited consisted of the following for the year ended December 31, 2018:

|  | 2018 |
|---|---|
| Interest and dividends | $ 299,492 |
| Investment fees | (9,909) |
| Net realized gain on sale of investments | 41,238 |
| Net unrealized loss on investments | (241,054) |
| Total investment income | $ 89,767 |

# HENRY FORD VILLAGE, INC.

NOTES TO FINANCIAL STATEMENTS
As of and for the Year Ended December 31, 2018

## NOTE 5 - Property and Equipment, Net

Property and equipment, net is as follows:

|  | 2018 |
|---|---|
| Land and land improvements | $ 7,499,256 |
| Building and building improvements | 155,008,632 |
| Furniture and fixtures | 6,705,349 |
| Equipment | 2,984,214 |
| Total | 172,197,451 |
| Less: Accumulated depreciation | (90,489,716) |
| Construction-in-progress | 523,118 |
| Property and equipment, net | $ 82,230,853 |

Depreciation expense related to property and equipment was $4,304,906 for the year ended December 31, 2018.

## NOTE 6 - Bonds Payable

Long-term debt consists of the following at December 31, 2018:

|  | Series 2008 Bonds | Series 2017 Bonds | Total |
|---|---|---|---|
| Bonds payable | $ 39,015,000 | $ 14,035,000 | $ 53,050,000 |
| Less original issue discount | 428,587 | - | 428,587 |
| Less current maturities | 565,000 | 155,000 | 720,000 |
| Less debt issuance costs | 595,606 | 802,596 | 1,398,202 |
| Long-term debt, net | $ 37,425,807 | $ 13,077,404 | $ 50,503,211 |

On October 1, 2008, the Community closed on Series 2008 Bonds issued by the Economic Development Corporation of the City of Dearborn in the amount of $42,535,000. The 2008 Bonds are tax-exempt with a fixed interest rates varying between 6.0% and 7.15%, with a final maturity in November 2043. No letter of credit is required for the Series 2008 Bonds. The Series 2008 Bonds are secured by all property and gross receipts of the Community.

On September 27, 2017, the Community closed on Series 2017 Bonds issued by Economic Development Corporation of the City of Dearborn in the amount of $14,185,000. The 2017 Bonds are tax-exempt with a fixed interest rate of 7.5%, with a final maturity in November 2044. No letter of credit is required for the Series 2017 Bonds. The Series 2017 Bonds are secured by all property and gross receipts of the Community.

## NOTE 6 - Bonds Payable (cont.)

Scheduled principal repayments on long-term debt are as follows:

| Year Ending | Series 2008 Bonds | Series 2017 Bonds | Total |
|---|---|---|---|
| 2019 | $ 565,000 | $ 155,000 | $ 720,000 |
| 2020 | 605,000 | 170,000 | 775,000 |
| 2021 | 645,000 | 185,000 | 830,000 |
| 2022 | 690,000 | 195,000 | 885,000 |
| 2023 | 740,000 | 210,000 | 950,000 |
| Thereafter | 35,770,000 | 13,120,000 | 48,890,000 |
| | $ 39,015,000 | $ 14,035,000 | $ 53,050,000 |

## NOTE 7 - Defined Contribution Plan

The Community maintains a defined contribution plan for the Community employees meeting certain eligibility requirements. Eligible employees may contribute up to 50% of their salary to a maximum contribution of $18,000 on a pre-tax basis. Contribution expenses made by the Community were $29,663 for the year ended December 31, 2018.

## NOTE 8 - Related Party Transactions

The Community had amounts due to LCS of $2,041,355 as of December 31, 2018. These amounts are recorded as accounts payable, related party in the accompanying balance sheet.

## NOTE 9 - Management Agreement

On December 1, 2010, the Community contracted with LCS for management services. The LCS contract term was for five years and was extended until September 30, 2021. Management fees incurred under this contract were $424,575 for the year ended December 31, 2018.

The executive director and administrator are employees of LCS, but their salaries and related employee benefits are reimbursed by the Community. Reimbursement paid to LCS for LCS employees in 2018 totaled $670,880. These amounts are included in administrative related expenses in the statement of operations. Other corporate services that the Community may obtain are not required contractually and are on an as-needed basis.

## NOTE 10 - Contingencies

*Insurance Coverage*

The Community maintains professional liability, health insurance and workers compensation insurance coverage through an independent insurance carrier. No claims in excess of insurance coverage exist. In addition, no claims in recent past years have been settled for amounts in excess of insurance coverage.

## NOTE 10 - Contingencies (cont.)

*Senior Living Services Industry*

The senior living services industry is subject to numerous laws, regulations and administrative directives of federal, state and local governments and agencies. Compliance with these laws, regulations, and administrative directives is subject to future government review and interpretation as well as regulatory actions unknown or unasserted at this time. Government activity continues to increase with respect to investigations and allegations concerning possible violations by healthcare providers of fraud and abuse statutes and regulations, which could result in the imposition of significant fines and penalties as well as significant repayments for resident services previously billed. Management is not aware of any material incidents of noncompliance; however, the possible future effects of this matter on the Community, if any, are not presently determinable.

*Litigation*

The Community operates in an industry where various suits and claims arise in the normal course of business. Management is not currently aware of any claims that have been or will be asserted that will, after consideration of applicable insurance coverage's, have a material adverse effect on the financial statements.

## NOTE 11 - Net Assets with Donor Restrictions

Donor restricted net assets are available as of December 31, 2018 for the following purposes:

| | |
|---|---:|
| Staff appreciation fund | $ 3,804 |
| Benevolent care fund | 242,894 |
| Quality of resident life fund | 352,753 |
| Scholarship Endowment | 405,000 |
| Scholarship fund | 313,852 |
| Total net assets with donor restrictions | $ 1,318,303 |

Net assets were released from restrictions, by incurring expenses satisfying the purpose or time restrictions specified by donors, as follows:

| | |
|---|---:|
| Staff appreciation fund | $ 93,867 |
| Benevolent care fund | 824,995 |
| Scholarship fund | 53,694 |
| Total net assets released from restrictions | $ 972,556 |

## NOTE 12 - Concentration of Credit Risk

The Community grants credit without collateral to its residents, some of whom are insured under third-party payor arrangements, primarily with Medicaid and Medicare.

The Community maintains cash accounts, which, at times, may exceed federally insured limits. The Community has not experienced any losses from maintaining cash accounts in excess of federally insured limits. Management believes it is not subject to any significant credit risk on its cash accounts.

## NOTE 13 - Liquidity and Availability of Resources

The following table reflects the Community's financial assets available for general expenditure within one year at December 31, 2018. Financial assets are considered unavailable when illiquid or not convertible to cash within one year. Unavailable financial assets consist of: (a) assets whose use is limited by board designations, donor restrictions, regulatory bodies, and loan and other agreements; (b) assets held for others; and (c) permanent endowments and assets held in trusts for long-term investment.

| | |
|---|---:|
| Financial assets: | |
| Cash and cash equivalents | $ 1,376,375 |
| Accounts receivable, net | 3,693,827 |
| Board-restricted investments | 2,019,901 |
| Financial assets available to meet cash needs for general expenditures within one year | $ 7,090,103 |

## NOTE 14 - New Accounting Pronouncements

In February 2016, FASB issued ASU No. 2016-02, *Leases (Topic 842)* that amends the treatment for leases. The new accounting model for leases capitalizes all leases greater than twelve months, both capital and operating, as assets and liabilities on the statement of financial position. During 2018, additional updates were issued which permit an entity to elect an optional transition practical expedient to not evaluate land easements that existed or expired before the entity's adoption of Topic 842 and were not previously accounted for under ASC 840; address narrow aspects of the guidance originally issued; provide entities with an additional (and optional) transition method whereby an entity initially applies the new leases standard at the adoption date and recognizes a cumulative-effect adjustment to the opening balance of net assets in the period of adoption and also provides lessors with a practical expedient, by class of underlying asset, to not separate non-lease components from the associated lease component and, instead, to account for those components as a single component; and address sales and other similar taxes collected from lessees, certain lessor costs, and the recognition of variable payments for contracts with lease and non-lease components. For not-for-profit entities that have issued, or are a conduit bond obligor for, securities that are traded, listed or quoted on an exchange or an over-the counter market, ASU No. 2016-02 (as amended) is effective for annual periods beginning after December 15, 2018 (calendar 2019 fiscal year 2022).  All other entities will be required to apply the standard for annual periods beginning after December 15, 2019 (calendar 2020 fiscal year 2021). Early adoption is permitted. The Community is currently assessing the effect that ASU No. 2016-02 will have on its financial statements.

**NOTE 14 - New Accounting Pronouncements** (cont.)

In August 2016, FASB issued ASU No. 2016-15, *Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments*. ASU No. 2016-15 addresses eight cash flow issues with specific guidance on how certain cash receipts and cash payments should be presented on the statement of cash flows. ASU No. 2016-15 is effective for annual periods beginning after December 15, 2018 (calendar year 2019 fiscal year 2020) and interim periods within fiscal years beginning after December 15, 2019. Early adoption is permitted. The Community is currently assessing the effect that ASU No. 2016-15 will have on its financial statements.

In June 2018, the Financial Accounting Standards Board ("FASB") issued ASU No. 2018-08, *Not-for-Profit Entities (Topic 958): Clarifying the Scope and the Accounting Guidance for Contributions Received and Contributions Made*. The new guidance is intended to clarify and improve accounting guidance for contributions received and contributions made. The amendments in ASU No. 2018-08 should assist entities in (1) evaluating whether transactions should be accounted for as contributions (nonreciprocal transactions) or as exchange (reciprocal) transactions subject to other guidance and (2) determining whether a contribution is conditional. ASU No. 2018-08 is effective for contributions received during annual periods beginning after December 15, 2018 (calendar 2019 fiscal year 2020) and contributions made during annual periods beginning after December 15, 2019 (calendar 2020 fiscal year 2021). The Community is currently assessing the effect that ASU No. 2018-08 will have on its financial statements.

In August 2018, FASB issued ASU No. 2018-13, *Fair Value Measurement (Topic 820): Disclosure Framework - Changes to the Disclosure Requirements for Fair Value Measurement*. ASU No. 2018-13 modifies the disclosure requirements for fair value measurements in Topic 820, Fair Value Measurement. The amendments are based on the concepts in the FASB Concepts Statement, *Conceptual Framework for Financial Reporting - Chapter 8: Notes to Financial Statements*, which the Board finalized on August 28, 2018. ASU No. 2018-13 is effective for annual periods and interim periods within those annual periods beginning after December 15, 2019 (calendar year 2020 fiscal year 2021). Early adoption is permitted. The Community is currently assessing the effect that ASU No. 2018-13 will have on its financial statements.

# Henry Ford Village, Inc.

Financial Statements

December 31, 2019 and 2018



**Henry Ford Village, Inc.**

Table of Contents
December 31, 2019 and 2018

| | Page |
|---|---|
| **Independent Auditors' Report** | 1 |
| **Financial Statements** | |
| Balance Sheets | 3 |
| Statements of Operations | 4 |
| Statements of Changes In Net Deficit | 5 |
| Statements of Cash Flows | 6 |
| Statements of Functional Expenses | 8 |
| Notes to Financial Statements | 10 |

# Independent Auditors' Report

To the Board of Directors of
Henry Ford Village, Inc.

