IN RE:                                          Case No. 20-51066-mar

HENRY FORD VILLAGE, INC.,                        Chapter 11

                    Debtor.                      Honorable Mark A. Randon

## CERTIFICATE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO THE CLAIMS OF LCS

The undersigned attorney certifies that on November 5, 2021, he caused a true and correct copy of the *Notice of Objection* and *The Official Committee of Unsecured Creditors' Objection to the Claims of LCS* to be served upon Life Care Services by first-class mail to the person designated on the claimant's amended proof of claim as the person to receive notices, at the address so indicated (and as listed below), pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure; counsel to Life Care Services LLC, counsel to the Debtor, and the Office of the United States Trustee via email; and all parties who receive notice in this case pursuant to the Court's CM/ECF noticing system.

**Via United States First Class Mail:**    Life Care Services LLC
                                            c/o David A. Lerner, Esq.
                                            Plunkett Cooney
                                            38505 Woodward Avenue, Suite 100
                                            Bloomfield Hills, Michigan 48304

**Via Email:**                              Life Care Services LLC
                                            c/o David A. Lerner, Esq.
                                            dlerner@plunkettcooney.com.

                                            Counsel to Henry Ford Village, Inc.
                                            Sheryl L. Toby
                                            SToby@dykema.com

                                            Office of the United States Trustee
                                            Leslie K. Berg
                                            Leslie.K.Berg@usdoj.gov

Dated:  November 5, 2021    By:  */s/ Eric E. Walker*

**PERKINS COIE LLP**

Eric E. Walker, IL Bar No. 6290993

Kathleen M. Allare, IL Bar No. 6326536

131 South Dearborn Street, Suite 1700

Chicago, IL 60603

Telephone:  (312) 324-8400

Fax:         (312) 324-9400

Email:      EWalker@perkinscoie.com

             KAllare@perkinscoie.com

-and-

**HOWARD & HOWARD ATTORNEYS PLLC**

H. William Burdett, Jr. (P63185)

450 West Fourth Street

Royal Oak, Michigan 47067-2557

Telephone:  (248) 723 - 0396

Fax:         (248) 645 - 1568

Email:      BBurdett@howardandhoward.com

*Counsel for the Official Committee of Unsecured Creditors*