## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-51066-mar |
| HENRY FORD VILLAGE, INC., | Chapter 11 |
| Debtor. | Honorable Mark A. Randon |
| | **Objection Deadline: December 28, 2021** |

---

**TWELFTH MONTHLY FEE STATEMENT OF PERKINS COIE LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF NOVEMBER 1, 2021, THROUGH NOVEMBER 30, 2021**

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "**Interim Compensation Order**") (Docket No. 212), Perkins Coie LLP ("**Perkins Coie**"), as counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits its Twelfth Monthly Fee Statement for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Fee Statement**") for the period of November 1, 2021, through November 30, 2021 (the "**Fee Statement Period**").

Notice of this Fee Statement shall be served in accordance with the Interim Compensation Order, and objections to the relief requested herein shall be addressed in accordance with the Interim Compensation Order.

In support of this Fee Statement, (i) a summary of fees and expenses by category is attached hereto as **Exhibit A**; (ii) a summary of fees by timekeeper is

attached hereto as **Exhibit B**; and (iii) detailed invoices are attached hereto as

**Exhibit C**.

As summarized below, Perkins Coie requests payment of 80% of its fees and

100% of expenses incurred during the Fee Statement Period.

## FEE STATEMENT SUMMARY

| | |
|---|---|
| **Name of Applicant:** | Perkins Coie LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Date of Order Approving Retention:** | December 14, 2020 (effective as of November 4, 2020, Docket No. 155) |
| **Fee Statement Period:** | November 1, 2021 - November 30, 2021 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $ 45,797.72 [1] |
| **80% of Requested Compensation:** | $ 36,638.18 |
| **Expense Reimbursement sought as actual, reasonable and necessary:** | $ 0.00 |

This is a(n):     Monthly ☒     Interim ☐     Final Application ☐

---

[1] This amount reflects the 17% reduction Perkins Coie has applied to its fees in this Chapter 11 case, as indicated in the *Application for Entry of an Order Authorizing Employment and Retention of Perkins Coie LLP as Lead Counsel to the Official Committee of Unsecured Creditors* (*see* Docket No. 88).

- 2 -

Dated: December 7, 2021

Respectfully submitted,

**The Official Committee of Unsecured Creditors for Henry Ford Village, Inc.**,

By: */s/ Eric E. Walker*

PERKINS COIE LLP
ERIC E. WALKER
KATHLEEN ALLARE
131 SOUTH DEARBORN STREET
SUITE 1700
CHICAGO, ILLINOIS 60603-5559
EWALKER@PERKINSCOIE.COM
KALLARE@PERKINSCOIE.COM
TELEPHONE: (312) 324-8400
FACSIMILE:  (312) 324-9400

*Lead Counsel to the Official Committee of Unsecured Creditors*

135106-0001/149093078.1

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:                    Case No. 20-51066-mar

HENRY FORD VILLAGE, INC.,    Chapter 11

        Debtor.        Honorable Mark A. Randon

**Objection Deadline: December 28, 2021**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 7, 2021, he caused a true and correct copy of the Twelfth Monthly Fee Statement of Perkins Coie LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors from November 1, 2021, through November 30, 2021, to be served via electronic mail on the individuals so identified on the below Service List.

*/s/ Eric E. Walker*
Eric E. Walker

# SERVICE LIST

SHERYL L. TOBY, ESQ.
JONG-JU CHANG, ESQ.
DYKEMA GOSSETT PLLC
39577 WOODWARD AVENUE
SUITE 300
BLOOMFIELD HILLS, MI 48304
STOBY@DYKEMA.COM
JCHANG@DYKEMA.COM

PATRICK L. HUFFSTICKLER, ESQ.
DANIELLE N. RUSHING, ESQ.
DYKEMA GOSSETT PLLC
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205
PHUFFSTICKLER@DYKEMA.COM
DRUSHING@DYKEMA.COM

PAUL R. HAGE
JAFFE RAITT HEUER & WEISS, PC
27777 FRANKLIN ROAD
SUITE 2500
SOUTHFIELD, MI 48034
PHAGE@JAFFELAW.COM

ERIC R. BLYTHE
DANIEL S. BLECK
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, PC
ONE FINANCIAL CENTER
BOSTON, MA 02111
ERBLYTHE@MINTZ.COM
DSBLECK@MINTZ.COM

