# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-51066-mar |
| HENRY FORD VILLAGE, INC., | Chapter 11 |
| Debtor. | Honorable Mark A. Randon |
| | **Objection Deadline: December 28, 2021** |

# TENTH MONTHLY FEE STATEMENT
# OF HOWARD & HOWARD ATTORNEYS PLLC
# FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
# NOVEMBER 1, 2021, THROUGH NOVEMBER 30, 2021

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "**Interim Compensation Order**") (Docket No. 212), Howard & Howard Attorneys PLLC ("**Howard & Howard**"), as local counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits its Tenth Monthly Fee Statement for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Fee Statement**") for the period of November 1, 2021 through November 30, 2021, (the "**Fee Statement Period**").

Notice of this Fee Statement shall be served in accordance with the Interim Compensation Order, and objections to the relief requested herein shall be addressed in accordance with the Interim Compensation Order.

In support of this Fee Statement, (i) a summary of fees and expenses by category is attached hereto as **Exhibit A**; (ii) a summary of fees by timekeeper is attached hereto as **Exhibit B**; and (iii) detailed invoices are attached hereto as **Exhibit C**.

As summarized below, Howard & Howard requests payment of 80% of its fees and 100% of expenses incurred during the Fee Statement Period.

## FEE STATEMENT SUMMARY

| | |
|---|---|
| **Name of Applicant:** | Howard & Howard Attorneys PLLC |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Date of Order Approving Retention:** | December 16, 2020 (effective as of November 4, 2020, Docket No. 158) |
| **Fee Statement Period:** | November 1, 2021 - November 30, 2021 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $ 2,295.00 |
| **80% of Requested Compensation:** | $ 1,836.00 |
| **Expense Reimbursement sought as actual, reasonable and necessary:** | $ 0.00 |

This is a(n):    Monthly ☒    Interim ☐    Final Application ☐

Dated: December 7, 2021

        Respectfully submitted,

        **Howard & Howard Attorneys PLLC**,

        By: */s/ H. William Burdett, Jr.*
            H. WILLIAM BURDETT, JR. (P63185)
            450 WEST FOURTH STREET
            ROYAL OAK, MICHIGAN 48067
            BBURDETT@HOWARDANDHOWARD.COM
            TELEPHONE:   (248) 723-0381
            FACSIMILE:   (248) 645-1568

        *Local Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-51066-mar |
| HENRY FORD VILLAGE, INC., | Chapter 11 |
| Debtor. | Honorable Mark A. Randon |
| | **Objection Deadline: December 28, 2021** |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 7, 2021, he caused a true and correct copy of the Tenth Monthly Fee Statement of Howard & Howard Attorneys PLLC for Compensation and Reimbursement of Expenses as Local Counsel to the Official Committee of Unsecured Creditors from November 1, 2021 through November 30, 2021, to be served via electronic mail on the individuals so identified on the below Service List.

*/s/ H. William Burdett, Jr.*
H. William Burdett, Jr.

# SERVICE LIST

Sheryl L. Toby, Esq.
Jong-Ju Chang, Esq.
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
stoby@dykema.com
jchang@dykema.com

Eric R. Blythe
Daniel S. Bleck
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA 02111
ERBlythe@mintz.com
DSBleck@mintz.com

Leslie Berg
U.S. Department of Justice
Office of the U.S. Trustee for the Eastern District of Michigan
211 West Fort Street, Suite 700
Detroit, MI 48226
Leslie.K.Berg@usdoj.gov

Patrick L. Huffstickler, Esq.
Danielle N. Rushing, Esq.
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
phuffstickler@dykema.com
drushing@dykema.com

Paul R. Hage
Jaffe Raitt Heuer & Weiss, PC
27777 Franklin Road, Suite 2500
Southfield, MI 48034
phage@jaffelaw.com

Eric Walker
Kathleen Allare
Perkins Coie LLP
110 N. Wacker drive
Suite 3400
Chicago, IL 60606
EWalker@perkinscoie.com
KAllare@perkinscoie.com

