UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case Number: 20-51066-MAR |
| **HENRY FORD VILLAGE, INC.** | Chapter 11 |
| Debtor. | Hon. Mark A. Randon |
| _____/ | |

## NOTICE OF VERIFIED STATEMENT OF DEBTOR'S FUNDS AND DISBURSEMENTS MADE FROM DECEMBER 1, 2021 UNTIL CONFIRMATION DATE OF PLAN OF DECEMBER 6, 2021

**PLEASE TAKE NOTICE** that attached as Exhibit "A" is a verified Monthly Cash Statement for Henry Ford Village, Inc. (the "Debtor") reflecting funds held on December 1, 2021 and funds received through December 6, 2021, the date of confirmation of the Debtor's *First Amended Combined Disclosure Statement and Liquidating Chapter 11 Plan of Henry Ford Village, Inc.* [ECF No. 651] (the "Plan"). The verified Monthly Cash Statement also shows disbursements made by Debtor from December 1, 2021 to December 6, 2021 as well as the calculation of United States Trustee's fees for the fourth quarter of 2021 (through the Confirmation Date of the Plan of December 6, 2021).

Dated: January 18, 2022.                    **DYKEMA GOSSETT PLLC**

                                            By: */s/ Sheryl L. Toby*
                                                Sheryl L. Toby (P39114)
                                                39577 Woodward Avenue, Suite 300
                                                Bloomfield Hills, Michigan 48304
                                                (248) 203-0700 / Fax (248) 203-0763
                                                SToby@dykema.com

                                                and

                                                Danielle N. Rushing
                                                Texas Bar No. 24086961
                                                112 East Pecan Street, Suite 1800
                                                San Antonio, Texas 78205
                                                (210) 554-5500 / Fax (210) 226-8395
                                                DRushing@dykema.com

                                                ***COUNSEL FOR DEBTOR***
                                                ***AND DEBTOR-IN-POSSESSION***

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:                                        Case No. 20-51066-mar

HENRY FORD VILLAGE, INC.,         Chapter 11

        Debtor.                           Honorable Mark A. Randon

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of January, 2022, a true and correct copy of the foregoing document was served via CM/ECF on all parties registered to receive notice.

                                                **DYKEMA GOSSETT PLLC**

                                                By: */s/ Sheryl L. Toby*
                                                       Sheryl L. Toby (P39114)
                                                       39577 Woodward Avenue, Suite 300
                                                       Bloomfield Hills, Michigan 48304
                                                       (248) 203-0700 / Fax (248) 203-0763
                                                       SToby@dykema.com

                                                       and

                                                       Danielle N. Rushing
                                                       Texas Bar No. 24086961
                                                       112 East Pecan Street, Suite 1800
                                                       San Antonio, Texas 78205
                                                       (210) 554-5500 / Fax (210) 226-8395
                                                       DRushing@dykema.com

