# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-51066-MAR |
| HENRY FORD VILLAGE, INC., | Chapter 11 |
| Debtor. | Honorable Mark A. Randon |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE AND CORPORATE DISSOLUTION

**PLEASE TAKE NOTICE THAT:**

1. On October 28, 2020, the above-captioned debtor and debtor in possession Henry Ford Village, Inc. (the "**Debtor**") filed a petition for relief pursuant to chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "**Bankruptcy Court**").

2. On December 6, 2021, the Bankruptcy Court entered the *Order (i) Approving Disclosure Statement on a Final Basis and (ii) Confirming* [Docket No. 663] (the "**Confirmation Order**"), confirming the *First Amended Chapter 11 Liquidating Plan of Henry Ford Village, Inc.* (the "**Plan**").

3. **Pursuant to paragraph 13 of the Confirmation Order, this constitutes notice that the Effective Date of the Plan is January 19, 2022, at 5:00 p.m. Eastern Standard Time.**

4. A copy of this Notice and a certified copy of the Confirmation Order has or will be transmitted to the Michigan Department of Licensing and Regulatory Affairs, Corporations, Securities, & Commercial Licensing Bureau.

5. **Pursuant to § 4.8 of the Plan, the Debtor is dissolved as of the Effective Date, with all such responsibilities transferred to the Liquidating Trust and the Liquidating Trustee (as defined in the Plan), provided that, consistent with Michigan Compiled Laws**

**§ 450.2833, the Debtor shall continue its corporate existence but shall not conduct affairs except for the purpose of winding up its affairs**.

**PLEASE TAKE FURTHER NOTICE THAT:** Sheldon L. Stone of Capstone Partners has been appointed the Liquidating Trustee pursuant to the Plan. Additional information regarding the Liquidating Trust can be provided by (i) Sheldon Stone at sstone@captstonepartners.com or (ii) counsel to the Liquidating Trust, Eric Walker at EWalker@perkinscoie.com and Kathleen Allare at KAllare@perkinscoie.com.

**PLEASE TAKE FURTHER NOTICE THAT**: The documents referred to herein are currently available by visiting the website maintained by the Debtor's claims and noticing agent at http://www.kccllc.net/HFV or for a fee via PACER by visiting https://www.pacer.gov/. The Liquidating Trustee is in the process of seeking to transition to an alternative claims and noticing agent and will be notifying the creditors identified on the Debtor's creditor matrix when the alternative claims and noticing agents website is effective.

Dated: January 19, 2022.        Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Sheryl L. Toby*
    Sheryl L. Toby (P39114)
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0700 / Fax (248) 203-0763
    SToby@dykema.com

    and

    Danielle N. Rushing
    Texas Bar No. 24086961
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    (210) 554-5500 / Fax (210) 226-8395
    DRushing@dykema.com

***COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION***