| | |
|---|---|
| IN RE: | Case No. 20-51066-mar |
| HFV LIQUIDATING TRUST, | Chapter 11 |
| Debtor. | Honorable Mark A. Randon |

# ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF THE HFV LIQUIDATING TRUST TO (A) AMENDED OR SUPERSEDED CLAIMS, (B) DUPLICATE CLAIMS, (C) CERTAIN NO LIABILITY CLAIMS, AND (D) CLAIMS TO BE MODIFIED

Upon the objection (the "Third Objection") of the HFV Liquidating Trust (the "Trust"), for entry of an order (this "Order"), (a) disallowing the Claims as set forth on **Schedules 1–3** attached hereto, and (b) modifying and/or reclassifying the claims listed on **Schedule 4** attached hereto as more fully set forth in the Third Objection; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Third Objection is in the best interests of the Trust, its creditors, and other parties in interest; and this Court having found that the Trust's notice of the Third Objection and opportunity for a hearing on the Third Objection were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Third Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Third Objection and at the Hearing

establish just cause for the relief granted herein; and upon all of the proceedings held before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Third Objection is sustained as set forth herein.

2. The Amended Claims set forth on the attached **Schedule 1** are hereby disallowed and expunged in their entirety; *provided that* this Order will not affect the Proofs of Claim identified on **Schedule 1** attached hereto in the column titled "Remaining Claims."

3. The Duplicate Claims set forth on the attached **Schedule 2** are hereby disallowed and expunged in their entirety; *provided that* this Order will not affect the Proofs of Claim identified on **Schedule 2** attached hereto in the column titled "Remaining Claims."

4. The No Liability Claims set forth on **Schedule 3** are disallowed and expunged in their entirety.

5. The Modified Claims are hereby modified as reflected in the column titled "Modified Claims" on **Schedule 4** to this Order. The Modified Claims will remain on the claims register maintained by the Trust (the "Claims Register") and such Claims and remain subject to future objection on any basis.

6. Each objection by the Trust to each Claim addressed in the Third Objection as identified in **Schedules 1–4** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate

order with respect to each Claim. Any stay of this Order pending appeal by any claimant subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

7. The Trust's claims agent is authorized and directed to modify the Claims Register in accordance with entry of the relief granted in this Order.

8. Nothing in this Order shall affect the Trust's right to object to the Claims or any other Proofs of Claim at a future date on any basis.

9. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim; (b) a waiver of the Trust's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Third Objection; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver or limitation of the Trust's rights under the Bankruptcy Code or any other applicable law. Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Trust's right to subsequently dispute such claim.

10. The Trust is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Third Objection.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**
Amended Claims

| # | Claim to be Disallowed | | | | | | Remaining Claim | | | | | Reasoning for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Claim Amounts | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | |
| 1 | IN RE: RESIDENT ID 20162 [NAME REDACTED] | Henry Ford Village, Inc. | 2377989 | 220 | 3/24/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $150,052.17<br>Total: $150,052.17 | ARGO PARTNERS | Henry Ford Village, Inc. | 229 | 3/30/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $150,052.17<br>Total: $150,052.17 | Amended Claim |
| | **TOTALS** | | | | | $150,052.17 | | | | | $150,052.17 | |

| | Claim to be Disallowed | | | | | | Remaining Claim | | | | | Reasoning |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Claim Amounts | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | for Objection |
| 1 | IN RE: RESIDENT ID 22916 [NAME REDACTED] | Henry Ford Village, Inc. | | 365 | 11/22/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,358.89<br>Total: $44,358.89 | IN RE: RESIDENT ID 21036 [NAME REDACTED] | Henry Ford Village, Inc. | 408 | 1/6/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,358.89<br>Total: $44,358.89 | Duplicate Claim |
| 2 | IN RE: RESIDENT ID 22002 [NAME REDACTED] | Henry Ford Village, Inc. | | 190 | 3/5/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $78,075.00<br>Total: $78,075.00 | IN RE: RESIDENT ID 22002 [NAME REDACTED] | Henry Ford Village, Inc. | 193 | 3/5/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $78,075.00<br>Total: $78,075.00 | Duplicate Claim |
| 3 | IN RE: RESIDENT ID 22133 [NAME REDACTED] | Henry Ford Village, Inc. | | 66 | 1/4/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $19,717.80<br>Total: $19,717.80 | IN RE: RESIDENT ID 22133 [NAME REDACTED] | Henry Ford Village, Inc. | 129 | 2/15/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $19,717.80<br>Total: $19,717.80 | Duplicate Claim |
| | **TOTALS** | | | | | **$142,151.69** | | | | | **$142,151.69** | |

