# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: § | § | Case No. 20-51066-mar |
| HFV LIQUIDATING TRUST, § | § | Chapter 11 |
| Debtor. § | § | Honorable Mark A. Randon |
| | § | |

## CERTIFICATE OF NON RESPONSE

Now comes Sheldon Stone (the "*Liquidating Trustee*"), solely as Liquidating Trustee of the HFV Liquidating Trust (the "*Liquidating Trust*"), through his undersigned counsel, and hereby certifies to the Court that he did not receive a response to his Motion to Establish Procedures Governing Avoidance Action Adversary Proceeding served on September 16, 2020. Mr. Stone filed and sent a Notice of the Motion to Establish Procedures Governing Avoidance Action Adversary Proceeding to Creditors contemporaneously with the Motion.

WHEREFORE, Liquidating Trustee Sheldon Stone requests that this Court enter an Order Establishing Procedures Governing Avoidance Action Adversary Proceeding.

Dated: October 5, 2022  Respectfully submitted,

By: /s/ Zachary R. Tucker
Zachary R. Tucker, Esq.
Michigan Bar No. P75263
Ztucker@winegarden-law.com

**WINEGARDEN, HALEY, LINDHOLM, TUCKER & HIMELHOCH, PLC**
9460 S. Saginaw Rd., Suite A
Grand Blanc, Michigan 48439
(810) 579-3600

*Attorneys for Sheldon Stone, solely as Liquidating Trustee of the HFV Liquidating Trust*