# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-51066-mar |
| | § | |
| HFV LIQUIDATING TRUST, | § | Chapter 11 |
| | § | |
| Debtor. | § | Honorable Mark A. Randon |
| | § | |

## ORDER ESTABLISHING PROCEDURES GOVERNING AVOIDANCE ACTION ADVERSARY PROCEEDINGS

On this day came on to be considered the Liquidating Trustee's Motion to Establish Procedures Governing Avoidance Action Adversary Proceeding (the "*Motion*").[1] The Court, having reviewed and considered the Motion and objections to the Motion, if any, along with the statements and arguments of counsel during the hearing on the Motion; due notice having being given, is of the opinion that the Motion and Procedures should be approved.

Therefore, it is hereby ORDERED:

(1) The proposed Procedures, attached to this Order as Exhibit A, are hereby approved;

(2) The proposed form of Notice Regarding Procedures Governing Adversary Proceedings, attached to the Procedures as Exhibit 1, is hereby approved;

(3) The Liquidating Trustee shall serve a copy of the Procedures, along with a copy of the Notice of Procedures, on each defendant to an Adversary Proceeding along with a copy of the summons and complaint in the relevant Adversary Proceeding.

(4) This Court retains exclusive jurisdiction with respect to all maters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed on October 7, 2022**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**

---

[1] Capitalized terms used but not defined herein have meanings given to them in the Motion.