We have audited the accompanying financial statements of Henry Ford Village, Inc. (the Community), which comprise the balance sheets as of December 31, 2019 and 2018, and the related statements of operations, changes in net deficit, cash flows, and functional expenses for the years then ended, and the related notes to the financial statements.

## Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

## Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

***Basis for Qualified Opinion***

As more fully described in Note 1 to the financial statements, the Community has determined, based on undiscounted cash flows, that the carrying value of the property and equipment may exceed its fair value. Management has elected not to determine the fair value of such assets as of December 31, 2019. In our opinion, accounting principles generally accepted in the United States of America require that property and equipment be evaluated for impairment whenever events or changes in circumstances indicate the carrying value of the asset may not be recoverable from the estimated future cash flows expected to result from its use and eventual disposition. If expected cash flows are less than the carrying value, an impairment loss should be recognized equal to the amount by which the carrying value exceeds the fair value of the assets. The effects of the impairment loss on the financial statements have not been determined.

***Qualified Opinion***

In our opinion, except for the effect of the matter discussed in the Basis for Qualified Opinion paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of the Community as of December 31, 2019 and 2018, and the results of its operations, changes in net deficit, and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

***Emphasis of Matter***

The accompanying financial statements have been prepared assuming the Community will continue as a going concern.  As discussed in Note 1 to the financial statements, the Community has a significant deficit and has been unable to meet their debt requirements subsequent to December 31, 2019. Accordingly, the Community has stated that substantial doubt exists about their ability to continue as a going concern. Management's evaluation of the events and conditions and management's plans regarding this matter are also described in Note 1.  The financial statements do not include any adjustments that might result from the outcome of this uncertainty.  Our opinion is not modified with respect to this matter.


Southfield, Michigan
TBD

# Henry Ford Village, Inc.

Balance Sheets
December 31, 2019 and 2018

|  | 2019 | 2018 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 1,553,429 | $ 1,376,375 |
| Current portion of assets whose use is limited | 897,499 | 863,361 |
| Accounts receivable, net | 4,476,059 | 3,693,827 |
| Inventories | 176,896 | 167,976 |
| Prepaid expenses and other current assets | 811,945 | 426,923 |
| Total current assets | 7,915,828 | 6,528,462 |
| **Assets Whose Use Is Limited, net of current portion** | 5,697,322 | 9,607,301 |
| **Board - Restricted Investments** | 2,373,509 | 2,019,901 |
| **Property and Equipment, Net** | 81,341,322 | 82,230,853 |
| Total assets | $ 97,327,981 | $ 100,386,517 |
| **Liabilities and Net Assets (Deficit)** | | |
| **Current Liabilities** | | |
| Accounts payable and accrued expenses | $ 6,666,789 | $ 6,252,607 |
| Accounts payable, related party | 2,765,136 | 2,041,355 |
| Resident refunds payable | 5,752,759 | 6,187,965 |
| Funds held for residents | 116,897 | 139,714 |
| Bonds payable, current portion | 775,000 | 720,000 |
| Charitable gift annuity, current portion | 5,602 | 8,452 |
| Total current liabilities | 16,082,183 | 15,350,093 |
| **Long-term Liabilities** | | |
| Advance deposits | 882,781 | 787,026 |
| Refundable entrance fees and deposits | 93,626,090 | 98,765,882 |
| Deferred revenue from nonrefundable entrance fees | 11,735,322 | 9,628,891 |
| Bonds payable, net of current portion | 49,810,746 | 50,503,211 |
| Charitable gift annuity, net of current portion | 28,393 | 32,909 |
| Total long-term liabilities | 156,083,332 | 159,717,919 |
| Total liabilities | 172,165,515 | 175,068,012 |
| **Net Assets (Deficit)** | | |
| Without donor restrictions | (75,637,090) | (75,999,798) |
| With donor restrictions | 799,556 | 1,318,303 |
| Total net deficit | (74,837,534) | (74,681,495) |
| Total liabilities and net assets (deficit) | $ 97,327,981 | $ 100,386,517 |

*See notes to financial statements*

## Henry Ford Village, Inc.

Statements of Operations
Years Ended December 31, 2019 and 2018

|  | 2019 | 2018 |
|---|---|---|
| **Revenues Without Donor Restrictions** | | |
| Net resident service revenues | $ 37,421,025 | $ 37,314,102 |
| Other revenue | 1,509,612 | 716,267 |
| Investment income | 609,813 | 89,767 |
| Net assets released from restrictions | 1,060,947 | 972,556 |
| Total revenues without donor restrictions | 40,601,397 | 39,092,692 |
| **Expenses** | | |
| Salaries and wages and benefits | 16,120,506 | 14,885,164 |
| Dietary and related supplies | 3,664,573 | 3,592,468 |
| Supplies | 824,517 | 850,944 |
| Utilities | 1,774,985 | 1,903,502 |
| Building grounds and maintenance | 2,314,961 | 2,140,976 |
| Marketing expenses | 1,243,755 | 1,077,205 |
| Management expenses | 401,945 | 424,575 |
| Professional and contracted services | 2,594,083 | 3,166,661 |
| Administrative | 572,494 | 755,398 |
| Real estate taxes | 872,624 | 882,777 |
| Insurance | 496,397 | 460,836 |
| Resident relations | 137,491 | 165,405 |
| Other | 178,449 | 435,064 |
| Depreciation | 4,654,238 | 4,304,906 |
| Interest | 3,954,386 | 4,060,116 |
| Bad debts | 433,285 | 930,904 |
| Total expenses | 40,238,689 | 40,036,901 |
| Revenues in excess of (less than) expenses | $ 362,708 | (944,209) |

DRAFT

**Henry Ford Village, Inc.**

Statements of Changes in Net Deficit
Years Ended December 31, 2019 and 2018

|  | 2019 | 2018 |
|---|---|---|
| **Net Deficit without Donor Restrictions** | | |
| Revenues less than expenses | $ 362,708 | $ (944,209) |
| Reclassification of net assets | - | (405,000) |
| Decrease (increase) in net deficit without donor restrictions | 362,708 | (1,349,209) |
| **Net Assets with Donor Restrictions** | | |
| Contributions and income earned | 542,200 | 993,397 |
| Net assets transfer due to donor restriction | - | 405,000 |
| Net assets released from restrictions | (1,060,947) | (972,556) |
| (Decrease) increase in net assets with donor restrictions | (518,747) | 425,841 |
| Decrease (increase) in net deficit | (156,039) | (923,368) |
| **Net Deficit, Beginning** | (74,681,495) | (73,758,127) |
| **Net Deficit, Ending** | $ (74,837,534) | $ (74,681,495) |

*See notes to financial statements*

## Henry Ford Village, Inc.

Statements of Cash Flows
Years Ended December 31, 2019 and 2018

|  | 2019 | (As adjusted) 2018 |
|---|---|---|
| **Cash Flow from Operating Activities** |  |  |
| Increase in net deficit | $ (156,039) | $ (923,368) |
| Adjustments to reconcile decrease (increase) in net deficit to net cash flows from operating activities: |  |  |
| Depreciation | 4,654,238 | 4,304,906 |
| Amortization of debt issuance costs | 62,823 | 67,871 |
| Amortization of bond discount | 19,712 | 25,252 |
| Provision for bad debt expense | 433,285 | 930,904 |
| Proceeds from nonrefundable entrance fees | 4,063,508 | 4,055,177 |
| Entrance fee contributions | (496,759) | - |
| Revenue earned from reduced entrance fees and deposit refunds | (206,226) | (492,500) |
| Net realized and unrealized (gain) loss on investments | (428,017) | 199,816 |
| Amortization of residents' entrance fees | (1,075,995) | (1,507,439) |
| Change in value of charitable gift annuity | (7,366) | (89,011) |
| Changes in assets and liabilities: |  |  |
| Accounts receivable | (1,215,517) | (1,277,098) |
| Inventories | (8,920) | (12,632) |
| Prepaid expenses and other current assets | (385,022) | 48,978 |
| Accounts payable, related party | 723,781 | 46,050 |
| Accounts payable and accrued expenses | 414,182 | 791,094 |
| Net cash flows from operating activities | 6,391,668 | 6,168,000 |
| **Cash Flows from Investing Activities** |  |  |
| Purchase of property and equipment | (3,764,707) | (6,295,076) |
| Net sales of assets whose use is limited and board-restricted investments | 3,897,490 | 6,175,468 |
| Net cash flows from investing activities | 132,783 | (119,608) |
| **Cash Flows from Financing Activities** |  |  |
| Increase (decrease) in advance deposits | 95,755 | (2,864) |
| Proceeds from refundable entrance fees and deposits | 5,438,720 | 7,887,584 |
| Refunds of entrance fees and deposits | (10,601,920) | (11,035,086) |
| Decrease in resident spend-down account | (404,926) | (1,138,254) |
| Increase (decrease) in resident refunds payable | (184,969) | (119,857) |
| Principal payments on bonds payable | (720,000) | (680,000) |
| Net cash flows from financing activities | (6,377,340) | (5,088,477) |
| Net change in cash and cash equivalents and restricted cash | 147,111 | 959,915 |
| **Cash and Cash Equivalents and Restricted Cash, Beginning** | 2,001,383 | 1,041,468 |
| **Cash and Cash Equivalents and Restricted Cash, Ending** | $ 2,148,494 | $ 2,001,383 |

*See notes to financial statements*

**Reconciliation of Cash and Cash Equivalents and Restricted Cash to the Balance Sheets:**

|  | 2019 | 2018 |
|---|---|---|
| Cash and cash equivalents | $ 1,553,429 | $ 1,376,375 |
| Assets whose use is limited | 595,065 | 625,008 |
| **Total Cash and Restricted Cash** | $ 2,148,494 | $ 2,001,383 |

**Supplemental Cash Flow Disclosures**

| Cash paid for interest | $ 3,891,563 | $ 3,930,087 |
|---|---|---|

**Noncash Investing and Financing Activities**

| Accounts payable incurred for construction in process | $ 201,059 | $ 430,363 |
|---|---|---|



*See notes to financial statements*

# Henry Ford Village, Inc.

Statement of Functional Expenses
Year Ended December 31, 2019

| | Skilled Nursing | Assisted Living | Resident Services | Food Services | Plant Operations | Environmental Services | Total Program | General and Administrative | 2019 Total |
|---|---|---|---|---|---|---|---|---|---|
| Salaries and wages and benefits | $5,162,052 | $2,036,552 | $ 376,005 | $3,531,892 | $2,149,981 | $ 17,808 | $13,274,290 | $ 2,846,216 | $ 16,120,506 |
| Dietary and related supplies | 1,411,418 | - | - | 2,253,155 | - | - | 3,664,573 | - | 3,664,573 |
| Supplies | 52,353 | 61,226 | 13,003 | 450,459 | 209,018 | - | 786,059 | 38,458 | 824,517 |
| Utilities | 29,702 | 104,997 | 5,380 | 11,448 | 1,600,402 | 15,370 | 1,767,299 | 7,686 | 1,774,985 |
| Building grounds and maintenance | 13,254 | 3,546 | 5,498 | 96,586 | 1,115,869 | 918,859 | 2,153,612 | 161,349 | 2,314,961 |
| Marketing expenses | - | - | - | - | - | - | - | 1,243,755 | 1,243,755 |
| Management expenses | - | - | - | - | - | - | - | 401,945 | 401,945 |
| Professional and contracted services | 1,922,158 | 9,035 | 6,418 | 9,269 | 57,932 | - | 2,004,812 | 589,271 | 2,594,083 |
| Administrative | 21,397 | 8,992 | 2,158 | 24,840 | 10,804 | - | 68,191 | 504,303 | 572,494 |
| Real estate taxes | - | - | - | - | - | - | - | 872,624 | 872,624 |
| Insurance | - | - | - | - | - | - | - | 496,397 | 496,397 |
| Resident relations | 11,108 | 12,766 | 79,260 | 13,630 | - | - | 116,764 | 20,727 | 137,491 |
| Other | - | - | - | 1,896 | 60,536 | - | 62,432 | 116,017 | 178,449 |
| Depreciation | 77,882 | 275,316 | 14,108 | 30,019 | 4,196,458 | 40,302 | 4,634,085 | 20,153 | 4,654,238 |
| Interest | - | 21,664 | - | - | - | - | - | 3,954,386 | 3,954,386 |
| Bad debts | 368,292 | - | - | - | - | - | 389,956 | 43,329 | 433,285 |
| Total expenses | $9,069,616 | $2,534,094 | $ 501,830 | $6,423,194 | $9,401,000 | $ 992,339 | $28,922,073 | $ 11,316,616 | $40,238,689 |