LESLIE BERG
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE FOR THE
EASTERN DISTRICT OF MICHIGAN
211 WEST FORT STREET, SUITE 700
DETROIT, MI 48226
LESLIE.K.BERG@USDOJ.GOV

BILL BURDETT
HOWARD & HOWARD ATTORNEYS PLLC
450 WEST TWELFTH STREET
ROYAL OAK, MI 48067
BBURDETT@HOWARDANDHOWARD.COM

135106-0001/149093078.1

# EXHIBIT A
*Summary of Fees by Category*

**EXHIBIT A**

**Summary of Fees by Category for**
**Twelfth Monthly Fee Statement of Perkins Coie LLP**

| Billing Code / Category | Hours | Fees | Fees (-17%) |
|---|---|---|---|
| 141183.0001.0001 / Case Administration | 0.50 | $150.00 | $124.50 |
| 141183.0001.0003 / Committee Meetings & Communications | 0.70 | $626.50 | $519.99 |
| 141183.0001.0004 / Communication with Creditor Constituents | 25.40 | $17,795.00 | $14,769.85 |
| 141183.0001.0005 / Retention & Fee Applications | 2.70 | $988.50 | $820.45 |
| 141183.0001.0006 / Business Operations | 1.20 | $1,074.00 | $891.42 |
| 141183.0001.0010 / Avoidance Action Analysis | 8.10 | $5,014.50 | $4,162.03 |
| 141183.0001.0011 / Plan & Disclosure Statement | 13.10 | $11,049.50 | $9,171.08 |
| 141183.0001.0012 / Claims Administration & Objections | 27.30 | $18,480.00 | $15,338.40 |
| **Sub-Total:** | **79.00** | **$55,178.00** | **$45,797.72** |
| | | | |
| 141183.0001 - Reimbursable Costs and Expenses | | | **$0.00** |
| **Sub-Total:** | | | **$0.00** |
| | | | |
| **Grand Total:** | | | **$45,797.72** |

# EXHIBIT B
*Summary of Fees by Timekeeper*

# EXHIBIT B

**Summary of Fees by Timekeeper for**
**Twelfth Monthly Fee Statement of Perkins Coie LLP**

| Name | Title | Practice Group | Hourly Rate | Hours | Fees | | Fees (-17%) |
|---|---|---|---|---|---|---|---|
| Eric E. Walker | Partner | Bankruptcy & Restructuring | $895.00 | 31.30 | $28,013.50 | | $23,251.21 |
| Kathleen Allare | Associate | Bankruptcy & Restructuring | $625.00 | 38.50 | $24,062.50 | | $19,971.88 |
| Hailey Varner | Associate | Bankruptcy & Restructuring | $585.00 | 1.20 | $702.00 | | $582.64 |
| Rachel A. Leibowitz | Paralegal | Bankruptcy & Restructuring | $300.00 | 8.00 | $2,400.00 | | $1,992.00 |
| | | | | 79.00 | $55,178.00 | | **$45,797.72** |

# EXHIBIT C
*Invoices*

1201 Third Avenue, Suite 4900      Email: clientacct@perkinscoie.com

Seattle, Washington 98101      Accounting: 206.359.3143

Phone: 206.359.8000      Fax: 206.359.9000



| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6515020 |
| Attn: Eric Walker | Matter No. | 141183.0001.0001 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re:    141183.0001.0001 / Case Administration**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $150.00 |
| Less (17.00)% Discount | ($25.50) |
| Total Services | $124.50 |
| **Total Invoice Amount** | **$124.50** |
| Previous Balance Due | $18,690.98 |
| **Total Due This Invoice** | **$18,815.48** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6515020**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

PERKINSCOIE

## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/22/2021 | R. Leibowitz | Review amended schedules filed and summarize same, per E. Walker's request; | 0.30 |
| 11/29/2021 | R. Leibowitz | Pull plan and disclosure statement per E. Walker's request and ascertain deadline to respond to LLS claim rejection; | 0.20 |
| **Total** | | | **0.50** |

**Services**
$150.00

**Less (17.00)% Discount**
($25.50)

**Total Services**
$124.50

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| R. Leibowitz | Paralegal | 0.50 | 300.00 | 150.00 |
| **Total Services** | | **0.50** | | **$150.00** |