# **EXHIBIT A**
*Summary of Fees by Category*

# EXHIBIT A

## Summary of Fees by Category for
## Tenth Monthly Fee Statement of Howard & Howard Attorneys PLLC

| Billing Code / Category | Hours | Fees |
|---|---|---|
| 120366.0001 / Case Administration | 1.00 | $450.00 |
| 120366.0003 / Committee Meetings & Communications | 0.60 | $270.00 |
| 120366.0011 / Plan & Disclosure Statement | 1.80 | $810.00 |
| 120366.0012 / Claims Administration & Objections | 1.70 | $765.00 |
| **Sub-Total:** | **5.10** | **$2,295.00** |
| | | |
| Reimbursable Costs and Expenses | | **$0.00** |
| **Sub-Total:** | | **$0.00** |
| | | |
| **Grand Total:** | | **$2,295.00** |

# **EXHIBIT B**
*Summary of Fees by Timekeeper*

# EXHIBIT B

**Summary of Fees by Timekeeper for
Tenth Monthly Fee Statement of Howard & Howard Attorneys PLLC**

| Name | Title | Practice Group | Hourly Rate | Hours | Fees |
|---|---|---|---|---|---|
| H. William Burdett, Jr. | Member | Creditors' Rights & Bankruptcy | $450.00 | 5.10 | $2,295.00 |
| | | | | 5.10 | $2,295.00 |

# **EXHIBIT C**
*Invoices*


EIN: 26-3880752

| | |
|---|---|
| Official Committee of Unsecured Creditors of Henry Ford Village, Inc.<br>450 W. 4th Street<br>Royal Oak, MI 48067 | Invoice Date: December 06, 2021<br>Invoice Number: 702803<br>Matter Number: 120366.00001 |

Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc.

Matter: Project Code 0001 - Case Administration

*For professional services rendered through November 30, 2021*

Currency: USD

| | |
|---|---:|
| Fees | 450.00 |
| **Total Amount Due For This Invoice** | **$450.00** |

**Please Remit to:**

| **Wire and ACH Instructions:** | **Mail To:** |
|---|---|
| BMO Harris Bank<br>Chicago, IL<br>ABA Number: 071000288<br>Swift Code: HATRUS44<br>Account No: 2785749<br>Account Name: Howard & Howard Attorneys PLLC | Howard & Howard Attorneys PLLC<br>P.O. Box 95234<br>Chicago, IL 60694-5234 |

Please forward remittance advice to: accountsreceivable@h2.law.com



Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc.

Matter: Project Code 0001 - Case Administration

| | |
|---|---|
| Invoice Date: | December 06, 2021 |
| Invoice Number: | 702803 |
| Matter Number: | 120366.00001 |

**Time Detail**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/09/2021 | HWB | Research regarding local rules for timing of objection. | 1.00 |
| **Total** | | | **1.00** |

| | |
|---|---|
| **Fee Total** | **$450.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| H. William Burdett, Jr. | Member | 1.00 | 450.00 | 450.00 |
| **Total Fees** | | **1.00** | | **$450.00** |


EIN: 26-3880752

| | |
|---|---|
| Official Committee of Unsecured Creditors of Henry Ford Village, Inc.<br>450 W. 4th Street<br>Royal Oak, MI 48067 | Invoice Date: December 06, 2021<br>Invoice Number: 702804<br>Matter Number: 120366.00003 |

Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc.

Matter: Project Code 0003 - Committee Meetings & Communications

*For professional services rendered through November 30, 2021*

Currency: USD

Fees     270.00

**Total Amount Due For This Invoice**     **$270.00**

**Please Remit to:**

*Wire and ACH Instructions:*     *Mail To:*

BMO Harris Bank     Howard & Howard Attorneys PLLC
Chicago, IL     P.O. Box 95234
ABA Number: 071000288     Chicago, IL 60694-5234
Swift Code: HATRUS44
Account No: 2785749
Account Name: Howard & Howard Attorneys PLLC

Please forward remittance advice to: accountsreceivable@h2law.com



| Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc. | Invoice Date: | December 06, 2021 |
|---|---|---|
| | Invoice Number: | 702804 |
| Matter: Project Code 0003 - Committee Meetings & Communications | Matter Number: | 120366.00003 |