                                                       ***COUNSEL FOR DEBTOR AND***
                                                       ***DEBTOR-IN-POSSESSION***

# Exhibit "A"

Henry Ford Village, Inc.
Case No: 20-51066

## Monthly Cash Statement
## 12/6/2021
## Case No: 20-51066
## Cash Activity Analysis (Cash Basis Only)

| Bank Account | Acct Type | Acct no. | Beginning Book Balance | Receipts | Interbank Transfers | Disbursements | Ending Book Balance |
|---|---|---|---|---|---|---|---|
| **Operating Accounts** | | | | | | | |
| Comerica | Operating | 0518 | $ 916,868 | $ 34,998 | $ - | $ (260) | $ 951,607 |
| Citizens Bank[1] | Operating - 2 | 3782 | 13,369,731 | - | - | (97,236) | 13,272,495 |
| Comerica | Payroll [2] | 1218 | 4,345 | - | - | - | 4,345 |
| Comerica | Credit Card collateral | 6701 | - | - | - | - | - |
| Comerica | Pre-Occupancy | 1010 | 220,970 | - | - | - | 220,970 |
| Comerica | Entrance fee escrow | 9459 | - | - | - | - | - |
| Merrill Lynch | Marketable Securities | 2175 | - | - | - | - | - |
| Merrill Lynch | Marketable Securities | 2157 | 0 | - | - | - | 0 |
| | | | $ 14,511,914 | $ 34,998 | $ - | $ (97,496) | $ 14,449,416 |
| **Restricted Accounts** | | | | | | | |
| Comerica | Resident Clubs | 1028 | $ 567 | $ - | - | $ - | $ 567 |
| Comerica | Benevolent care/ Qual of Life | 1135 | 1,220 | - | - | (1,220) | (0) |
| Comerica | Lease security deposit | 8738 | 276,757 | - | - | - | 276,757 |
| Comerica | Utility deposit | 8753 | 84,751 | - | - | - | 84,751 |
| Merrill Lynch | Charitable Annuities | 2119 | 108,516 | - | - | - | 108,516 |
| Merrill Lynch | Endowed Scholarship | 2117 | 1,164 | - | - | - | 1,164 |
| | | | $ 472,976 | $ - | $ - | $ (1,220) | $ 471,755 |
| **Total** | | | $ 14,984,890 | $ 34,998 | $ - | $ (98,716) | $ 14,921,172 |

(1) New account activated on July 29, 2021.
(2) This is a zero balance account. Checks presented are covered by transfers from Operating account.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2022.

*/s/ Chad J. Shandler, CRO*
Chad J. Shandler, CRO

**Henry Ford Village, Inc.**
**Case No: 20-51066**

**Disbursement Detail**
**12/1/2021 - 12/6/2021**
**Case No: 20-51066**

| Bank Account | Acct Type | Date | Amount | Vendor |
|---|---|---|---:|---|
| Comerica | Operating | 12/1/2021 - 12/6/2021 | $ 260 | Employee FSA Debits |
| Citizens Bank | Operating - 2 | 12/2/2021 | 51,044 | ABM HEALTHCARE SUPPORT SERVICES INC ABM |
| Citizens Bank | Operating - 2 | 12/2/2021 | 205 | BEAUMONT HOSPITAL - DEARBORN |
| Citizens Bank | Operating - 2 | 12/2/2021 | 703 | CT CORPORATION SYSTEM |
| Citizens Bank | Operating - 2 | 12/2/2021 | 38,200 | MILLER-BOLDT INC |
| Citizens Bank | Operating - 2 | 12/2/2021 | 904 | OCCUPATIONAL HEALTH CTRS OF MICHIGAN |
| Citizens Bank | Operating - 2 | 12/2/2021 | 908 | INDEPENDENT CONTRACTOR - NAME REDACTED |
| Citizens Bank | Operating - 2 | 12/2/2021 | 100 | UNIVERSITY OF MICHIGAN - ANN ARBOR |
| Citizens Bank | Operating - 2 | 12/2/2021 | 1,560 | INDEPENDENT CONTRACTOR - NAME REDACTED |
| Citizens Bank | Operating - 2 | 12/2/2021 | 3,612 | WOW! INTERNET & CABLE (WIDEOPENWEST) |
| Comerica | Benevolent care/ Qual of Life | 12/6/2021 | 1,220 | INFORMATION REDACTED |
| **Total** | | | **$ 98,716** | |

**Henry Ford Village, Inc.**
Case No: 20-51066

## UST Fee Calculation
## 4Q2021
## Case No: 20-51066

| Month | Total Disbursements |
|---|---|
| 10/1/2021 - 10/31/2021 | $ 2,930,457 |
| 11/1/2021 - 11/30/2021 | $ 3,531,619 |
| 12/1/2021 - 12/6/2021 | $ 98,716 |
| **Total 4Q2021 Disbursements** | **$ 6,560,792** |
| UST Fees | $ 52,486 |