**Schedule 3**
No Liability Claims

| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Current Claim Amounts | Proposed Treatment | Reason for Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | IN RE: RESIDENT ID 21355 [NAME REDACTED] | Henry Ford Village, Inc. | | 310 | 4/22/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $46,859.25<br><br>Total: $46,859.25 | Disallow & Expunge | No Liability. Trust's records reflect that Claimant executed the lease addendum with Purchaser of HFV which waived a right to claim against Trust. |
| 2 | IN RE: RESIDENT ID 22561 [NAME REDACTED] | Henry Ford Village, Inc. | | 417 | 3/9/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $49,000.00<br><br>Total: $49,000.00 | Disallow & Expunge | No Liability - Late-Filed and No Record of Liability |
| 3 | IN RE: RESIDENT ID 21934 [NAME REDACTED] | Henry Ford Village, Inc. | | 287 | 4/19/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $2,651.00<br><br>Total: $5,676.00 | Disallow & Expunge | No Liability. Following a reasonable review of the Debtor's books and records and the documents attached the claim, the Trust has no record of liability asserted by this claim. |
| 4 | IN RE: RESIDENT ID 20882 [NAME REDACTED] | Henry Ford Village, Inc. | 2378194 | | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,899.00<br><br>Total: $7,899.00 | Disallow & Expunge | No Liability - Security Deposit Held in a Segregated Account Transferred to Purchaser of HFV |
| 5 | IN RE: RESIDENT ID 22950 [NAME REDACTED] | Henry Ford Village, Inc. | 2379685 | 379 | 12/17/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $120,000.00<br><br>Total: $120,000.00 | Disallow & Expunge | No Liability. Following a reasonable review of the Debtor's books and records and the documents attached the claim, the Trust has no record of liability asserted by this claim. |
| 6 | IN RE: RESIDENT ID 21537 [NAME REDACTED] | Henry Ford Village, Inc. | 2378261 | | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Disallow & Expunge | No Liability - Security Deposit Held in a Segregated Account Transferred to Purchaser of HFV |

| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Current Claim Amounts | Proposed Treatment | Reason for Objection |
|---|---|---|---|---|---|---|---|---|
| 7 | IN RE: RESIDENT ID 22964 [NAME REDACTED] | Henry Ford Village, Inc. | | 411 | 1/14/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $998.00<br><br>Total: $4,023.00 | Disallow & Expunge | No Liability - Security Deposit Held in a Segregated Account Transferred to Purchaser of HFV |
| 8 | IN RE: RESIDENT ID 21934 [NAME REDACTED] | Henry Ford Village, Inc. | | 260 | 4/11/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $2,651.00<br><br>Total: $5,676.00 | Disallow & Expunge | No Liability. Following a reasonable review of the Debtor's books and records and the documents attached the claim, the Trust has no record of liability asserted by this claim. |
| 9 | IN RE: RESIDENT ID 21539 [NAME REDACTED] | Henry Ford Village, Inc. | 2378268 | | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Disallow & Expunge | No Liability - Security Deposit Held in a Segregated Account Transferred to Purchaser of HFV |
| 10 | IN RE: RESIDENT ID 22389 [NAME REDACTED] | Henry Ford Village, Inc. | 2379764 | | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,496.00<br><br>Total: $3,496.00 | Disallow & Expunge | No Liability - Security Deposit Held in a Segregated Account Transferred to Purchaser of HFV |
| 11 | IN RE: RESIDENT ID 21222 [NAME REDACTED] | Henry Ford Village, Inc. | 2379777 | 386 | 12/21/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $3,597.89<br><br>Total: $6,622.89 | Disallow & Expunge | No Liability. Trust's records reflect that Claimant executed the lease addendum with Purchaser of HFV which waived a right to claim against Trust. |
| 12 | IN RE: RESIDENT ID 21534 [NAME REDACTED] | Henry Ford Village, Inc. | 2380045 | | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,496.00<br><br>Total: $3,496.00 | Disallow & Expunge | No Liability - Security Deposit Held in a Segregated Account Transferred to Purchaser of HFV |