*See notes to financial statements*

8

# Henry Ford Village, Inc.

Statement of Functional Expenses
Year Ended December 31, 2018

| | Skilled Nursing | Assisted Living | Resident Services | Food Services | Plant Operations | Environmental Services | Total Program | General and Administrative | 2018 Total |
|---|---|---|---|---|---|---|---|---|---|
| Salaries and wages and benefits | $4,765,860 | $1,905,012 | $326,574 | $3,217,575 | $1,995,597 | $16,324 | $12,226,942 | $2,658,222 | $14,885,164 |
| Dietary and related supplies | 1,459,123 | - | - | 2,144,272 | - | - | 3,603,395 | (10,927) | 3,592,468 |
| Supplies | 70,191 | 55,753 | 10,455 | 430,397 | 254,159 | - | 820,955 | 29,989 | 850,944 |
| Utilities | 31,852 | 112,599 | 5,770 | 12,277 | 1,716,279 | 16,483 | 1,895,260 | 8,242 | 1,903,502 |
| Building grounds and maintenance | 12,869 | 2,864 | 4,520 | 102,721 | 937,744 | 929,852 | 1,990,570 | 150,406 | 2,140,976 |
| Marketing expenses | - | - | - | - | 7,072 | - | 7,072 | 1,070,133 | 1,077,205 |
| Management expenses | - | - | - | - | - | - | - | 424,575 | 424,575 |
| Professional and contracted services | 2,115,456 | 8,545 | 20,468 | 6,034 | 28,553 | - | 2,179,056 | 987,605 | 3,166,661 |
| Administrative | 24,355 | 6,128 | 7,163 | 22,818 | 23,931 | - | 84,395 | 671,003 | 755,398 |
| Real estate taxes | - | - | - | - | - | - | - | 882,777 | 882,777 |
| Insurance | 10,823 | 12,597 | 58,875 | 15,666 | - | 1,825 | 99,786 | 460,836 | 560,622 |
| Resident relations | - | - | - | (11,745) | 81,715 | - | 69,970 | 65,619 | 135,589 |
| Other | - | - | - | - | - | - | - | 365,094 | 365,094 |
| Depreciation | 72,036 | 254,651 | 13,050 | 27,766 | 3,881,486 | 37,277 | 4,286,266 | 18,640 | 4,304,906 |
| Interest | - | - | - | - | - | - | - | 4,060,116 | 4,060,116 |
| Bad debts | 791,269 | 46,545 | - | - | - | - | 837,814 | 93,090 | 930,904 |
| Total expenses | $9,353,834 | $2,404,694 | $446,875 | $5,967,781 | $8,926,536 | $1,001,761 | $28,101,481 | $11,935,420 | $40,036,901 |

*See notes to financial statements*

9

## 1. Nature of Operations

Henry Ford Village, Inc. (the Community) is a Michigan non-stock corporation established to operate a not-for-profit continuing care retirement community located in Dearborn, Michigan. The property is presently zoned for 852 independent living units, 96 assisted living units and 89 skilled nursing beds. As of December 31, 2019, there were 789 occupied units, which consisted of 627 independent living units, 94 assisted living units, and 68 skilled nursing beds. As of December 31, 2018, there were 783 occupied units, which consisted of 618 independent living units, 94 assited living units, and 71 skilled nursing beds. The Community is governed by an independent Board of Directors and is advised by a Resident Council elected by the residents of the Community.

The Community entered into a management agreement in December 2010 with Life Care Services, LLC (LCS), a for-profit Iowa limited liability company which operates and manages a variety of continuing care retirement communities nationwide.

### Subsequent Events

The Community has evaluated events through TBD, which is the date the financial statements were approved to be issued.

In the first several months of 2020, the COVID-19 pandemic is having significant effects on global markets, supply chains, businesses and communities. The Community's evaluation of the effects of these events is ongoing as of the date the accompanying financial statements were issued. The COVID-19 pandemic may impact various parts of the Community's 2020 operations and financial performance including, but not limited to, additional costs for emergency preparedness, disease control and containment, potential shortages of personnel, supply chain disruption, closure of certain facilities or service lines, sales of independent living units or declines in revenue related to decreases in occupancy or volumes of certain revenue streams. The extent of the impact will depend on future developments, including the duration and spread of the outbreak and related governmental or other regulatory actions.

In April 2020, the Community was approved for a $2,283,660 Paycheck Protection Program (PPP) loan administered by the U.S. Small Business Administration. The PPP was authorized in the Coronavirus Aid, Relief, and Economic Security (CARES) Act. Loan payments will be deferred for 6 months. The loan will bear interest at 1% per annum and will have a two year maturity. If certain requirements are met, mainly to use the funds primarily for payroll costs, the loan amount, or a portion thereof, may be forgiven in 2020.

### Impairment of Property and Equipment

Property and equipment are evaluated for impairment whenever events or changes in circumstances indicate the carrying value of the asset may not be recoverable from the estimated future cash flows expected to result from its use and eventual disposition. If expected cash flows are less than the carrying value, an impairment loss is recognized equal to an amount by which the carrying value exceeds the fair value of the assets. Fair value is determined based on quoted market values, discounted cash flows or internal or external appraisals as applicable. The Community has determined, based on undiscounted cash flows, that the carrying value of the property and equipment may not be recoverable and may exceed its fair value. Due to the uncertainties in the current economic environment, management has determined that it is impractical to determine the fair value of the property and equipment as of December 31, 2019. The effects of the impairment on the loss  on the financial statements have not been determined.

### Going Concern Uncertainties

The accompanying financial statements have been prepared assuming that the Community will continue as a going concern. As shown in the financial statements, although the Community has ended the 2019 fiscal year with revenues in excess of expenses of $362,708 and with an overall decrease in net deficit of $156,039, there remains a working capital deficit of $(8,166,355) and an overall deficit in net assets of $(74.8 million). Also, the Community stopped monthly principal and interest payments on its bond obligations in April 2020, thus having the debt service reserve fund utilized for those payments. The Community is working with its bondholders on a solution and anticipates this to be resolved by the end of 2020. Until resolved, absent a waiver or debt modification, the bonds are callable. Additionally, effective June, 2020, the Community is required to deposit new entrance fees received into an escrow account with the State of Michigan, as required by a State mandate. The COVID-19 pandemic is causing lower occupancy and slower resales of units, which is reducing cash inflows, and when coupled with refunds of entrance fees trending higher than proceeds from entrance fees in 2019, causes additional strains on working capital. All of these factors raise substantial doubt about the ability of the Community to continue as a going concern within one year after the issuance of these financial statements.

Management believes a full recovery from the COVID-19 pandemic will not occur until the second quarter of 2021 and has adjusted its strategy based on that assumption. This strategy is focused on increasing occupancy in the Health & Rehabilitation Center as well as Assisted Living post-pandemic as those areas have the greatest impact on revenue. The independent living strategy is in place to exceed historical sales numbers, however management believes the normal sales activity will not be realized until April of 2021 at the earliest unless a vaccine for the virus has been made available. This, combined with high anticipated attrition in 2020 from the pandemic lowers revenue projections to a point where servicing debt payments is not viable without utilizing its limited reserves.

It is management's intent to continue to work with its current bond holders in order to mitigate the risk of non-compliance with debt covenants and any implications related to the long-term debt due and payable. Management also is working on reducing its operating costs.

Management believes that these actions will enable the Community to continue as a going concern through one year from the date these financial statements are issued. Because it is not possible at this time to predict the outcome of management's efforts, substantial doubt remains regarding the ability of the Community to continue as a going concern during the ensuing year.

## 2. Summary of Significant Accounting Policies

### Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Cash Equivalents

For the purposes of the statements of cash flows, cash equivalents include investments in highly liquid debt instruments purchased with an original maturity of three months or less, excluding board-restricted investments.

**Restricted Cash**

The Community received cash with contract-imposed restrictions which is held by the Community and is part of net assets with donor restrictions. Restricted cash is $595,065 and $625,008 at December 31, 2019 and 2018, respectively.

**Accounts Receivable**

The Community assesses collectability on all resident accounts prior to providing services. An allowance for uncollectible accounts is recognized to reduce accounts receivable to its net realizable value for impairment of revenues for changes in resident credit worthiness. The allowance is estimated by management based on factors such as aging of the accounts receivable, and anticipated collection of the consideration. Accounts are written off through bad debt expense when the Community has exhausted all collection efforts and accounts are deemed impaired. Accounts receivable, residents are reported at net realizable value. The allowance for doubtful collections was $771,740 and $659,860 at December 31, 2019 and 2018, respectively.

**Investments and Investment Risk**

Investments in equity securities with readily determinable fair values and all investments in debt securities are measured at fair value in the balance sheets. The fair value of substantially all securities is determined by quoted market prices. Investment income or loss (including realized and unrealized gains and losses on investments, interest and dividends) is included in revenues in excess of (less than) expenses unless the income or loss is restricted by donor or law. Interest income is measured as earned on the accrual basis. Dividends are measured based on the ex-dividend date. Purchases and sales of securities and realized gains and losses are recorded on a trade-date basis.

The Community's investments are comprised of a variety of financial instruments and are managed by investment advisors. The fair values reported in the balance sheets are subject to various risks including changes in the equity markets, the interest rate environment and general economic conditions. Due to the level of risk associated with investment securities and the level of uncertainty related to changes in the fair value of investment securities, it is reasonably possible that the amounts reported in the balance sheets could change materially in the near term.

**Assets Whose Use Is Limited**

Assets whose use is limited includes assets set aside for amounts held by a bond trustee under trust indentures, escrow funds held in connection with resident deposits, amounts restricted by donors, and funds held for residents. Amounts available to meet current liabilities have been classified as current assets in the balance sheets.