**Total Invoice Amount**
$124.50

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6514710 |
| Attn: Eric Walker | Matter No. | 141183.0001.0003 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re:   141183.0001.0003 / Committee Meetings & Communications**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $626.50 |
| Less (17.00)% Discount | ($106.51) |
| Total Services | $519.99 |
| | |
| **Total Invoice Amount** | **$519.99** |
| | |
| Previous Balance Due | $24,490.73 |
| **Total Due This Invoice** | **$25,010.72** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6514710**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/09/2021 | E. Walker | Draft detailed summary of status of chapter 11 plan, voting, claim objection and liquidating trust issues for Committee; | 0.70 |
| **Total** | | | **0.70** |

**Services**
$626.50

**Less (17.00)% Discount**
($106.51)

**Total Services**
$519.99

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| E. Walker | Partner | 0.70 | 895.00 | 626.50 |
| **Total Services** | | **0.70** | | **$626.50** |

**Total Invoice Amount**
$519.99

# PERKINSCOIE

| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6515021 |
| Attn: Eric Walker | Matter No. | 141183.0001.0004 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re:   141183.0001.0004 / Communication with Creditor Constituents**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $17,795.00 |
| Less (17.00)% Discount | ($3,025.15) |
| Total Services | $14,769.85 |
| **Total Invoice Amount** | **$14,769.85** |
| Previous Balance Due | $19,681.06 |
| **Total Due This Invoice** | **$34,450.91** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6515021**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use,
and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|----------------------|-------|
| 11/01/2021 | E. Walker | Various telephone conferences with creditors regarding chapter 11 plan and voting procedures; | 1.50 |
| 11/01/2021 | K. Allare | Communications with KCC regarding creditor questions, proof of claims (.6); answer creditor questions regarding voting (.9); | 1.50 |
| 11/02/2021 | E. Walker | Various telephone conference with creditors regarding chapter 11 plan and voting procedures; | 1.00 |
| 11/02/2021 | K. Allare | Call with A. Estrada (KCC) regarding ballot issue (.2); | 0.20 |
| 11/02/2021 | K. Allare | Return calls to creditors regarding solicitation package (.9); answer emails from creditors regarding solicitation package (.5); follow up correspondence with KCC voting questions (.3) | 1.70 |
| 11/03/2021 | E. Walker | Various telephone conferences with creditors regarding chapter 11 plan and voting procedures; | 1.30 |
| 11/03/2021 | K. Allare | Return calls to creditors regarding voting, solicitation package (1.2); follow up correspondence with KCC regarding creditor questions (.3); correspondence with creditors (.3); | 1.80 |
| 11/04/2021 | E. Walker | Respond to various creditor inquiries regarding proposed chapter 11 plan and voting procedure; | 0.40 |
| 11/04/2021 | K. Allare | Return creditor phone calls (.8); | 0.80 |
| 11/05/2021 | E. Walker | Respond to various creditor inquiries regarding proposed chapter 11 plan and voting procedure; | 1.30 |
| 11/05/2021 | R. Leibowitz | Research and address questions from creditor per E. Walker's request; | 0.60 |
| 11/05/2021 | K. Allare | Return phone calls to creditors regarding DS and voting (.7); | 0.70 |
| 11/09/2021 | E. Walker | Various correspondences with creditors regarding chapter 11 plan and voting; | 0.30 |
| 11/10/2021 | E. Walker | Respond to resident inquiries regarding chapter 11 plan treatment and voting (.7); various telephone conferences with creditors regarding chapter 11 plan and voting (.8); | 1.50 |
| 11/10/2021 | K. Allare | Return phone calls to entrance fee creditors (.6); | 0.60 |
| 11/11/2021 | K. Allare | Correspondence with creditors regarding general bankruptcy questions (.8); return calls (.8); | 1.60 |
| 11/12/2021 | K. Allare | Answer creditor questions regarding notices (.7); | 0.70 |
| 11/15/2021 | E. Walker | Telephone conference with creditor regarding plan treatment and voting; | 0.30 |
| 11/17/2021 | E. Walker | Correspondence with creditor regarding chapter 11 plan treatment and voting (.3); | 0.30 |