## Time Detail

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/09/2021 | HWB | Phone conferences with K. Allare regarding timing of objections. | 0.60 |
| **Total** | | | **0.60** |

| | | | Fee Total | $270.00 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| H. William Burdett, Jr. | Member | 0.60 | 450.00 | 270.00 |
| **Total Fees** | | **0.60** | | **$270.00** |


EIN: 26-3880752

| | |
|---|---|
| Official Committee of Unsecured Creditors of Henry Ford Village, Inc.<br>450 W. 4th Street<br>Royal Oak, MI 48067 | Invoice Date: December 06, 2021<br>Invoice Number: 702805<br>Matter Number: 120366.00011 |

Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc.

Matter: Project Code 0011 - Plan & Disclosure Statement

*For professional services rendered through November 30, 2021*

Currency: USD

   Fees     810.00

**Total Amount Due For This Invoice**     $810.00

**Please Remit to:**

*Wire and ACH Instructions:*     *Mail To:*

BMO Harris Bank     Howard & Howard Attorneys PLLC
Chicago, IL     P.O. Box 95234
ABA Number: 071000288     Chicago, IL 60694-5234
Swift Code: HATRUS44
Account No: 2785749
Account Name: Howard & Howard Attorneys PLLC

Please forward remittance advice to accountsreceivable@h2law.com



| | | Invoice Date: | December 06, 2021 |
|---|---|---|---|
| Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc. | | Invoice Number: | 702805 |
| | | Matter Number: | 120366.00011 |
| Matter: Project Code 0011 - Plan & Disclosure Statement | | | |

**Time Detail**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/17/2021 | HWB | Research regarding local procedures for approving plan. | 0.80 |
| 11/17/2021 | HWB | Correspondence with E. Walker regarding strategy for entry of Plan. | 0.30 |
| 11/23/2021 | HWB | Review and analysis of LCS objection to Plan. | 0.70 |
| **Total** | | | **1.80** |

| | | | | **Fee Total** | **$810.00** |
|---|---|---|---|---|---|

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| H. William Burdett, Jr. | Member | 1.80 | 450.00 | 810.00 |
| **Total Fees** | | **1.80** | | **$810.00** |


EIN: 26-3880752

| | |
|---|---|
| Official Committee of Unsecured Creditors of Henry Ford Village, Inc.<br>450 W. 4th Street<br>Royal Oak, MI 48067 | Invoice Date: December 06, 2021<br>Invoice Number: 702806<br>Matter Number: 120366.00012 |

Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc.

Matter: Project Code 0012 - Claims Administration & Objections

*For professional services rendered through November 30, 2021*

Currency: USD

Fees     765.00

**Total Amount Due For This Invoice**     **$765.00**

**Please Remit to:**

*Wire and ACH Instructions:*     *Mail To:*

BMO Harris Bank     Howard & Howard Attorneys PLLC
Chicago, IL     P.O. Box 95234
ABA Number: 071000288     Chicago, IL 60694-5234
Swift Code: HATRUS44
Account No: 2785749
Account Name: Howard & Howard Attorneys PLLC

Please forward remittance advice to accountsreceivable@h2law.com



| | | Invoice Date: | December 06, 2021 |
|---|---|---|---|

Client: Official Committee of Unsecured Creditors of Henry Ford Village, Inc.

Matter: Project Code 0012 - Claims Administration & Objections

| | Invoice Number: | 702806 |
|---|---|---|
| | Matter Number: | 120366.00012 |

**Time Detail**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/05/2021 | HWB | Review and analysis of objection to claim. | 0.70 |
| 11/09/2021 | HWB | Correspondence with E. Walker regarding timing for claim objection. | 0.40 |
| 11/19/2021 | HWB | Review and analysis of LCS Motion regarding claim. | 0.60 |
| **Total** | | | **1.70** |

| | | Fee Total | $765.00 |
|---|---|---|---|

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| H. William Burdett, Jr. | Member | 1.70 | 450.00 | 765.00 |
| **Total Fees** | | **1.70** | | **$765.00** |