## Schedule 3
### No Liability Claims

| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Current Claim Amounts | Proposed Treatment | Reason for Objection |
|---|---|---|---|---|---|---|---|---|
| 13 | IN RE: RESIDENT ID 22401 [NAME REDACTED] | Henry Ford Village, Inc. | | 336 | 7/1/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $104,975.80<br><br>Total: $104,975.80 | Disallow & Expunge | No Liability – Not the Named Beneficiary Under Residency Agreement |
| 14 | IN RE: RESIDENT ID 20429 [NAME REDACTED] | Henry Ford Village, Inc. | 2379945 | 377 | 2/10/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $93,000.00<br><br>Total: $93,000.00 | Disallow & Expunge | No Liability. Trust's records reflect that Claimant executed the lease addendum with Purchaser of HFV which waived a right to claim against Trust. |
| 15 | IN RE: RESIDENT ID 22094 [NAME REDACTED] | Henry Ford Village, Inc. | 2377942 | | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $977.97<br><br>Total: $977.97 | Disallow & Expunge | No Liability. Trust's records reflect that Claimant executed the lease addendum with Purchaser of HFV which waived a right to claim against Trust. |
| 16 | IN RE: RESIDENT ID 21542 [NAME REDACTED] | Henry Ford Village, Inc. | 2378290 | | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Disallow & Expunge | No Liability - Security Deposit Held in a Segregated Account Transferred to Purchaser of HFV |
| | **TOTALS** | | | | | $454,701.91 | | |

**Schedule 4**
Claims to be Modified

| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Current Claim Amounts | Proposed Claim Amounts | Reason for Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | IN RE: RESIDENT ID 21277 [NAME REDACTED] | Henry Ford Village, Inc. | | 128 | 2/15/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $110,500.00<br><br>Total: $110,500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $45,490.00<br><br>Total: $45,490.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 2 | IN RE: RESIDENT ID 22603 [NAME REDACTED] | Henry Ford Village, Inc. | 2379731 | 405 | 1/5/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $548,000.00<br>General Unsecured: $0.00<br><br>Total: $548,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $129,000.00<br><br>Total: $129,000.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 3 | IN RE: RESIDENT ID 20328 [NAME REDACTED] | Henry Ford Village, Inc. | | 174 | 3/2/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $143,975.00<br><br>Total: $147,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $132,000.00<br><br>Total: $132,000.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 4 | IN RE: RESIDENT ID 21815 [NAME REDACTED] | Henry Ford Village, Inc. | 2378241 | 146 | 2/18/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $99,000.00<br><br>Total: $99,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $91,080.00<br><br>Total: $91,080.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 5 | IN RE: RESIDENT ID 22002 [NAME REDACTED] | Henry Ford Village, Inc. | 2378269 | 193 | 3/5/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $78,075.00<br><br>Total: $78,075.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $76,765.00<br><br>Total: $76,765.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 6 | IN RE: RESIDENT ID 20397 [NAME REDACTED] | Henry Ford Village, Inc. | | 62 | 12/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $143,575.00<br><br>Total: $146,600.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $146,600.00<br><br>Total: $146,600.00 | Reduce and/or Reclassify per Debtor's Books and Records |

| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Current Claim Amounts | Proposed Claim Amounts | Reason for Objection |
|---|---|---|---|---|---|---|---|---|
| 7 | IN RE: RESIDENT ID [NAME REDACTED] | Henry Ford Village, Inc. | | 182 | 3/1/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $239.00<br><br>Total: $3,264.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,264.00<br><br>Total: $3,264.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 8 | IN RE: RESIDENT ID 22206 [NAME REDACTED] | Henry Ford Village, Inc. | 2377968 | 284 | 4/19/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $56,725.00<br><br>Total: $59,750.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $22,048.84<br><br>Total: $22,048.84 | Reduce and/or Reclassify per Debtor's Books and Records |
| 9 | IN RE: RESIDENT ID 22232 [NAME REDACTED] | Henry Ford Village, Inc. | | 241 | 4/5/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $175,975.00<br><br>Total: $179,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $149,767.08<br><br>Total: $149,767.08 | Reduce and/or Reclassify per Debtor's Books and Records |
| 10 | IN RE: RESIDENT ID 20942 [NAME REDACTED] | Henry Ford Village, Inc. | 2378205 | 393 | 12/28/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $1,458.00<br><br>Total: $4,483.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,483.00<br><br>Total: $4,483.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 11 | IN RE: RESIDENT ID 20977 [NAME REDACTED] | Henry Ford Village, Inc. | | 307 | 4/21/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $130,000.00<br><br>Total: $130,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $129,778.14<br><br>Total: $129,778.14 | Reduce and/or Reclassify per Debtor's Books and Records |
| 12 | IN RE: RESIDENT ID 20197 [NAME REDACTED] | Henry Ford Village, Inc. | | 34 | 12/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $233,000.00<br><br>Total: $233,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $207,509.45<br><br>Total: $207,509.45 | Reduce and/or Reclassify per Debtor's Books and Records |

| Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Current Claim Amounts | Proposed Claim Amounts | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 13 | IN RE: RESIDENT ID 21145 [NAME REDACTED] | Henry Ford Village, Inc. | 2379769 | 390 | 12/27/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $96,975.00<br><br>Total: $100,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $100,000.00<br><br>Total: $100,000.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 14 | IN RE: RESIDENT ID 22251 [NAME REDACTED] | Henry Ford Village, Inc. | | 312 | 4/20/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $84,000.00<br><br>Total: $84,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $78,070.44<br><br>Total: $78,070.44 | Reduce and/or Reclassify per Debtor's Books and Records |
| 15 | IN RE: RESIDENT ID 20064 [NAME REDACTED] | Henry Ford Village, Inc. | | 166 | 2/26/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $152,250.00<br><br>Total: $152,250.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $152,000.00<br><br>Total: $152,000.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 16 | IN RE: RESIDENT ID 21540 [NAME REDACTED] | Henry Ford Village, Inc. | 2380040 | 416 | 1/19/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $1,000.00<br>General Unsecured: $0.00<br><br>Total: $1,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 17 | IN RE: RESIDENT ID 21194 [NAME REDACTED] | Henry Ford Village, Inc. | | 326 | 4/30/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $159,000.00<br>General Unsecured: $0.00<br><br>Total: $159,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $159,000.00<br><br>Total: $159,000.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| 18 | IN RE: RESIDENT ID 20323 [NAME REDACTED] | Henry Ford Village, Inc. | | 226 | 3/25/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $85,000.00<br><br>Total: $85,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,802.21<br><br>Total: $9,802.21 | Reduce and/or Reclassify per Debtor's Books and Records |

| | Name of Claimant | Debtor Name | Schedule # | Claim # | Date Filed | Current Claim Amounts | Proposed Claim Amounts | Reason for Objection |
|---|---|---|---|---|---|---|---|---|
| 19 | IN RE: RESIDENT ID 20427 [NAME REDACTED] | Henry Ford Village, Inc. | | 277 | 4/19/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $128,975.00<br><br>Total: $132,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $120,152.74<br><br>Total: $120,152.74 | Reduce and/or Reclassify per Debtor's Books and Records |
| 20 | IN RE: RESIDENT ID 20477 [NAME REDACTED] | Henry Ford Village, Inc. | | 234 | 3/31/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,025.00<br>General Unsecured: $176,056.00<br><br>Total: $179,081.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $178,485.67<br><br>Total: $178,485.67 | Reduce and/or Reclassify per Debtor's Books and Records |
| 21 | IN RE: RESIDENT ID 20253 [NAME REDACTED] | Henry Ford Village, Inc. | | 74 | 1/11/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $139,310.07<br><br>Total: $139,310.07 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $138,868.73<br><br>Total: $138,868.73 | Reduce and/or Reclassify per Debtor's Books and Records |
| 22 | IN RE: RESIDENT ID 22138 [NAME REDACTED] | Henry Ford Village, Inc. | | 48 | 12/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $118,551.00<br><br>Total: $118,551.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $79,596.00<br><br>Total: $79,596.00 | Reduce and/or Reclassify per Debtor's Books and Records |
| | **TOTALS** | | | | | **$2,888,864.07** | **$2,154,761.30** | |