**Property and Equipment**

Property and equipment acquisitions are recorded at cost. All acquisitions of property and equipment in excess of $2,500 and all expenditures for improvements and betterments that materially prolong the useful lives of assets are capitalized. Depreciation is computed using the straight-line method based upon the estimated useful lives of the assets as follows:

|  | Years |
|---|---|
| Land improvements | 15 |
| Building and building improvements | 7 - 40 |
| Furniture and fixtures | 7 |
| Equipment | 3 - 5 |

Gifts of long-lived assets such as land, buildings, or equipment are reported as unrestricted support unless explicit donor stipulations specify how the donated assets must be used. Gifts of long-lived assets with explicit restrictions that specify how the assets are to be used and gifts of cash or other assets that must be used to acquire long-lived assets are reported as restricted support. Absent explicit donor stipulations about how long those long-lived assets must be maintained, expirations of donor restrictions are reported when the donated or acquired long-lived assets are placed in service.

**Impairment of Long-Lived Assets**

Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to future net undiscounted cash flows expected to be generated by the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount by which the carrying amount of the net assets exceeds the fair value of the assets. To date, there have been no such losses.

**Debt Issuance Costs**

The Community presents debt issuance costs as a direct reduction of its long-term debt. Debt issuance costs represent costs incurred in connection with the issuance of long-term debt, and are being amortized over the life of the debt using the bonds outstanding method, which approximates the effective interest method. Amortization expense, included as a component of interest expense, was $62,823 and $67,871 for the years ended December 31, 2019 and 2018, respectively.

**Original Issue Discount**

The original issue discount is being amortized using the straight-line method, which approximates the effective interest method, over the term of the related debt. Amortization, included as a component of interest expense, of the original issue discount was $19,712 and $25,252 for the years ended December 31, 2019 and 2018, respectively.

**Entrance Fees**

Under entrance fee plans for residences, the Community receives payments in advance. Residents currently have two entrance plan options to choose from. One refundable contract has a guaranteed refund component, which is 75% of the entrance fee paid. Under this plan, refunds are generally equal to 75% of the entrance fee paid. The Community also offers a declining balance contract. Under this contract, the refundable portion is calculated by taking the applicable entrance fee less 1.5% of the total entrance fee for each month or proportionate amount for a partial month of occupancy, less the actual cost of refurbishing the residence.

Refunds to residents are typically payable 30 days after their former independent or assisted living unit has been reoccupied. However, if a resident is permanently transferred to assisted living or skilled nursing care, no refund of any portion of the entrance fee is made until the resident permanently leaves the community. Entrance fees for those residents transferred to skilled nursing are refundable upon the payment of all outstanding obligations of the resident. Contractual refund obligations under residency agreements for the current entrance plan options were $29,132,756 and $24,084,900 at December 31, 2019 and 2018, respectively. Management estimates the amount of refundable entrance fees to be paid the following year from sources other than proceeds from entrance fees to residents who terminate their residency agreement the following year. This amount was $5,752,759 and $6,187,965 at December 31, 2019 and 2018, respectively, and is classified as a current liability in the balance sheets.

The guaranteed refundable component of advance fees received under the refundable plans is not amortized to income. These fees are classified as refundable entrance fees and deposits in the balance sheets. The nonrefundable balance of entrance fees is amortized to income using the straight-line method over the estimated remaining residents' stay in independent living, which are adjusted annually. These unamortized entrance fees are classified as deferred revenue from nonrefundable entrance fees in the balance sheets. Amortization of nonrefundable entrance fees recognized as revenue was $1,075,995 and $1,507,439 for the years ended December 31, 2019 and 2018, respectively.

Prior to January 1, 2015, the Community offered a refundable contract under which 100% of the entrance fee paid was refundable. The guaranteed refund component of entrance fees received under this plan is not amortized to income and is classified with refundable entrance fees and deposits in the balance sheet. At December 31, 2019 and 2018, contractual refund obligations under this plan were approximately $68,070,000 and $77,533,000, respectively.

The Community also received deposits from prospective residents of $882,781 and $787,026 through December 31, 2019 and 2018, respectively. These amounts are recorded in advance deposits in the balance sheets.

Resident entrance fees and deposits may be used to satisfy monthly fees if no other resident funds are available.

### Net Assets

Net assets, revenues, gains, and losses are classified based on the existence or absence of donor-imposed restrictions. Accordingly, net assets of the Community are classified and reported as follows:

**Net Assets Without Donor Restrictions** - Net assets that are not subject to donor-imposed stipulations.

**Net Assets With Donor Restrictions** - Net assets subject to donor-imposed stipulations that either expire by passage of time or can be fulfilled and removed by actions of the Community pursuant to those stipulations, or are required to be maintained permanently by the Community. Donor restricted net assets were $799,556 and $1,318,303 as of December 31, 2019 and 2018, respectively. These net assets are available for the following purposes:

> **Staff Appreciation Fund:** The Community does not permit residents to confer gratuities to individual employees. As a way for residents to show their appreciation to employees, the Community holds a fundraising drive each fall for residents to contribute to a staff appreciation fund. Those funds are distributed to employees who meet certain criteria for length of service.

> **Benevolent Care Fund:** Under certain circumstances, residents who exhaust their assets and cannot cover their costs of residency and necessary services from the Community can be granted relief from this restricted fund. The Community performs fundraising efforts and uses such contributions to offset the costs of benevolent care efforts.

> **Quality of Resident Life Fund:** Occasionally, needs for amenities generate attention among the resident population such that funds are raised for specific projects related to campus beautification.

> **Scholarship Fund:** The Community conducts an annual campaign specifically to fund scholarship awards for employees pursuing college education.

> **Scholarship Endowment:** The Community has a number of endowed scholarship funds specified by donors for specific educational tracts. Annually, the scholarship committee

selects the winners to receive that years' distribution of the endowed scholarships.

**Net Resident Service Revenues**

Net resident service revenues are reported at the amount that reflects the consideration the Community expects to receive in exchange for the services provided. These amounts are due from residents or third-party payors and include variable consideration for retroactive adjustments, if any, under reimbursement programs. Performance obligations are determined based on the nature of the services provided. Net resident service revenues are recognized as performance obligations are satisfied.

Net resident service revenues are primarily comprised of the following revenue streams:

> **Skilled nursing:** Skilled nursing revenues are primarily derived from providing nursing services to residents at a stated daily fee, net of any explicit and implicit price concessions. The Community has determined that skilled nursing services are considered one performance obligation which is satisfied over time as services are provided. Therefore, skilled nursing revenues are recognized on a daily basis as services are rendered.

> **Assisted Living:** Assisted living revenues are primarily derived from providing housing and personal care services to residents at a stated monthly fee. The Community has determined that the services included in the monthly fee have the same timing and pattern of transfer and are a series of distinct services that are considered one performance obligation which is satisfied over time as services are provided. Therefore, assisted living revenues are recognized on a month-to-month basis.

> **Independent living:** Independent living revenues are primarily derived from: (a) providing housing and services to residents; and (b) the nonrefundable portion of entrance fee contracts entered into with residents. Independent living monthly fees are recognized on a month-to-month basis. The Community has determined that the services included in the monthly fee have the same timing and pattern of transfer and are a series of distinct services that are considered one performance obligation which is satisfied over time as services are provided.

> Independent living revenue from nonrefundable entrance fees received are recognized through amortization of the nonrefundable entrance fee using the straight-line method over the annually adjusted estimated remaining expected stay in independent living for the residents. The unamortized portion is classified as deferred revenue from nonrefundable entrance fees in the balance sheets. Amortization of nonrefundable entrance fees included in independent living revenues was $1,075,995 and $1,507,439 in 2019 and 2018, respectively.

> **Ancillary Services:** Ancillary service revenues are derived from services provided primarily to skilled nursing residents for pharmacy, physical therapy, occupational therapy, speech therapy and other healthcare related services at a stated fee, net of any contractual adjustments from third-party payors. Each service provided is capable of being distinct, and thus, the services are considered individual and separate performance obligations which are satisfied and recognized as services are provided. The Community is reimbursed for certain therapy services provided to Medicare Part B beneficiaries at the lesser of a published fee schedule or actual charges.

The Community receives revenue for services under third-party payor programs, including Medicare, Medicaid and other third-party payors (Note 3). Settlements with third-party payors for retroactive adjustments due to audits, reviews, or investigations are included in the determination of the estimated transaction price for providing services. The Community estimates the transaction price based on the terms of the contract and correspondence with the third-party payor and historical payment trends, and retroactive adjustments are recognized in future periods as final settlements are determined.

**Donor Restricted Gifts**

The Community reports gifts of cash and other assets as restricted support if they are received with donor stipulations that limit the use of the donated assets. When a donor restriction expires, that is, when a stipulated time restriction ends or purpose restriction is accomplished, net assets with donor restrictions are reclassified as net assets without donor restrictions and reported in the statements of operations as net assets released from restrictions.

**Income Taxes**

The Community is a nonprofit organization as described in Section 501(c)(3) of the Internal Revenue Code and is exempt from federal income taxes on its exempt income under Section 501(a) of the Internal Revenue Code.

**Payment In Lieu of Taxes (PILOT)**

Given that the Community claims exemption under the General Property Tax Act and is treated as exempt from property taxation, but benefits from city services for availability of police, fire and other public services, the Community entered into a 40-year agreement with the City of Dearborn for Payment In Lieu of Taxes (PILOT) effective June 30, 2010. The City has the right to renew the agreement for an additional 40 years. The agreement encompasses all tax-exempt personal and real property located at 15101 Ford Road, Dearborn, Michigan 48126 and is conditioned on the Community maintaining its non-profit tax-exempt status under applicable laws.

The PILOT agreement requires one payment to be made annually on July 1 of each year. Under the agreement, each year the payment will increase by the lesser of a change in the Consumer Price Index for the United States, as reported from city services by the Michigan Department of Treasury, or five percent. After each 10-year period under the agreement, both parties have agreed to review the payment calculation methodology to ensure that increases provided for in the agreement are consistent with real property valuation increases in the general population within the city of Dearborn. The amount of the PILOT invoiced on July 1, 2019 and 2018 was approximately $582,000 and $564,000, respectively.

**Functional Expense Allocation**

The financial statements report certain categories of expenses that are related to more than one program or supporting function. The expenses that are allocated include occupancy and depreciation, which are allocated on a square footage or units of service basis, as well as salaries and wages, employee benefits, payroll taxes, professional fees, advertising, travel, and other, which are allocated based on estimated time and effort.

**Measure of Operations**

The statements of operations includes the determination of revenues in excess of (less than) expenses. Revenues in excess of (less than) expenses includes all operating revenues and expenses that are an integral part of its program activities, as well as investment income, contributions and other nonoperating activities that are used to support its program activities. Changes in net assets without donor restrictions, which are excluded from the determination of revenues in excess of (less than) expenses, consistent with industry practice, include contributions of long-lived assets (including assets acquired using contributions which by donor restriction were to be used for the purposes of acquiring such assets), reclassification of net assets, and transfers of net assets to related parties.

**Adoption of Financial Accouting Standards Board's Accounting Standards Update**

During 2019, the Community retrospectively adopted the FASB ASU No. 2016-18, *Statement of Cash Flows (Topic 230): Restricted Cash*. The amendments in this update require that a statement of cash flows explain the change during the period in total of cash, cash equivalents and amounts generally described as restricted cash and restricted cash equivalents. Amounts generally described as restricted cash and restricted cash equivalents should be included with cash and cash equivalents when reconciling the beginning-of-period and end-of-period total amounts shown on the statements of cash flows.