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/17/2021 | K. Allare | Return calls regarding voting on plan (.3); | 0.30 |
| 11/19/2021 | R. Leibowitz | Correspondence with various creditors to assist with submission of ballots and review of solicitation materials, per E. Walker's requests (.8); correspond with claims administrator and submit ballot via overnight mail per instructions (.4); | 1.20 |
| 11/19/2021 | K. Allare | Return phone calls to creditors (1.0); | 1.00 |
| 11/22/2021 | R. Leibowitz | Follow up with claims administrator regarding creditor voting; | 0.60 |
| 11/22/2021 | K. Allare | Calls, correspondence with creditors regarding voting questions (1.0); | 1.00 |
| 11/24/2021 | E. Walker | Various correspondence and telephone conference with creditors regarding chapter 11 plan and voting; | 1.30 |
| 11/24/2021 | K. Allare | Answer questions regarding voting (.9); | 0.90 |
| 11/26/2021 | E. Walker | Various correspondence and telephone conference with creditors regarding plan voting; | 0.80 |
| 11/26/2021 | K. Allare | Call with creditor regarding voting, treatment of claim (.2); | 0.20 |
| **Total** | | | **25.40** |

**Services**
$17,795.00

**Less (17.00)% Discount**
($3,025.15)

**Total Services**
$14,769.85

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| E. Walker | Partner | 10.00 | 895.00 | 8,950.00 |
| K. Allare | Associate | 13.00 | 625.00 | 8,125.00 |
| R. Leibowitz | Paralegal | 2.40 | 300.00 | 720.00 |
| **Total Services** | | **25.40** | | **$17,795.00** |

**Total Invoice Amount**
$14,769.85

| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6514708 |
| Attn: Eric Walker | Matter No. | 141183.0001.0005 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re:   141183.0001.0005 / Retention & Fee Applications**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $988.50 |
| Less (17.00)% Discount | ($168.05) |
| Total Services | $820.45 |
| | |
| **Total Invoice Amount** | **$820.45** |
| | |
| Previous Balance Due | $19,517.53 |
| **Total Due This Invoice** | **$20,337.98** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6514708**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

PERKINSCOIe

## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/11/2021 | E. Walker | Review and revise exhibits for monthly fee statement; | 0.30 |
| 11/17/2021 | R. Leibowitz | Review prior fee statement to address inquiry from accounting department; | 0.30 |
| 11/18/2021 | R. Leibowitz | Review invoices, prepare coversheets and exhibits to 10th and 11th monthly fee statements of Perkins Coie, for billing from September and October 2021, respectively, and submit same for review and approval; | 1.80 |
| 11/18/2021 | R. Leibowitz | Conference with B. Burdett regarding Howard and Howard August and September billing and follow-up with E. Walker to address question from FTI regarding same; | 0.30 |
| **Total** | | | **2.70** |

**Services**
$988.50

**Less (17.00)% Discount**
($168.05)

**Total Services**
$820.45

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| E. Walker | Partner | 0.30 | 895.00 | 268.50 |
| R. Leibowitz | Paralegal | 2.40 | 300.00 | 720.00 |
| **Total Services** | | **2.70** | | **$988.50** |

**Total Invoice Amount**
$820.45

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

## PERKINSCOIE

| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6514707 |
| Attn: Eric Walker | Matter No. | 141183.0001.0006 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re:   141183.0001.0006 / Business Operations**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $1,074.00 |
| Less (17.00)% Discount | ($182.58) |
| Total Services | $891.42 |
| **Total Invoice Amount** | **$891.42** |
| Previous Balance Due | $7,662.05 |
| **Total Due This Invoice** | **$8,553.47** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6514707**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████████<br>███████████████<br>███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/02/2021 | E. Walker | Correspondence with Debtor regarding filing claim under D&O policy; | 0.30 |
| 11/08/2021 | E. Walker | Review correspondence from insurance carrier to notice of circumstance (.3); correspondence regarding next steps (.1); | 0.40 |
| 11/10/2021 | E. Walker | Correspondence regarding insurance coverage correspondence and next steps; | 0.50 |
| **Total** | | | **1.20** |

**Services**
$1,074.00

**Less (17.00)% Discount**
($182.58)

**Total Services**
$891.42

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| E. Walker | Partner | 1.20 | 895.00 | 1,074.00 |
| **Total Services** | | **1.20** | | **$1,074.00** |

**Total Invoice Amount**
$891.42

| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6514890 |
| Attn: Eric Walker | Matter No. | 141183.0001.0010 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re:   141183.0001.0010 / Avoidance Action Analysis**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $5,014.50 |
| Less (17.00)% Discount | ($852.47) |
| Total Services | $4,162.03 |
| **Total Invoice Amount** | **$4,162.03** |
| Previous Balance Due | $24,177.51 |
| **Total Due This Invoice** | **$28,339.54** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6514890**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | ▮▮▮▮▮▮▮▮ |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 11/02/2021 | K. Allare | Analyze potential payments for claw back (.7); outline, revise memo (2.1); | 2.80 |
| 11/02/2021 | H. Varner | Conduct legal research regarding fraudulent transfer law within the Sixth Circuit (0.8); continue working on memorandum regarding same (0.4); | 1.20 |
| 11/05/2021 | K. Allare | Draft preference analysis (2.3) | 2.30 |
| 11/11/2021 | K. Allare | Draft preference analysis memo (1.8); | 1.80 |
| **Total** | | | **8.10** |