The following line items on the statement of cash flows for the year ended December 31, 2018 were affected by this change in accounting principle:

| | As Previously Reported | As Reported Under ASU No. 2016-18 |
|---|---|---|
| Net purchases of investments and assets whose use is limited | $ 6,161,530 | $ 6,175,468 |
| Net cash used in investing activities | (133,546) | (119,608) |
| Net change in cash and cash equivalents and restricted cash | - | 959,915 |
| Cash and cash equivalents and restricted cash, beginning | - | 1,041,468 |
| Cash and cash equivalents and restricted cash, ending | - | 2,001,383 |
| Net change in cash and cash equivalents | 945,977 | - |
| Cash and cash equivalents, beginning | 430,398 | - |
| Cash and cash equivalents, ending | 1,376,375 | - |

3. **Net Resident Service Revenues**

The Community disaggregate's revenue from contracts with customers by type of service and payor source as this depicts the nature, amount, timing and uncertainty of its revenue and cash flows as affected by economic factors. Net resident service revenues consist of the following for the years ended December 31, 2019 and 2018:

|  | 2019 | | | | | |
|---|---|---|---|---|---|---|
|  | **Self Pay** | **Medicare** | **Medicaid** | **Commercial** | **Amortization** | **Total** |
| Nursing |  |  |  |  |  |  |
| Skilled Nursing | $ 2,099,209 | $4,841,460 | $ 740,749 | $ 596,457 | $ - | $ 8,277,875 |
| Therapy | 21,963 | - | - | 2,817,705 | - | 2,839,668 |
| Ancillary | 830,661 | - | - | - | - | 830,661 |
| Total | 2,951,833 | 4,841,460 | 740,749 | 3,414,162 | - | 11,948,204 |
| Assisted Living |  |  |  |  |  |  |
| Monthly Fees | 6,322,410 | - | - | - | - | 6,322,410 |
| Ancillary | 102,689 | - | - | - | - | 102,689 |
| Total | 6,425,099 | - | - | - | - | 6,425,099 |
| Independent Living |  |  |  |  |  |  |
| Monthly Fees | 16,908,867 | - | - | - | - | 16,908,867 |
| Amortization | - | - | - | - | 1,075,995 | 1,075,995 |
| Ancillary | 987,705 | - | - | - | - | 987,705 |
| Total | 17,896,572 | - | - | - | 1,075,995 | 18,972,567 |
| Clinic revenues | 75,155 | - | - | - | - | 75,155 |
| Total | 75,155 | - | - | - | - | 75,155 |
| Total | $ 27,348,659 | $4,841,460 | $ 740,749 | $ 3,414,162 | $ 1,075,995 | $37,421,025 |

|  | 2018 | | | | | |
|---|---|---|---|---|---|---|
|  | **Self Pay** | **Medicare** | **Medicaid** | **Commercial** | **Amortization** | **Total** |
| **Nursing** | | | | | | |
| Skilled Nursing | $ 1,653,952 | $5,077,733 | $ 920,311 | $ 693,313 | $ - | $ 8,345,309 |
| Therapy | 42,075 | - | - | 2,904,009 | - | 2,946,084 |
| Ancillary | 744,175 | - | - | - | - | 744,175 |
| Total | 2,440,202 | 5,077,733 | 920,311 | 3,597,322 | - | 12,035,568 |
| **Assisted Living** | | | | | | |
| Monthly Fees | 5,976,912 | - | - | - | - | 5,976,912 |
| Ancillary | 128,707 | - | - | - | - | 128,707 |
| Total | 6,105,619 | - | - | - | - | 6,105,619 |
| **Independent Living** | | | | | | |
| Monthly Fees | 16,586,379 | - | - | - | - | 16,586,379 |
| Amortization | - | - | - | - | 1,507,439 | 1,507,439 |
| Ancillary | 989,097 | - | - | - | - | 989,097 |
| Total | 17,575,476 | - | - | - | 1,507,439 | 19,082,915 |
| Clinic revenues | 90,000 | - | - | - | - | 90,000 |
| Total | 90,000 | - | - | - | - | 90,000 |
| Total | $ 26,211,297 | $5,077,733 | $ 920,311 | $ 3,597,322 | $ 1,507,439 | $37,314,102 |

Payment terms and conditions for the Community's resident contracts vary by contract type and payor source, although terms generally include payment to be made within 30 days. Net resident service revenues for recurring and routine monthly services are generally billed each month as services are rendered. Net resident service revenues for ancillary services are generally billed monthly in arrears. Additionally, nonrefundable entrance fees are generally billed and collected in advance of move-in. Revenues collected from residents in advance are recognized as deferred revenue from nonrefundable entrance fees until the performance obligations are satisfied and are included in deferred revenues from nonrefundable entrance fees in the accompanying balance sheet. The Community recognized $1,068,884 and $1,390,939 in 2019 and 2018, of revenue that was included in the deferred revenue from entrance fees balance as of January 1, 2019 and 2018. The Community applies the practical expedient in Accounting Standards Codification (ASC) 606 and therefore does not disclose amounts for remaining performance obligations that have original expected durations of one year or less.

The Community has agreements with third-party payors that provide for payments to the Community at amounts different from its established rates. A summary of the principal payment arrangements with major third-party payors follows:

> **Medicaid:** Nursing services rendered to Medicaid program beneficiaries are paid based on a cost reimbursement methodology, plus a Quality Assurance Supplement ("QAS"). The methodology is subject to various limitations and adjustments. The Community is reimbursed for cost reimbursable expenditures plus a QAS at tentative interim rates, with final settlement determined after submission of annual cost reports and audits thereof by the Michigan Department of Community Health's Long-Term Care Reimbursement and Rate Setting Section. The Community's Medicaid cost reports have been final settled through 2011.

> **Medicare:** Nursing and ancillary services rendered to Medicare Part A beneficiaries are paid at prospectively determined rates per day. These rates vary according to a resident-specific classification system that is based on clinical, diagnostic and other factors and the reimbursement methodology is subject to various limitations and adjustments. The Community is reimbursed for therapy services provided to Medicare Part B beneficiaries at the lesser of a published fee schedule or actual charges.

As described above, the Medicaid and Medicare rates are based on clinical, diagnostic and other factors. The determination of these rates is partially based on the Community's clinical assessment of its residents. The Community is required to clinically assess its residents at predetermined time periods throughout the year. The documented assessments are subject to review and adjustment.

The Community also entered into payment agreements with certain commercial insurance carriers and others. The basis for payment to the Community under these agreements includes prospectively determined rates per day and discounts from established charges.

## 4. Assets Whose Use Is Limited and Board-Restricted Investments

Assets whose use is limited are held in connection with the following:

|  | 2019 | 2018 |
|---|---|---|
| Held by bond trustee - debt service reserve fund | $ 4,556,477 | $ 4,619,459 |
| Held by bond trustee - debt service fund | 392,015 | 378,553 |
| Held by bond trustee - capital expenditures fund | 381,085 | 4,159,518 |
| Advance deposits by prospective residents | 595,065 | 625,008 |
| Funds held for resident activities | 136,206 | 161,160 |
| Endowed scholarship fund | 418,585 | 405,031 |
| Memorial funds | 115,388 | 77,801 |
| Gift annuity | - | 44,132 |
| Total assets whose use is limited | 6,594,821 | 10,470,662 |
| Less funds available to meet current liabilities | 897,499 | 863,361 |
| Noncurrent portion of assets whose use is limited | $ 5,697,322 | $ 9,607,301 |

The Community measures its investments and assets whose use is limited at fair value on a recurring basis in accordance with accounting principles generally accepted in the United States of America. The Community's investments and assets whose use is limited consist of the following:

|  | 2019 | 2018 |
|---|---|---|
| Current portion of assets whose use is limited | $ 897,499 | $ 863,361 |
| Noncurrent portion of assets whose use is limited | 5,697,322 | 9,607,301 |
| Board-restricted investments | 2,373,509 | 2,019,901 |
| Total investments and assets whose use is limited | $ 8,968,330 | $ 12,490,563 |

**Fair Value Measurements**

Fair value is defined as the price that would be received to sell an asset or the price that would be paid to transfer a liability in an orderly transaction between market participants at the measurement date. The framework that the authoritative guidance establishes for measuring fair value includes a hierarchy used to classify the inputs used in measuring fair value. The hierarchy prioritizes the inputs used in determining valuations into three levels. The level in the fair value hierarchy within which the fair value measurement falls is determined based on the lowest level input that is significant to the fair value measurement.

The levels of the fair value hierarchy are as follows:

Level 1 - Fair value is based on unadjusted quoted prices in active markets that are accessible to the Community for identical assets. These generally provide the most reliable evidence and are used to measure fair value whenever available.

Level 2 - Fair value is based on significant inputs, other than Level 1 inputs, that are observable either directly or indirectly for substantially the full term of the asset through corroboration with observable market data. Level 2 inputs include quoted market prices in active markets for similar assets, quoted market prices in markets that are not active for identical or similar assets, and other observable inputs.

Level 3 - Fair value would be based on significant unobservable inputs. Examples of valuation methodologies that would result in Level 3 classification include option pricing models, discounted cash flows, and other similar techniques.

The financial instruments listed below were measured using the following inputs at December 31, 2019 and 2018:

| | 2019 | | | |
|---|---|---|---|---|
| | Carrying Value | Fair Value | Level 1 | Level 2 |
| **Reported at Fair Value** | | | | |
| Board restricted investments and assets whose use is limited: | | | | |
| Cash and cash equivalents | $ 2,496,708 | $ 2,496,708 | $ 2,496,708 | $ - |
| U.S. government and agency obligations | 4,527,808 | 4,527,808 | - | 4,527,808 |
| Corporate bonds | 351,704 | 351,704 | - | 351,704 |
| Equities | 1,144,715 | 1,144,715 | 1,144,715 | - |
| Mutual funds | 447,395 | 447,395 | 447,395 | - |
| Total | $ 8,968,330 | $ 8,968,330 | $ 4,088,818 | $ 4,879,512 |

| | 2018 | | | |
| --- | --- | --- | --- | --- |
| **Reported at Fair Value** | **Carrying Value** | **Fair Value** | **Level 1** | **Level 2** |
| Board restricted investments and assets whose use is limited: | | | | |
| Cash and cash equivalents | $ 6,111,969 | $ 6,111,969 | $ 6,111,969 | $ - |
| U.S. government and agency obligations | 3,001,449 | 3,001,449 | - | 3,001,449 |
| Corporate bonds | 2,021,880 | 2,021,880 | - | 2,021,880 |
| Municipal bonds | 49,778 | 49,778 | - | 49,778 |
| Equities | 883,835 | 883,835 | 883,835 | - |
| Mutual funds | 421,652 | 421,652 | 421,652 | - |
| Total | $ 12,490,563 | $ 12,490,563 | $ 7,417,456 | $ 5,073,107 |

There were no Level 3 investments as of December 31, 2019 and 2018.

The following is a description of the valuation methodologies used for assets reported at fair value. There have been no changes in methodologies used at December 31, 2019.

The carrying amounts of cash and cash equivalents included in board-restricted investments and assets whose use is limited approximates fair value due to the short-term nature of these instruments.

Equities and mutual funds are valued at fair value based on quoted market prices for identical securities in active markets that the Community has the ability to access at the measurement date.

U.S. government and agency obligations, corporate bonds and municipal bonds are valued at fair value based on quoted market prices for similar securities in active markets that the Community has the ability to access at the measurement date.