**Services**
$5,014.50

**Less (17.00)% Discount**
($852.47)

**Total Services**
$4,162.03

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| H. Varner | Associate | 1.20 | 585.00 | 702.00 |
| K. Allare | Associate | 6.90 | 625.00 | 4,312.50 |
| **Total Services** | | **8.10** | | **$5,014.50** |

**Total Invoice Amount**
$4,162.03

| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6514891 |
| Attn: Eric Walker | Matter No. | 141183.0001.0011 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re:   141183.0001.0011 / Plan & Disclosure Statement**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $11,049.50 |
| Less (17.00)% Discount | ($1,878.42) |
| Total Services | $9,171.08 |
| **Total Invoice Amount** | **$9,171.08** |
| Previous Balance Due | $108,936.62 |
| **Total Due This Invoice** | **$118,107.70** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6514891**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ■■■■■■■■■■ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/05/2021 | E. Walker | Telephone conference with Debtor's counsel and CRO regarding plan confirmation issues (.3); correspondence with US Trustee regarding stipulation over transfer of charitable funds held by Debtor (.2); various correspondence regarding same (.3); | 0.80 |
| 11/08/2021 | K. Allare | Correspondence with KCC regarding resident voting issues (.3); | 0.30 |
| 11/09/2021 | E. Walker | Telephone conference with US Trustee counsel regarding status of chapter 11 plan, claim objection and proposed stipulation to disburse restricted donor funds (.5); various follow up telephone conferences and correspondences with Debtor's counsel regarding stipulation to disburse restricted donor funds (.7); review Cy Pres petition regarding same (.4); telephone conference with claims trader regarding chapter 11 plan and voting (.3); | 1.90 |
| 11/11/2021 | E. Walker | Telephone conference with counsel for LCS regarding proposed chapter 11 plan and claim objection (.6); analysis and telephone conference regarding same (.8); review case law relating to claim objection (1.7); correspondence with Debtor's counsel regarding status of voting on Plan (.1); correspondence regarding order on Cy Pres petition (.2); | 2.60 |
| 11/12/2021 | E. Walker | Correspondence regarding status of votes in support of plan (.2); various correspondences regarding same (.3); | 0.50 |
| 11/16/2021 | E. Walker | Correspondence with counsel for LCS regarding chapter 11 plan (.3); analysis regarding same (.5); | 0.80 |
| 11/17/2021 | E. Walker | Correspondence with debtor's counsel regarding plan telephone confirmation (.1); correspondence with local counsel regarding same (.2); | 0.30 |
| 11/19/2021 | E. Walker | Correspondence regarding status of voting on the plan (.2); correspondence with counsel for LCS regarding claim objection and chapter 11 plan (.3); review motion to temporarily allow claim under Rule 3018(a) (.5); analysis and correspondence regarding same (.5); | 1.50 |
| 11/22/2021 | E. Walker | Telephone conference with Debtor's counsel regarding LCS motion to allow claim for voting purposes (.5); analysis regarding same (.4); | 0.90 |
| 11/23/2021 | E. Walker | Telephone conference with Debtor's counsel regarding confirmation issues (.5); analysis of voting on plan (.3); review LCS objection to confirmation (.3); correspondence regarding same (.2); | 1.30 |
| 11/23/2021 | K. Allare | Review, comment on CRO declaration (1.0); review LCS objection to plan (.8); | 1.80 |
| 11/29/2021 | K. Allare | Review correspondence regarding tabulation, voting report (.4); | 0.40 |
| **Total** | | | **13.10** |

PERKINSCOIE

**Services**
$11,049.50

**Less (17.00)% Discount**
($1,878.42)

**Total Services**
$9,171.08

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 10.60 | 895.00 | 9,487.00 |
| K. Allare | Associate | 2.50 | 625.00 | 1,562.50 |
| **Total Services** | | **13.10** | | **$11,049.50** |