The preceding methods may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Community believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

Investment income on the board-restricted investments and assets whose use is limited consisted of the following for the years ended December 31, 2019 and 2018:

| | 2019 | 2018 |
| --- | --- | --- |
| Interest and dividends | $ 229,230 | $ 299,492 |
| Investment fees | (47,433) $ | (9,909) |
| Net realized gain on sale of investments | 49,296 | 41,238 |
| Net unrealized gain (loss) on investments | 378,720 | (241,054) |
| Total investment income | $ 609,813 | $ 89,767 |

5.  **Property and Equipment, Net**

Property and equipment, net is as follows:

|  | 2019 | 2018 |
|---|---|---|
| Land and land improvements | $ 9,034,100 | $ 7,499,256 |
| Building and building improvements | 156,663,069 | 155,008,632 |
| Furniture and fixtures | 6,721,813 | 6,705,349 |
| Equipment | 3,348,040 | 2,984,214 |
| Total | 175,767,022 | 172,197,451 |
| Less accumulated depreciation | (94,896,325) | (90,489,716) |
| Construction-in-progress | 470,625 | 523,118 |
| Property and equipment, net | $ 81,341,322 | $ 82,230,853 |

Depreciation expense related to property and equipment was $4,654,238 and $4,304,906 for the years ended December 31, 2019 and 2018, respectively.

6.  **Bonds Payable**

Long-term debt consists of the following at December 31, 2019 and 2018:

| | 2019 | | |
|---|---|---|---|
| | Series 2008 Bonds | Series 2017 Bonds | Total |
| Bonds payable | $ 38,450,000 | $ 13,880,000 | $ 52,330,000 |
| Less original issue discount | 408,875 | - | 408,875 |
| Less current portion | 605,000 | 170,000 | 775,000 |
| Less debt issuance costs | 563,801 | 771,578 | 1,335,379 |
| Long-term debt, net | $ 36,872,324 | $ 12,938,422 | $ 49,810,746 |

| | 2018 | | |
|---|---|---|---|
| | Series 2008 Bonds | Series 2017 Bonds | Total |
| Bonds payable | $ 39,015,000 | $ 14,035,000 | $ 53,050,000 |
| Less original issue discount | 428,587 | - | 428,587 |
| Less current portion | 565,000 | 155,000 | 720,000 |
| Less debt issuance costs | 595,606 | 802,596 | 1,398,202 |
| Long-term debt, net | $ 37,425,807 | $ 13,077,404 | $ 50,503,211 |

On October 1, 2008, the Community closed on Series 2008 Bonds issued by the Economic Development Corporation of the City of Dearborn in the amount of $42,535,000. The 2008 Bonds are tax-exempt with a fixed interest rates varying between 6.0 percent and 7.15 percent, with a final maturity in November 2043. No letter of credit is required for the Series 2008 Bonds. The Series 2008 Bonds are secured by all property and gross receipts of the Community.

On September 27, 2017, the Community closed on Series 2017 Bonds issued by Economic Development Corporation of the City of Dearborn in the amount of $14,185,000. The 2017 Bonds are tax-exempt with a fixed interest rate of 7.5 percent, with a final maturity in November 2044. No letter of credit is required for the Series 2017 Bonds. The Series 2017 Bonds are secured by all property and gross receipts of the Community.

Scheduled principal repayments on long-term debt are as follows:

| Year Ending: | Series 2008 Bonds | Series 2017 Bonds | Total |
|---|---|---|---|
| 2020 | $ 605,000 | $ 170,000 | $ 775,000 |
| 2021 | 645,000 | 185,000 | 830,000 |
| 2022 | 690,000 | 195,000 | 885,000 |
| 2023 | 740,000 | 210,000 | 950,000 |
| 2024 | 790,000 | 225,000 | 1,015,000 |
| Thereafter | 34,980,000 | 12,895,000 | 47,875,000 |
| | $ 38,450,000 | $ 13,880,000 | $ 52,330,000 |

## 7. Defined Contribution Plan

The Community maintains a defined contribution plan for Community employees meeting certain eligibility requirements. Eligible employees may contribute up to 50 percent of their salary to a maximum contribution of $18,000 on a pre-tax basis. Contributions made by the Community were $28,840 and $29,663 for the years ended December 31, 2019 and 2018, respectively.

## 8. Related Party Transactions

The Community had amounts due to LCS of $2,765,136 and $2,041,355 as of December 31, 2019 and 2018, respectively. These amounts are recorded as accounts payable, related party in the accompanying balance sheets.

## 9. Management Agreement

On December 1, 2010, the Community contracted with LCS for management services. The LCS contract term was for five years and was extended until September 30, 2021. Management fees incurred under this contract were $401,945 and $424,575 for the years ended December 31, 2019 and 2018, respectively.

The executive director and administrator are employees of LCS, but their salaries and related employee benefits are reimbursed by the Community. Reimbursement paid to LCS for LCS employees in 2019 and 2018 totaled $575,668 and $670,880, respectively. These amounts are included in administrative expenses in the statements of operations. Other corporate services that the Community may obtain are not required contractually and are on an as-needed basis.

### 10. Contingencies

**Insurance Coverage**

The Community maintains professional liability, health insurance and workers compensation insurance coverage through an independent insurance carrier. No claims in excess of insurance coverage exist. In addition, no claims in recent past years have been settled for amounts in excess of insurance coverage.

**Senior Living Services Industry**

The senior living services industry is subject to numerous laws, regulations and administrative directives of federal, state and local governments and agencies. Compliance with these laws, regulations, and administrative directives is subject to future government review and interpretation as well as regulatory actions unknown or unasserted at this time. Government activity continues to increase with respect to investigations and allegations concerning possible violations by healthcare providers of fraud and abuse statutes and regulations, which could result in the imposition of significant fines and penalties as well as significant repayments for resident services previously billed. Management is not aware of any material incidents of noncompliance; however, the possible future effects of this matter on the Community, if any, are not presently determinable.

**Litigation**

The Community operates in an industry where various suits and claims arise in the normal course of business. Management is not currently aware of any claims that have been or will be asserted that will, after consideration of applicable insurance coverage's, have a material adverse effect on the financial statements.

### 11. Net Assets with Donor Restrictions

Donor restricted net assets are available as of December 31, 2019 and 2018 for the following purposes:

|  | 2019 | 2018 |
|---|---|---|
| Staff appreciation fund | $ - | 3,804 |
| Benevolent care fund | - | 242,894 |
| Quality of resident life fund | 65,173 | 352,753 |
| Scholarship Endowment | 405,000 | 405,000 |
| Scholarship fund | 329,383 | 313,852 |
| Total net assets with donor restrictions | $ 799,556 | $ 1,318,303 |

Net assets were released from restrictions, by incurring expenses satisfying the purpose or time restrictions specified by donors, as follows:

|  | 2019 | 2018 |
|---|---|---|
| Staff appreciation fund | $ 114,242 | 93,867 |
| Benevolent care fund | 552,803 | 824,995 |
| Quality of resident life fund | 341,983 | - |
| Scholarship fund | 51,919 | 53,694 |
| Total net assets released from restrictions | $ 1,060,947 | $ 972,556 |

## 12. Concentration of Credit Risk

The Community grants credit without collateral to its residents, some of whom are insured under third-party payor arrangements, primarily with Medicaid and Medicare.

The Community maintains cash accounts, which, at times, may exceed federally insured limits. The Community has not experienced any losses from maintaining cash accounts in excess of federally insured limits. Management believes it is not subject to any significant credit risk on its cash accounts.

## 13. Liquidity and Availability of Resources

The following table reflects the Community's financial assets available for general expenditure within one year at December 31, 2019. Financial assets are considered unavailable when illiquid or not convertible to cash within one year. Unavailable financial assets consist of: (a) assets whose use is limited by board designations, donor restrictions, regulatory bodies, and loan and other agreements; (b) assets held for others; and (c) permanent endowments and assets held in trusts for long-term investment.

|  | 2019 | 2018 |
|---|---|---|
| Financial assets: | | |
| Cash and cash equivalents | $ 1,553,429 | $ 1,376,375 |
| Accounts receivable, net | 4,476,059 | 3,693,827 |
| Board-restricted investments | 2,373,509 | 2,019,901 |
| Financial assets available to meet cash needs for general expenditures within one year | $ 8,402,997 | $ 7,090,103 |

## 14. New Accounting Pronouncements

During February 2016, the FASB issued ASU No. 2016-02, Leases. ASU No. 2016-02 establishes principles that require a lessee to recognize a lease asset and a lease liability for those leases classified as operating leases under previous accounting principles generally accepted in the United States of America. ASU No. 2016-02 is effective for annual periods beginning after December 15, 2021. The Companies are currently assessing the effect that ASU No. 2016-02 will have on their results of operations, financial position and cash flows.

**Henry Ford Village, Inc**

**Consolidated Balance Sheets**
**Period Ending December 31, 2020**

|  | | Un Audited<br>December 31<br>2020 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ | 3,576,766 |
| Accounts receivable, net | $ | 2,905,789 |
| Assets whose use is limited | $ | 892,058 |
| Intercompany receivable | $ | - |
| Inventories | $ | 172,050 |
| Prepaid expenses and other | $ | 1,277,821 |
| Total Current Assets | $ | 8,824,484 |
| **Assets Limited as to Use or Restricted** | $ | 2,704,140 |
|  | $ | - |
| **Escrow** | $ | 9 |
| **Board - Restricted Investments** | $ | 2,479,998 |
| **Operating property, at cost, net of accumulated depreciation** | $ | 77,940,864 |
| Total Assets | $ | 91,949,495 |
| **LIABILITIES AND MEMBERS' DEFICIT** | | |
| **CURRENT LIABILITIES** | | |
| Accounts payable and accrued expenses | $ | 6,459,339 |
| Accounts payable, affiliates | $ | 2,979,099 |
| Resident refunds payable | $ | 8,109,098 |
| Intercompany Payable | $ | - |
| Funds held for residents | $ | 115,608 |
| Bond payable, current portion | $ | 48,193,265 |
| Notes payable, current portion | $ | 1,360,529 |
| Charitable gift annuity, current portion | $ | 3,852 |
| Total Current Liabilities | $ | 67,220,790 |
| **Long-Term liabilities** | | |
| Advance deposits | $ | 641,857 |
| Refundable entrance fees and deposits | $ | 90,378,309 |
| Deferred revenue from nonrefundable entrance fees | $ | 11,165,535 |
| Bonds payable, net | $ | - |
| Notes payable, net | $ | 1,341,800 |
| Deferred Medicare PPS | $ | 863,978 |
| Charitable gift annuity, net of current portion | $ | 16,006 |
| Total Liabilities | $ | 171,628,275 |
| **Members' Equity** | | |
| Unrestricted | $ | (79,682,950) |
| Temporarily Restricted | $ | 4,170 |
| Total Liabilities and Members' Deficit | **$** | **91,949,495** |