**Total Invoice Amount**
$9,171.08



1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

| | | |
|---|---|---|
| Henry Ford Village, Inc. - Official Committee of Unsecured Creditors | Invoice No. | 6515023 |
| Attn: Eric Walker | Matter No. | 141183.0001.0012 |
| 131 S. Dearborn St. | Bill Date | December 6, 2021 |
| Suite 1700 | Due Date | Due Upon Receipt |
| Chicago, IL 60603 | | |

## INVOICE SUMMARY

**Re: 141183.0001.0012 / Claims Administration & Objections**

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | $18,480.00 |
| Less (17.00)% Discount | ($3,141.60) |
| Total Services | $15,338.40 |
| **Total Invoice Amount** | **$15,338.40** |
| Previous Balance Due | $15,316.97 |
| **Total Due This Invoice** | **$30,655.37** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 141183 and Invoice 6515023**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/02/2021 | E. Walker | Review and revise draft claims objection; | 2.50 |
| 11/02/2021 | K. Allare | Review comments to claims objection (.3); | 0.30 |
| 11/03/2021 | K. Allare | Revise claim objection (2.8); additional research on Sixth Circuit standards, Bankruptcy Rule 3003 (1.2); | 4.00 |
| 11/04/2021 | E. Walker | Review and revise LCS claim objection (1.8); correspondence with counsel for LCS and Debtor regarding same (.2); | 2.00 |
| 11/04/2021 | K. Allare | Review, revise claim objection (1.0); | 1.00 |
| 11/05/2021 | E. Walker | Telephone conference with Debtor's counsel and CRO regarding LCS claims and objection; | 0.30 |
| 11/05/2021 | R. Leibowitz | Review Federal Rule of Bankruptcy Procedure 3007 and prepare certificate of service for objection to LCS proofs of claim (.7); compile exhibit to objection (.3); finalize, file, and serve same via US Mail and email (.4); | 1.40 |
| 11/05/2021 | K. Allare | Revise LCS objection (.4); coordinate filing of same (.4); call with S. Toby, C. Shandler regarding same (.5) | 1.30 |
| 11/08/2021 | E. Walker | Review VFS motion to assume contract and Debtor objection (.6); telephone conference with Debtor's counsel regarding same (.3); prepare for and attend hearing on same (.6); various telephone conferences with Debtor's counsel regarding next steps (.7); | 2.20 |
| 11/08/2021 | K. Allare | Correspondence with E. Walker, local counsel regarding noticing issue (.8); | 0.80 |
| 11/09/2021 | E. Walker | Various correspondences regarding procedure for re-filing and noticing claim objection (.4); review legal research regarding claim objection and correspondence regarding same (.5); | 0.90 |
| 11/09/2021 | R. Leibowitz | Revise certificate of service, finalize and file Committee's objection to LCS's proofs of claim, serve same upon notice parties via email, and arrange for service on claimant via United States First Class Mail; | 0.70 |
| 11/09/2021 | R. Leibowitz | Correspond with K. Allare regarding service requirements under Bankruptcy Rules 7004 and 9006 and Federal Rule of Civil Procedure Rule 6; | 0.60 |
| 11/09/2021 | K. Allare | Call with E. Walker regarding LCS claim objection (.2); review MIEB court docketing rules (.2); call with B. Burdett (.3); revise claim objection (.2); research 1126(a) issue (1.7); coordinate filing of LCS claim objection (.3); | 2.90 |
| 11/10/2021 | E. Walker | Review correspondence regarding resolution of VFS claim (.2); review proposed stipulation and correspondence regarding same (.4); | 0.60 |
| 11/11/2021 | K. Allare | Follow up research regarding claim objection (2.0); | 2.00 |
| 11/19/2021 | K. Allare | Review response to claim objection (.8); | 0.80 |



| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/29/2021 | K. Allare | Drat stipulation regarding claim objection (1.0); correspondence regarding deadline for same (.3); | 1.00 |
| 11/30/2021 | K. Allare | Research state law contract and tort claims (2.0); | 2.00 |
| **Total** | | | **27.30** |

**Services**
$18,480.00

**Less (17.00)% Discount**
($3,141.60)

**Total Services**
$15,338.40

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 8.50 | 895.00 | 7,607.50 |
| K. Allare | Associate | 16.10 | 625.00 | 10,062.50 |
| R. Leibowitz | Paralegal | 2.70 | 300.00 | 810.00 |
| **Total Services** | | **27.30** | | **$18,480.00** |

**Total Invoice Amount**
$15,338.40