**Henry Ford Village, Inc**

**Consolidated Statements of Operations**
**Period Ending December 31, 2020**

|  | | Un Audited December 31 2020 |
|---|---|---|
| **Revenues:** | | |
| Net resident service revenues | $ | 35,346,540 |
| Other revenues | $ | 564,530 |
| Investment income | $ | 375,905 |
| Bad Debt | $ | (1,251,663) |
| Net assets released from restrictions | $ | - |
| **Total revenues without donor restrictions** | $ | 35,035,311 |
| | | |
| **OPERATING EXPENSES** | | |
| Salaries, wages and benefits | $ | 15,898,642 |
| Dietary and related supplies | $ | 3,242,371 |
| Supplies | $ | 977,349 |
| Utilities | $ | 1,877,806 |
| Building, grounds and maintenance | $ | 2,530,082 |
| Marketing | $ | 952,181 |
| Management fees | $ | 356,894 |
| Professional and contracted services | $ | 3,739,056 |
| Administrative-related | $ | 408,551 |
| Real estate and other taxes | $ | 761,524 |
| Insurance | $ | 571,533 |
| Resident relations | $ | 103,646 |
| Other | $ | 107,319 |
| Depreciation | $ | 4,800,191 |
| Interest | $ | 3,552,481 |
| Bad debt expense | $ | - |
| **Total operating expenses** | $ | 39,879,628 |
| | | |
| **NET INCOME (LOSS)** | $ | (4,844,316) |

**Henry Ford Village, Inc**

**Consolidated Statements of Cash Flows**
**Period Ending December 31, 2020**

| | | **Un Audited**<br>**December 31, 2020** |
|---|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Changes in Net Assets | $ | (4,841,249) |
| Adjustments to reconcile net (loss) to net cash provided by<br>operating activities | | |
| Depreciation | $ | 4,800,224 |
| Amortization of debt issuance costs | $ | 62,824 |
| Amortization of bond discount | $ | 19,708 |
| Provision for bad debt expense | $ | 1,251,663 |
| Proceeds from nonrefundable entrance fees | $ | (2,136,501) |
| Entrance Fee contributions | | |
| Revenue earned from reduced entrance fees and deposit refunds | $ | 1,566,714 |
| Net realized and unrealized loss on investments | $ | 5,441 |
| Amortization of residents' entrance fees | $ | (118,000) |
| Change in vlaue of charitable gift annuity | $ | (14,137) |
| Change in assets and liabilities | | |
| Accounts receivable | $ | 622,607 |
| Inventories | $ | 4,846 |
| Prepaid expenses and other | $ | (465,876) |
| Related party receivables and payables | $ | 213,963 |
| Accounts payable and accured expenses | $ | (207,450) |
| Entrance Fee Escrow | $ | (9) |
| Deferred Medicare Revenue | $ | 863,978 |
| Long term notes payable | $ | 2,702,329 |
| Net Cash Provided by Operating Activities | $ | 4,331,075 |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| (Increase) Decrease in Assets Limited as to Use or Restricted | $ | 2,885,404 |
| Additions to operating property | $ | (1,399,766) |
| Net Cash Flows used in Investing Activities | $ | 1,485,638 |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Increase (Decrease) in advance deposits | $ | (240,924) |
| Proceeds from refundable entrance fees and deposits | $ | 4,464,001 |
| Refunds of entrance fees and deposits | $ | (5,323,507) |
| Decrease in resident spend-down account | $ | 273,036 |
| Increase (decrease) in resident refunds payable | $ | (490,969) |
| Principal payments on bonds payable | $ | (2,475,013) |
| Net cash (used in) financing activities | $ | (3,793,376) |
| | | |
| **NET INCREASE  (DECREASE) IN CASH AND CASH EQUIVALENTS** | $ | 2,023,337 |
| | | |
| Cash and Cash Equivalents - Beginning of Year | $ | 1,553,429 |
| | | |
| **CASH AND CASH EQUIVALENTS - END OF YEAR** | **$** | **3,576,766** |

## LEGAL DESCRIPTION

Land situated in the City of Dearborn, County of Wayne, State of Michigan, more particularly described as follows:

Part of the Northwest fractional 1/4 of Section 18, Town 2 South, Range 11 East, City of Dearborn, Wayne County, Michigan, described as follows: Beginning at the point of intersection of the Southerly right-of-way line of Ford Road (variable width) and the Easterly right-of-way line of Greenfield Road (120.00 feet wide), distant South 89 degrees 53 minutes 57 seconds East (recorded as South 89 degrees 54 minutes 20 seconds East) 33.01 feet along the Northerly line of said Section 18 and South 01 degree 13 minutes 50 seconds East 163.04 feet from the Northwest corner of said Section 18; proceeding thence along the Southerly right-of-way line of Ford Road, North 87 degrees 04 minutes 00 seconds East 567.79 feet; thence North 72 degrees 26 minutes 40 seconds East 230.81 feet; thence North 82 degrees 58 minutes 10 seconds East 166.62 feet; thence South 89 degrees 45 minutes 50 seconds East (recorded as South 89 degrees 05 minutes 34 seconds East) 320.14 feet (recorded as 320.65 feet) to the Northwest corner of Lot 1 of JOHN FORD SUBDIVISION, as recorded in Liber 44 of Plats, page 73, Wayne County Records; thence along the Westerly line of said JOHN FORD SUBDIVISION AND JOHN FORD SUBDIVISION NO. 1, as recorded in Liber 45 of Plats, page 15, Wayne County Records, South 01 degree 33 minutes 58 seconds East (recorded as South 00 degrees 47 minutes 00 seconds East) 1253.93 feet (recorded as 1253.21 feet) to the Northeast corner of GARLING AND LAWRY MANOR SUBDIVISION, as recorded in Liber 70 of Plats, page 96, Wayne County Records; thence along the Northerly line of said GARLING AND LAWRY MANOR SUBDIVISION, South 89 degrees 22 minutes 20 seconds West (recorded as South 88 degrees 39 minutes 10 seconds West) 1282.26 feet to the Easterly right-of-way line of Greenfield Road; thence along the Easterly right-of-way line of Greenfield Road North 01 degree 13 minutes 50 seconds West (recorded as North 01 degree 57 minutes 00 seconds West) 1150.03 feet (recorded as 1150.96 feet) to the Point of Beginning.

ALSO DESCRIBED BY SURVEY AS FOLLOWS:
Part of the Northwest fractional 1/4 of Section 18, Town 2 South, Range 11 East, City of Dearborn, Wayne County, Michigan, described as follows: Beginning at the point of intersection of the Southerly right-of-way line of Ford Road (variable width) and the Easterly right-of-way line of Greenfield Road (120.00 feet wide), distant North 88 degrees 40 minutes 28 seconds East, 33.01 feet along the Northerly line of said Section 18 and South 02 degrees 39 minutes 42 seconds East 163.04 feet from the Northwest corner of said Section 18; proceeding thence along the Southerly right-of-way line of Ford Road, North 85 degrees 38 minutes 25 seconds East 567.79 feet; thence North 71 degrees 01 minutes 05 seconds East 230.81 feet; thence North 81 degrees 32 minutes 35 seconds East 166.62 feet; thence North 88 degrees 48 minutes 35 seconds East 320.14 feet to the Northwest corner of Lot 1 of JOHN FORD SUBDIVISION, as recorded in Liber 44 of Plats, page 73, Wayne County Records; thence along the Westerly line of said JOHN FORD SUBDIVISION and JOHN FORD SUBDIVISION NO. 1, as recorded in Liber 45 of Plats, page 15, Wayne County Records, South 02 degrees 59 minutes 33 seconds East, 1253.93 feet to the Northeast corner of GARLING AND LAWRY MANOR SUBDIVISION, as recorded in Liber 70 of Plats, page 96, Wayne County Records; thence along the Northerly line of said GARLING AND LAWRY

MANOR SUBDIVISION, South 87 degrees 56 minutes 45 seconds West, 1282.26 feet to the Easterly right-of-way line of Greenfield Road; thence along the Easterly right-of-way line of Greenfield Road North 02 degree 39 minutes 42 seconds West, 1150.03 feet to the Point of Beginning.

Commonly known as:  Henry Ford Village, 15101 Ford Road, Dearborn, Michigan

Tax Parcel No. 82-10-181-01-001

<u>**Schedule 3.20**</u>
**Insurance**

See attached.

**Henry Ford Village, Inc.**

**Schedule of In-Force Insurance**

| COVERAGE | COMPANY | AMOUNT/LIMIT | POLICY NUMBER | EXP. DATE |
|---|---|---|---|---|
| **COMMERCIAL PROPERTY** | | | | |
| Blanket Building | Affiliated FM Insurance Company | $188,970,300 | ES575 | 6/30/2021 |
| Blanket Personal Property | Landmark American Insurance | $6,123,060 | LHT913742 | |
| Business Interruption/Extra Expense | Company | $10,350,000 | | |
| Flood | | $250,000,000 (shared) | | |
| Earthquake | | $250,000,000 (shared) | | |
| | | | | |
| **GENERAL LIABILITY - CLAIMS MADE** | | | | |
| Program Aggregate | Ironshore Specialty Insurance | $27,500,000 | 004052801 | 6/30/2021 |
| General Aggregate | Company | $3,000,000 | | |
| Products/Completed Operations | | $3,000,000 | | |
| Personal/Advertising Injury | | $1,000,000 | | |
| Each Incident | | $1,000,000 | | |
| Fire Damage | | $50,000 | | |
| Medical Expense | | $10,000 | | |
| Employee Benefit Liability | | $1,000,000 | | |
| | | | | |
| **PROFESSIONAL LIABILITY - CLAIMS MADE** | | | | |
| Aggregate | Ironshore Specialty Insurance | $3,000,000 | 004052801 | 6/30/2021 |
| Each Incident | Company | $1,000,000 | | |
| | | | | |
| **CRIME** | | | | |
| Employee Dishonesty | Hiscox Insurance Company, Inc. | $3,000,000 | UC2445781420 | 6/30/2021 |
| | | | | |
| **AUTOMOBILE** | | | | |
| Combined Single Limit | Zurich American Insurance Company | $1,000,000 | BAP 4857389 | 6/30/2021 |
| Uninsured Motorist | | $1,000,000 | | |
| Underinsured Motorist | | $1,000,000 | | |
| | | | | |
| **UMBRELLA - CLAIMS MADE** | | | | |
| Aggregate | Ironshore Specialty Insurance | $10,000,000 | 004053001 | 6/30/2021 |
| Each Incident | Company | $10,000,000 | | |
| Program Aggregate | | $50,000,000 | | |
| | | | | |
| **WORKERS' COMPENSATION** | | | | |
| Each Accident | Zurich American Insurance Company | $500,000 | WC 4857388 | 6/30/2021 |
| Disease - Policy Limit | | $500,000 | | |
| Disease - Each Employee | | $500,000 | | |
| | | | | |
| **D&O/EPL/FIDUCIARY** | | | | |
| Directors & Officers Liability | Federal Insurance Company | $5,000,000 (shared with EPL) | 8173-7226 | 6/30/2021 |
| Employment Practices Liability | | $5,000,000 (shared with D&O) | | |
| Fiduciary Liability | | $2,000,000 | | |
| Kidnap & Ransom | | $1,000,000 | | |
| | | | | |
| **CYBER** | | | | |
| Aggregate Policy Limit | National Union Fire Insurance | $3,000,000 | 14815750 | 6/30/2021 |
| **Insuring Agreements** | Company of Pittsburgh, PA | | | |
| Security & Privacy Liability | | $3,000,000 | | |
| Regulatory Defense, Fines, & Penalties | | $3,000,000 | | |
| Cyber Extortion Loss | | $3,000,000 | | |
| Business Interruption (1st Party & 3rd Party) | | $3,000,000 | | |
| PCI-DSS Assessment Coverage | | $1,000,000 | | |
| **Retention** | | | | |
| Each Claim Retention | | $15,000 | | |
| eCrime Coverage | | $100,000 | | |
| Reputation Based Income Loss | | $500,000 | | |

**<u>Schedule 3.21</u>**
**Intellectual Property**

Domain Names:

    henryfordvillage.com

## <u>Schedule 3.22</u>
## Tax Matters

See attached.

| | | |
|---|---|---|
| 1) MI Department of Health & Human Services | $ 15,203.08 | Michigan Nursing Facility Quality Assurance Assessment | Pre-petition amount stayed by the chapter 11 filing |
| 2) US Treasury | 528,525.91 | Election to deferral of certain payroll taxes | Authorized under CARES Act |

**Schedule 5.7**
**Employee Matters**

(a) Buyer to provide applicable list to Seller on or before June 30, 2021, with such list to be updated fifteen (15) days prior to the Closing Date (as such date is determined under the Agreement).

(d) Schedule of Employees to be provided not more than fifteen (15) days after the Execution Date.

**Schedule 5.9(b)**
**Assumed and Rejected Contracts**

All Entrance Fee Residency Agreements and Rental Residency Agreements will be addressed pursuant to Section 5.13 of the Agreement.

See attached list of contracts.

| Vendor | Contract or Agreement Name or No. | Accepted/Rejected |
|---|---|---|
| A Place for Mom ("APFM") | Referral/Commission Agreement for Information Services - APFM generates leads | Accepted |
| ABM Healthcare Support Services Inc ABM Health | Services Agreement - Provider of environmental services, including cleaning of all | Rejected |
| Absopure Water Co | Equipment contract | Rejected |
| AccessRN Inc | Temporary staffing agreement | Rejected |
| ADT Commerical LLC - FEIN 90-0008456 | Fire safety equipment contract | Rejected |
| Aetna Inc. | Insurance provider agreement | Rejected |
| Allied Universal Security Services | Services Agreement - Provide security services, including, but not limited to, secu | Rejected |
| American Deposit Management LLC | Entrance fee escrow account. | Rejected |
| AssitedLiving Locators | IL/AL Referral Network - Assists seniors and families in finding appropriate care se | Accepted |
| AT & T | Telephone equipment room lease. | Accepted |
| Avtech Capital, LLC | Master lease agreement Number TFG/HN 2319 | Accepted |
| Bank of America/Merrill Lynch | Letter of Credit in favor of State of MI, Unemployment Insurance Agency | Accepted |
| Battle-Gaines, Toni | Independent Contractor Agreement | Accepted |
| Beaumont Medical Center | Gross time share lease agreement | Accepted |
| Blue Care Network of Michigan | Employee insurance plans | Rejected |
| Brown, Aaron (Netserv) | Services Agreement - Provide IT support. | Rejected |
| CareMerge | Services Agreement - Provides EHR, Family Engagement, Community Engagement | Rejected |
| CarePatrol of Oakland County | Senior Placement Services Agreement - Operates a direct placement service that ( | Accepted |
| ChemTreat Inc | Services Agreement - Provides specialty water treatment chemicals and equipme | Rejected |
| ChoiceCare Network | Insurance provider agreement | Rejected |
| Cintas Corporation #97627 | Contract No. 210005154 - Standard rental service agreement executed 1/27/2021 | Rejected |
| City of Dearborm | Payment in lieu of taxes agreement | Accepted |
| Clara's Parlor Inc | Lease agreement - Use of premises for a beauty salon. | Accepted |
| Comcast Business | Services Agreement - Provide internet and related services. | Accepted |
| Comerica Bank | Lease agreement - Use of premises for a bank branch institution. | Accepted |
| Control Solutions | Contract for 1253C20. Fan coil construction agreement. | Accepted |
| Corporate Fleet Services Inc | Lease Agreement - Lease of 2018 StarCraft Allstar 15-Passenger Bus, 2017 Champ | Accepted |
| Dearborn Country Club | Membership agreement | Accepted |
| Delta Dental of Michigan | Employee benefits | Rejected |
| Direct Energy | Services Agreement - Transports gas. | Rejected |
| Direct Supply Inc | Purchase agreement | Rejected |
| Downriver Medical Associates | Medical Director Agreement - Agreement with Downriver Medical Associates to p | Accepted |
| Dr. Stelian Marinescu | Sublease agreement | Accepted |
| Driven Solutions Inc | Marketing agreement | Rejected |
| DTE Energy | Gas and electric supply agreement | Rejected |
| Ecolab | Equipment contract | Rejected |
| Engrain Inc | Services Agreement - Provide interactive real estate software. | Rejected |
| eSolutions Inc | IT Consulting | Rejected |
| Fire Alarm Service Team LLC | Annual Fire Alarm & Life Safety Systems Inspections | Rejected |
| First Choice Coffee Services | Service Agreement - Provides equipment and materials for water dispensers. | Rejected |
| Ford Credit | Lease Agreement - Lease of Ford Flex and Ford Escape. | Accepted |
| Ford Estates, Inc. | License agreement for use of Henry Ford name | Accepted |
| G4S Secure Solutions (USA) Inc | Security Services Agreement executed November 23, 2020 | Accepted |
| Guardian Alarm | Service agreement | Accepted |
| HAP Midwest Health Plan, Inc. | Insurance provider agreement | Accepted |
| Healthcare Cosmetology | Lease agreement - Use of premises for a beauty salon. | Accepted |
| IPFS Corporation | Financing Agreement - Insurance financing. | Rejected |
| Johnson Controls | Services Agreement - Provides preventive maintenance services. | Rejected |
| Lease Corporation of America | Lease Agreement - Lease of rehab equipment. | Rejected |
| Life Care Companies LLC | Management Agreement - LCS is engaged as agent of Owner to manage, operatio | Accepted |
| Long Dental DDS | Lease Agreement - Lease of space and equipment. | Accepted |
| Medical Staffing Network | Temporary staffing agreement | Rejected |
| Michigan Center for Dermatology | Lease agreement | Accepted |
| Michigan Department of Health & Human Services Travis M. Comstock Assistant / | Medicaid Provider Agreement | Accepted |
| Michigan Office Solutions | Lease Agreement - Provide printer and scanner equipment. | Rejected |
| Moving Station | Services Agreement - Provide relocation services for current or potential resident | Rejected |
| Netsmart Technologies Inc | Information systems agreement. | Accepted |
| Oakwood Healthcare, Inc. | Lease Agreement - Use of property for medical office. | Accepted |
| Office Team | Temporary staffing agreement | Rejected |
| One Care Pharmacy LLC | Pharmacy Provider Agreement - Provides pharmaceutical products and related ph | Rejected |
| OneDay | Marketing agreement | Rejected |
| Otis Elevator Co | Services Agreement - Provide preventive maintenance on elevators. | Accepted |
| Pitney Bowes Global Financial Services LLC | Postage service agreement | Rejected |
| Polaris Group, The | Consulting services agreement | Rejected |
| PRN on Demand LLC | Staffing Agreement - Provides temporary staffing. | Rejected |
| Purchase Power | Postage service agreement | Rejected |
| Quadient Finance USA, Inc | Postage equipment agreement | Rejected |
| RehabCare Group Therapy Services | Services Agreement - Provide therapy services and EMR software. | Rejected |
| Relias LLC | Subscription services for learning, performance metrics and assessments. | Accepted |
| Senior Care Network LLC | Services Agreement - Responsible for evaluating the psychosocial and functional r | Accepted |
| Senior Sign LLC | Services Agreement - Provides an online platform for completing, transmitting, re | Rejected |
| Services To Enhance Potential | Services Agreement - Provide trash collection and transport to dock pickup. | Rejected |
| SESAC, LLC | Music licensing agreement | Accepted |
| Shred-it USA LLC | Services Agreement - Provide containers for collection of and destruction of pape | Rejected |

| | | |
|---|---|---|
| Stericycle, Inc | Services Agreement - Regulate medical waste disposal. | Rejected |
| SwiftReach Networks Inc | Cell phone services | Rejected |
| Team TSI Corporation | Consulting services agreement | Rejected |
| TFG-Michigan L.P. | Lease Finance Agreement - Furniture for health center. | Accepted |
| U.S. Department of Health and Human Services Centers for Medicare and Medica | Medicare Provider Agreement | Accepted |
| United Lawnscape Inc | Services Agreement - Landscape maintenance, enhancement irrigation, or other g | Rejected |
| Verizon Wireless - Cell Phones | Cell phone services | Rejected |
| VFS, LLC | Lease Finance Agreement - Lighting equipment and installation | |
| Waste Management | Services Agreement - Provide recycling and trash containers to Henry Ford Village | Rejected |
| Wow! Internet & Cable (Wideopenwest) | Two Services Agreement - Provides internet and telephone service to the commu | Rejected |
| Xerox Corporation | Lease Agreement - Provide printer and scanner equipment. | Rejected |
| ZirMed | Revenue cycle services | Accepted |

## Schedule 5.10
### Buyer's Regulatory Approvals

1. Written assurance from the Michigan Department of Licensing and Regulatory Affairs ("LARA") that a home for the aged ("HFA") license will be issued in Buyer's name for operation of the Facility's HFA as of the Effective Time, following (a) approval of any policies and procedures as required by LARA; (b) completion of an on-site fire safety inspection by LARA's Bureau of Fire Services; and (b) completion of an on-site Home for the Aged survey conducted by LARA.

2. Receipt of a Final Decision issued by the Michigan Department of Health and Human Services ("MDHHS") approving a Certificate of Need ("CON") for Buyer's acquisition of the Facility's skilled nursing home.

3. Written assurance from the Department of Licensing and Regulatory Affairs that a Nursing Home License for operation of the Facility's skilled nursing home will be issued in Buyer's name as of the Effective Time.

4. Pre-closing notices of the nursing home CHOW to LARA, acting in its capacity as Medicare State Agent of the Centers for Medicare & Medicaid Services and to MDHHS's Medicaid Long Term Care Reimbursement & Rate Setting Section.

5. Receipt of a food service establishment license issued by the Michigan Department of Agriculture and Rural Development for provision of food to visitors, staff, and residents of the Facility's non-licensed living units.

6. Notice of the CHOW to LARA's Laboratory Improvement Section CLIA Program.

7. Registration with the Michigan Department of Environment, Great Lakes, and Energy as a medical waste producing facility.

8. Any other Approvals from Governmental Authorities including the federal government, the State of Michigan and the City of Dearborn, Michigan without which the Buyer would be prohibited from operating the Facility as of the Closing Date, which are identified in writing by Buyer to Seller on or before June 30, 2021; provided, that any such Approval described in this paragraph would not give rise to the ability to terminate the Agreement under Section 2.7 of the Agreement unless the Parties are unable to address the delay or lack of such Approval through other means.

**Schedule 6.3**
**Seller's Regulatory Approvals**

1.  Written approval of the Michigan Attorney General, Charitable Trust Division for sale of substantially all of the assets of Seller.

2.  Bond payoff approval with respect to tax-exempt bonds, to be effective as of the Effective Time.

3.  Written order from LARA with respect to termination of the its Order dated June 10, 2020 requiring escrow of funds ("Escrow Order") and the distribution of any funds escrowed pursuant to the Escrow Order in accordance with the terms of the applicable escrow agreement and each affected resident's continuing care agreement.

4.  Written confirmation from LARA of the termination of Seller's registration as a continuing care community as of the Effective Time.

5.  Written confirmation from CMS or the applicable Medicare Administrative Contractor of the repayment of any outstanding Medicare Advance Payments.